# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS

GUY WESSON BENJAMIN,

    Plaintiff,

v.                                                               Civil Action No. 3:25-cv-00033-JM

LUIS ZAMORA and
LANDSTAR INWAY, INC.,

    Defendants.

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENTS
## OF LANDSTAR INWAY, INC. AND LUIS ZAMORA

      COME NOW Defendants Luis Zamora ("Zamora") and Landstar Inway, Inc. ("Landstar") (collectively "Defendants"), by and through their undersigned counsel of record, and submit their Corporate Disclosure Statements, Pursuant to Fed. R. Civ. P. 7.1:

      Defendant Landstar was and is a foreign corporation, organized under the laws of the State of Delaware with its principal place of business in Jacksonville, Duval County Florida. There is no parent or publicly traded corporation, which owns 10% or more of its stock.

      Defendant Zamora was and is an individual citizen and resident of Smith County, Texas.

                        Respectfully submitted,

                        s/ J. Lewis Wardlaw
                        J. Lewis Wardlaw (Arkansas Bar No. 2004034)
                        MARTIN, TATE, MORROW & MARSTON, P.C.
                        6410 Poplar Ave., Tower II, Suite 900
                        Memphis, TN 38119-4839
                        (901) 522-9000
                        (901) 527-3746 (Fax)
                        lwardlaw@martintate.com

                        *Defendants Luis Zamora and Landstar Inway, Inc.*

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing has been served upon counsel for the Plaintiff, by means of the Court's ECF system, on this the 20th day of February, 2025.

Robert Morse
Lee D. Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
*robert@daspitlaw.com*
*lcurry@daspitlaw.com*

                        s/ J. Lewis Wardlaw