THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
CIVIL DIVISION

GUY WESSON BENJAMIN                                      PLAINTIFF

v.                           No. 18CV-25-57

LUIS ZAMORA and
LANDSTAR INWAY, INC.                             DEFENDANTS

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Luis Zamora
1224 N Broadway Ave
Tyler, TX 75702

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite # 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

Address of Clerk's Office
Crittenden County Circuit Clerk
100 Court St.
Marion, AR 72364

[SEAL]

CLERK OF COURT
Terry Hawkins, Clerk
[Signature of Clerk or Deputy Clerk]
by Crystal Saffell DC

Date: January 15, 2025

No. _____ This summons is for Luis Zamora.

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/ she refused to receive it when I offered it to him/ her; or

☑ On _02/21/2025_ [date] I left the summons and complaint with _Eunice Hernandez_, a member of the defendant's family at least 18 years of age, at _1224 N. Broadway Ave Tyler, TX 75702_ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:
My fee is $ _____.

To be completed if service is by a sheriff or deputy sheriff:

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[signature of server]

_____
[printed name, title, and badge number]

To be completed if service is by a person other than a sheriff or deputy sheriff:

Date: 02/21/2025

By: *Marcus J Collins*
[signature of server]

MARCUS J Collins
[printed name] Process server PSC-2147, Exp 7/31/2026

Address: 110 N. College Ave #1002, Tyler TX 75702

Phone: 903-526-1411

Subscribed and sworn to before me this date: February 21, 2025

Notary Public _____

My Commission Expires: 4-22-28

MICHAEL J. COLLINS
My Notary ID # 6509879
Expires April 22, 2028

Additional information regarding service or attempted service:

_____

_____