## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS

---

GUY WESSON BENJAMIN,

      Plaintiff,

v.                                  Civil Action No. 3:25-cv-00033-JM

LUIS ZAMORA and
LANDSTAR INWAY, INC.,

      Defendants

---

## DEFENDANT LUIS ZAMORA'S CONFIRMATION OF
## PRIOR JOINDER IN REMOVAL

---

Come now Defendants Luis Zamora ("Zamora") and Landstar Inway, Inc. ("Landstar") (collectively "Defendants"), by and through the undersigned counsel, and aver as follows:

1)      On February 18, 2025, Defendants filed Defendants' Joint Notice of Removal [DE1] in this matter, which Joint Notice of Removal and all exhibits attached thereto are incorporated herein as if restated and set forth verbatim in this filing.

2)      The Joint Notice of Removal averred that "The Complaint being the original process in this case, was first served on Landstar on January 23, 2025; and service of process was concurrently accepted by Zamora."

3)      On February 21, 2025, Plaintiff Guy Wesson Benjamin ("Plaintiff") filed an affidavit of Proof of Service [DE6], which averred that service by private process was had on Zamora on February 21, 2025 by leaving the "summons and complaint with Eunice Hernandez, a member of the defendant's family at least 18 years of age, at 1224 N. Broadway Ave. Tyler, TX 75702, a place where the defendant resides …."

4)    In an abundance of caution, Zamora hereby confirms his February 18, 2025 joinder in the removal of this case.

Respectfully submitted,

s/ J. Lewis Wardlaw
J. Lewis Wardlaw (Arkansas Bar No. 2004034)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Ave., Tower II, Suite 900
Memphis, TN 38119-4839
(901) 522-9000
(901) 527-3746 (Fax)
lwardlaw@martintate.com

*Defendants Luis Zamora and Landstar Inway, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing has been served upon counsel for the Plaintiff, by means of the Court's ECF system, on this the 24th day of February, 2025.

Robert Morse
Lee D. Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
*robert@daspitlaw.com*
*lcurry@daspitlaw.com*

s/ J. Lewis Wardlaw