**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| GUY WESSON BENJAMIN | PLAINTIFF |
| V. | CASE NO. 3:25-cv-00033-JM |
| LUIS ZAMORA, ET AL | DEFENDANTS |

**DEFENDANTS' NOTICE OF SERVICE OF RULE 26(A)(1) INITIAL DISCLOSURES**

COME NOW Defendants Luis Zamora and Landstar Inway, Inc., by and through their counsel of record, and give notice of the April 30, 2025 service of their Rule 26(a)(1) Initial Disclosures on counsel for Plaintiff Guy Wesson Benjamin.

Respectfully submitted,

s/ J. Lewis Wardlaw
J. Lewis Wardlaw (Arkansas Bar No. 2004034)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Ave., Tower II, Suite 900
Memphis, TN 38119-4839
(901) 522-9000
(901) 527-3746 (Fax)
lwardlaw@martintate.com

*Defendants Luis Zamora and Landstar Inway, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been served upon counsel for the Plaintiff, via the Court's ECF system, on this the 30th day of April, 2025.

Robert Morse
Lee D. Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
*robert@daspitlaw.com*
*lcurry@daspitlaw.com*

s/ J. Lewis Wardlaw