# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS

GUY WESSON BENJAMIN,

    Plaintiff,

v.                                CASE NO.  3:25CV00033 - JM

LUIS ZAMORA and
LANDSTAR INWAY, INC.,

    Defendants.

## AMENDED NOTICE
## TO TAKE DEPOSITION OF PLAINTIFF GUY WESSON BENJAMIN

NOTICE TO:  Robert Morse
                Lee D. Curry
                DASPIT LAW FIRM
                124 W. Capitol Ave., Suite 1820
                Little Rock, AR 72201

    Please take notice that commencing at 9:30 a.m. (central) on Friday, November 7, 2025, Lew Wardlaw, the attorney for Defendant Luis Zamora and Landstar Inway, Inc., will take the in-person deposition of Plaintiff Guy Wesson Benjamin, pursuant to the Federal Rules of Civil Procedure, before a certified court reporter, notary public, or other officer authorized to administer oaths.

    The deposition will be conducted at 440 Louisiana St, Ste 1400 / Houston, TX 77002 in a conference room provided by counsel for Plaintiff Guy Wesson Benjamin.  The deposition shall begin at the time specified to continue thereafter until completed.

    You are hereby notified to appear and take such part in said deposition examinations, as you may deem fit and proper.

        Respectfully submitted,

        s/ J. Lewis Wardlaw
        J. Lewis Wardlaw (Arkansas Bar No. 2004034)
        MARTIN, TATE, MORROW & MARSTON, P.C.
        6410 Poplar Ave., Tower II, Suite 900
        Memphis, TN 38119-4839
        (901) 522-9000
        (901) 527-3746 (Fax)
        lwardlaw@martintate.com

        *Defendants Luis Zamora and Landstar Inway, Inc.*

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a copy of the foregoing Amended Notice has been served upon the following counsel for the Plaintiff, via the Court's electronic filing system on this the 13th day of October, 2025.

Robert Morse
Lee D. Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
*robert@daspitlaw.com*
*lcurry@daspitlaw.com*

        s/ J. Lewis Wardlaw
        J. Lewis Wardlaw