(Rev. 12/1/2018)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN District of ARKANSAS NORTH

GUY WESSON BENJAMIN

*Plaintiff*
v.

LUIS ZAMORA AND LANDSTAR INWAY INC.

*Defendant*

Case No. 3:25-CV-00033-JM

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
DEFENDANT, GUY WESSON BENJAMIN

Date: December 11, 2025

ROBERT MORSE TX BAR NUMBER 24041529
*Attorney's printed name and bar number*

440 LOUISIANA STREET SUITE 1400, HOUSTON
*Address*

ROBERT@DASPITLAW.COM
*E-mail address*

713-322-4878
*Telephone number*

713-587-9086
*FAX number*