# UNITED STATES DISTRICT COURT
for the

EASTERN District of ARKANSAS NORTH

GUY WESSON BENJAMIN

*Plaintiff*
v.

LUIS ZAMORA AND LANDSTAR INWAY INC.

*Defendant*

) Case No. 3:25-CV-00033-JM
)
)
)
)

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, GUY WESSON BENJAMIN

Date: December 12, 2025

ROBERT MORSE TX BAR NUMBER 24041529
*Attorney's printed name and bar number*

440 LOUISIANA STREET SUITE 1400, HOUSTON, TEXAS 77002
*Address*

ROBERT@DASPITLAW.COM
*E-mail address*

713-322-4878
*Telephone number*

713-587-9086
*FAX number*