EXHIBIT 1

## J. Lewis Wardlaw

| | |
|---|---|
| **From:** | J. Lewis Wardlaw |
| **Sent:** | Friday, December 5, 2025 8:22 AM |
| **To:** | Lee Curry |
| **Cc:** | Robert Morse; Clair Gilkey; Millie Eror |
| **Subject:** | Benjamin v. Zamora and Landstar Inway, Inc.; USDC ARED 3:25-cv-00033-JM - Neuro-Psychological Testing |
| **Attachments:** | Strutt, Adriana (CV).pdf; SAMPLE-Procedure Letter.docx |

Lee:

I am following up on my email below concerning neuro-psychological testing on Mr. Benjamin.  As you are aware the depositions of Messrs. Benjamin and Zamora were delayed and now will conclude with Mr. Benjamin's deposition in your Houston office on December 18.  The following expert witness deadlines are fast approaching with Plaintiff's expert disclosures on January 23, 2026 and Defendants' expert disclosures on February 22, 2026.

FRCP 35 provides for "Physical and Mental Examination," beginning that "The Court where the action is pending may order a party whose mental or physical condition ... is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner."  We have engaged Board Certified Neuropsychologist Adriana Macias Strutt, Ph.D., ABPP-CN.  I have attached her CV along with her Sample Procedure Letter, which sets out her neuropsychological/psychological evaluation procedure.  We intend to have Dr. Strutt test Mr. Benjamin in accordance with FRCP 35 and these procedures.

Please advise by Tuesday, December 9, 2025, if Mr. Benjamin will submit to a FRCP 35 Physical and Mental Examination without the need for our filing a motion seeking same.

Thank you.

Lew Wardlaw

**From:** J. Lewis Wardlaw <WardlawL@martintate.com>
**Sent:** Friday, October 10, 2025 11:32 AM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; Millie Eror <milica@daspitlaw.com>
**Subject:** Benjamin v. Zamora and Landstar Inway, Inc.; USDC ARED 3:25-cv-00033-JM - Depositions

Lee:

Thank you for the zoom conference today.

This email confirms that we have agreed to change Mr. Benjamin's deposition from remote to in-person.  It will now be taken at your office at 440 Louisiana St, Ste 1400 Houston, TX 77002 on November 7, 2025, beginning at 9:30.  I will get you an amended notice in the coming days.  Mr. Zamora's deposition will still be taken remotely on November 6, 2025, beginning at 9:30.

Also, as we discussed, on completion of Mr. Benjamin's deposition, we propose to have him undergo independent neuro-psychological testing near his home, followed by an IME conducted by a qualified TBI expert.  Please advise your position on those efforts under ARCP Rule 35.

Thank you.

Lew Wardlaw



### J. Lewis Wardlaw
Shareholder
MARTIN, TATE, MORROW & MARSTON, P.C.
International Place, Tower II, 6410 Poplar Ave, Suite 900 | Memphis, TN 38119
Telephone 901.522.9000 | Fax 901.527.3746 | www.martintate.com

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected
by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail
in error, please notify us immediately by returning it to the sender and delete this copy from
your system. Thank you for your cooperation.

**CURRICULUM VITAE**
**Adriana Macias Strutt, Ph.D., ABPP-CN**

## I. GENERAL BIOGRAPHIC INFORMATION

**A. Personal:**
1. Full Name: Adriana Macias Strutt, Ph.D., ABPP-CN

2. Citizenship: USA

3. Languages: English, Spanish (medical certification)

**B. Education:**
1. Undergraduate Education:
   a. University of La Verne, La Verne, CA, Bachelor of Science in Psychology, 1994-1998
      i. Magna cum laude

2. Graduate Education:
   a. Loma Linda University, Loma Linda, CA, Master's Degree in Experimental Psychology, 1999-2004
      Thesis Title: Pediatric Amputations - PTSD, Behavioral Tendencies and Quality of Life
      Thesis Advisors: Janet Sonne, Ph.D. & Kelly Morton, Ph.D.

   b. Loma Linda University, Loma Linda, CA, Doctor of Philosophy (Ph.D) in Psychology, 1999-2006
      Dissertation Title: Psychogenic Non-epileptic Seizures - Neuropsychological Impairments and Psychological Symptomatology
      Thesis Advisors: Travis G. Fogel, Ph.D. & Louis Jenkins, Ph.D.

3. Postgraduate Training:
   a. Baylor College of Medicine, Department of Psychiatry and Behavioral Sciences, Houston, TX, Clinical Psychology Internship (clinical), 2004-2005
      Supervisor: Robert Harper, Ph.D., Michele K. York, Ph.D., Harvey Levin, Ph.D.

   b. Baylor College of Medicine, Department of Neurology, Houston, TX, Post-doctoral Neuropsychology Fellowship (clinical/research), 2006-2008
      Source of Support: NIH-National Institute of Neurological Disorders and Stroke – 5 K23 NS041254-02
      Supervisor: Michele K. York, Ph.D.

**C. Academic Appointments:**
1. Current Faculty Position(s) at BCM:

   a. Professor (tenured), Department of Neurology and Psychiatry & Behavioral Sciences, 6/01/2022-Present

   b. Board Certified Neuropsychologist, BCM ECCOS Clinic (Embracing Cultural Competency in an Outpatient Setting) - Outpatient Multi-Cultural Neuropsychology Clinic providing

1

interpreter-mediated assessment services with the assistance of a medical interpreter in 14 different languages, Department of Neurology, 2018-Present

c.  Founding Director, BCM Cerebro - Outpatient Cross-Cultural Neuropsychology Clinic (neuropsychological and psychological assessment services for Spanish monolingual and bilingual patients), 2017-Present

d.  Founding Director, BCM Spanish/Cross-Cultural Fellowship, Department of Neurology, 2017-Present

e.  Founding Director, *Taquitos de Sesos*, online international monthly didactic program, 2017-present

f.  Associate Professor (tenured), Department of Neurology and Psychiatry & Behavioral Sciences, 6/01/2016-Present

g.  Assistant Professor (tenure track), Departments of Neurology and Psychiatry & Behavioral Sciences, 10/01/2010-5/31/2016

h.  Assistant Professor (non-tenure track), Department of Neurology, 7/01/2009-9/30/2010

i.  Assistant Professor (non-tenure track), Department of Psychiatry & Behavioral Sciences, 7/01/2009-9/30/2010

j.  Neuropsychologist, Amyotrophic Lateral Sclerosis Association Clinic, 2008-2011

k.  Instructor, Department of Neurology, 7/01/2008-6/30/2009

2.  Visiting Professorship:
    a.  Department of Psychology, Maestria en Neuropsicologia Clinica (Master's Program in Clinical Neuropsychology, Universidad del Valle de Guatemala (UVG), Guatemala City, 2016-Present

    b.  Past Courses
        i.    August 2016 (on site) Metodología de Investigación en Neuropsicologia
        ii.   August 2017 (on site) Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        iii.  August 2019 (on site) Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        iv.   August 2020 (virtual) Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        v.    August 2021 (virtual) Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        vi.   October 2021 (virtual) Evaluación y Diagnostico en Neuropsicología 2
        vii.  August 2022 (virtual) Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        viii. October 2022 (on site) Evaluación y Diagnostico en Neuropsicología 2
        ix.   August 2024: (virtual) Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        x.    October 2024: (on site) Evaluación y Diagnostico en Neuropsicología 2

    c.  Future Courses
        i.   August 2025: Desórdenes Neuropsicológicas en la Adolescencia y Adultez
        ii.  October 2025: Evaluación y Diagnostico en Neuropsicología 2

3.  Privileges
    a.  Baylor CHI St. Luke's Health System, 2014-present

  b. Methodist Hospital, 2008-2014

4. Previous Faculty Position(s) at Other Institutions: None

5. Faculty Appointment(s) at Other Institutions While at BCM:

  a. Visiting Professor, Universidad del Valle de Guatemala, Guatemala City, Guatemala, 2016-present

6. Consultant Privileges at Other Institutions:
  a. Clinical Neuropsychologist and Research Consultant, The Methodist Hospital, 2008-2015

  b. Clinical Neuropsychologist and Research Consultant, Universidad del Valle de Guatemala 2016-Present

  c. Centro de Epilepsia y Neurocirugía Funcional HUMANA, Guatemala City, Guatemala

7. Clinical or Research Supervisor
  a. Loma Linda University, Loma Linda, CA., 2009-2012

  b. University of Houston, TX., 2008-2011

  c. St. Thomas, Houston, TX., 2010-2013

  d. University of Texas at Tyler, Tyler TX., 2012-2014

  e. Universidad del Valle de Guatemala, Guatemala City, Guatemala, 2016-present

8. Dissertation Co-Chair
  a. University of Houston, Houston, TX., 2021-2023

9. Neuropsychology Cultural Broker/Consultant
  a. PsyBar, 2022

  b. Parkinson's Foundation, 2022


**D. Other Advanced Training/Experience:**
 1. Formal Sabbatical Leave: None

 2. Specialized Training:

  a. The Art & Science of Expert Witness Testimony, Harvard Medical School, 2023

  b. Human Trafficking 101: A Healthcare Primer, PATH Collaborative, 2022

  c. Physicians for Human Rights (PHR) Training, 2019

  d. Training Seminar, ImPACT Concussion Training, 2012

e.  Summer workshop, Volumetric Analysis (VA) - with Freesurfer, 2010

f.  Summer workshop, Diffusion Tensor Imaging (DTI) - with PRIDE, 2010

g.  Summer workshop, Functional magnetic resonance imaging in a research setting, 2010

h.  Independent learning, Working with medical interpreters, 2010

i.  Independent learning, Fitness for duty evaluations, 2009

j.  Independent and small group learning, Neurobehavioral Training, 2008-2010

k.  Independent learning, Translation and cultural adaptation of neuropsychological measures, 2008-2010

l.  Independent and small group learning, Neuropsychological assessment of Spanish-speakers, 2008

m.  Mentored learning, Forensic Assessment (civil and criminal matters), 2008

## E.  Other Information:

1.  Honors or Awards:
    a. Local
        i.  **Commitment to Collaboration and Community Engagement, Baylor College of Medicine, Department of Psychiatry & Behavioral Sciences, 2022.**  Outstanding commitment to fostering collaboration within BCM (Departments of Psychiatry & Behavioral Science and Neurosurgery) and commitment to engaging/partnering with community organizations on issues relevant to mental health: Taquitos de Sesos (international didactic program since 2017 with over 800 registered participants from 14 countries), recruitment and retention of underserved Houston communities (NIH funded validation study in neuropsychology), and the Strutt MacDonald Equitable healthcare Model (blueprint for addressing health disparities in medical care: model for clinical services, research, and training).

        ii.  **Nominee, Equity Trailblazer Award, Baylor College of Medicine, 2021.** Contributions and accomplishments in moving Baylor toward being a more diverse and inclusive community.

        iii.  **Women of Excellence Award, Baylor College of Medicine, 2020.** Honored for exemplifying excellence as well as BCM's other values of respect, integrity, innovation, and teamwork.

        iv.  **Clark Faculty Service Award, Baylor College of Medicine, 2019.** Exemplary service to the college.

        v.  **Member of the Academy of Distinguished Educators at Baylor College of Medicine, 2018-2023**

4

  vi. **Honoree, Women of Excellence Project, Baylor College of Medicine, 2018.** Honored for exemplifying excellence as well as BCM's other values of respect, integrity, innovation, and teamwork.

  vii. **Star Award for Excellence in Patient Care; Baylor College of Medicine, 2017**

  viii. **Power of Professionalism Award; Baylor College of Medicine, 2014**

  ix. **Member of the Academy of Distinguished Educators at Baylor College of Medicine; 2012-2017**

  x. **Certificate of Appreciation, Alzheimer's Association, 2010**

  xi. **Travel Fellowship Award**, Alzheimer's Association, 2010; International Conference on Alzheimer's disease (ICAD); 2010

  xii. **100 Hispanic Women in Leadership Award; Hispanic Women in Leadership Houston Chapter, 2009**; for provision of culturally and linguistically appropriate services.

 b. National

  i. **American Psychological Association, Fellow, 2024.** Award to be presented at 2025 annual conference.

  ii. **Hispanic Neuropsychological Society, Fellow, 2021.** Outstanding achievements in support of the neuropsychology profession.

  iii. **Norton Rose Fulbright L. L. P. Faculty Excellence Award in the Category of Enduring Materials, Baylor College of Medicine, 2019.**

  iv. **Norton Rose Fulbright L. L. P. Faculty Excellence Award in the Category of Teaching and Education, Baylor College of Medicine, 2018**

  v. **Fulbright and Jaworski L. L. P. Faculty Excellence Award in the Category of Enduring Materials, Baylor College of Medicine, 2013**

  vi. **Fulbright and Jaworski L. L. P. Faculty Excellence Award in the Category of Teaching and Education; Baylor College of Medicine, 2012**

  vii. **100 Hispanic Women in Leadership Award; Hispanic Women in Leadership Houston Chapter, 2010**; for research accomplishments

2. Board Eligibility/Certification:

 a. **American Board of Professional Psychologists; Board Certification in Clinical Neuropsychology, Certification Diploma #6910, 2011-present**

 b. **Texas State Board of Psychologists, Licensed Psychologist, #33831, 2008-present**

3. Other Non-Academic Positions:

a.  Publication Committee Member, American Academy of Neuropsychology, January 2023-present.

b.  Group Co-Leader, Minnesota Conference Guidelines, National Effort to update clinical, research and education standards for the field of Neuropsychology, June 2022-present.

c.  Delegate, Minnesota Conference Guidelines, National Effort to update clinical, research and education standards for the field of Neuropsychology, June 2022-present.

d.  Member, Faculty and Promotion Committee, BCM, January 2022-February 2024

e.  Member, Workgroup Cultural SIG for the International Neuropsychological Society; February 2019-present

f.  Member, Workgroup Epilepsy SIG for the International Neuropsychological Society; February 2019-present

g.  Co-Chair, Hispanic Neuropsychological Society 3rd Biannual Conference *Cultural Neuropsychology in Action!* New York City, New York; February 2019

h.  Member at Large, Houston Neuropsychological Society, 2019-2020

i.  Past-President, Houston Neuropsychological Society, 2018-2019

j.  Co-Chair, Tourette Symposium: *What Makes Them Tic?* Baylor College of Medicine, Houston, Texas; February 2018

k.  President, Houston Neuropsychological Society, 2017-2018

l.  Member, Diversity Committee, National Academy of Neuropsychology, 2017-present

m.  President Elect, Houston Neuropsychological Society, 2016-2017

n.  Member at Large, Houston Neuropsychological Society, 2015-2016

o.  Faculty Inclusion Ambassador, Office of Institutional Diversity, Inclusion and Equity, Baylor College of Medicine, Houston, TX, 2016-present

p.  Member, Relevance 2050 Board Promotion Committee, American Academy of Neuropsychology, 2016-Present

q.  Member, Relevance 2050 Consultation and Liaison Committee, American Academy of Neuropsychology, 2016-Present

r.  Member, Student Appeals Committee, Baylor College of Medicine, Houston, TX, 2015-2018

s.  Mentor, Hispanic Neuropsychological Society, 2015-2020

6

t.  Medical Advisory Board Member, Tourette Syndrome Association Texas Chapter, Houston, TX, 2014-present

u.  Wellness Champion, Wellness Committee Baylor College of Medicine, Houston, TX, 2012-present

v.  Member, AD/PD Network, 2012-2020

w.  Member, Education Panel, National Hispanic Medical Association, Houston, TX, 2010

x.  Member, The Alzheimer's Disease Partnership Collaborative, Austin, TX, 2010-present

y.  Workgroup Member, Alzheimer's Association: Increasing Diverse Community Usage of Trial Match 2010-2012

z.  Member, BCM Doctor's Day Outreach Program, Houston, TX, 2010-2019

aa. Member, Science Committee, Texas State Plan for Alzheimer's Disease, Austin, TX, 2009-present

bb. Co-facilitator, Spanish Alzheimer's Disease Caregiver Support Group, Houston, TX., 2008-2014

cc. Panel Member, Houston Community Partnerships for Hispanic Elder's Health, Houston, TX., 2007-2012

## II. RESEARCH INFORMATION

## A. Research Support:

Title: Building mood state classifiers to inform deep brain stimulation (DBS) of treatment-resistant bipolar depression
Agency: NIH
Investigator relationship: Co-Investigator; P-Investigator W. Goodman
Dates of funding: 12/01/2023 – 06/30/2025
Annual direct cost for overall period: 1,208,849
Type: Grant

Title: The Long-term Consequences of Spaceflight on Brain and Eye Health
Agency: NASA
Investigator relationship: Co-Investigator; P-Investigator: E. Bershad
Annual direct cost for overall period: $2,926,098.00
Type: Grant

Title: Deep brain stimulation for depression
Agency: NIH
Investigator relationship: Co-Investigator; P-Investigator S. Sheth
Dates of funding: 03/20/2020 – 06/30/2023

Annual direct cost for overall period: 1,208,849
Type: Grant

Title: SASEI [sas-ee]: Sexuality and Neurodegenerative Conditions
Agency: Alzheimer's Association
Investigator relationship: Principal Investigator
Dates of funding: 01/01/18-06/30/20
Annual direct cost for overall period: $150,000
Type: Grant

Title: Adaptive DBS in Non-Motor Neuropsychiatric Disorders: Regulating Limbic Circuit Imbalance
Agency: NIH/NINDS
Investigator relationship: Co-Investigator
Dates of funding: 09/30/2016 – 06/30/2022
Annual direct cost for overall period: 1,208,849
Type: Grant

Title: A Clinical Pilot Study Examining Bilateral Inhibition of the Lateral Habenula as a Target for Deep Brain Stimulation in Intractable Depression
Agency: Simons Foundation
Investigator relationship: Co-Investigator
Dates of funding: 01/01/2013 – 05/31/2019
Annual direct cost for overall period: 600,000
Type: Grant

Title: HIV associated neurocognitive disorders
Name of funding agency: Baylor UT Community for AIDS research
Investigator relationship: Co-Investigator
Dates of funding: 06/30/12-06/30/13
Annual direct cost for overall period: $34,276
Type: Grant

Title: Role of Central Nervous System Active HAART in HIV associated neurocognitive disorders (HAND)
Name of funding agency: Glaxo Smith Kline HIV CIRA Award
Investigator relationship: Co-Investigator
Dates of funding: 04/15/10-12/31/11
Annual direct cost for overall period: $64,616
Type: Grant

Title: Pilot Project for the Validation of a Spanish Dementia Neuropsychological Battery
Agency: BCM Alzheimer's Disease and Memory Disorders Center
Investigator relationship: Principal Investigator
Dates of funding: 07/01/08-06/30/09
Annual direct cost: $50,000; direct cost for overall period: $ 50,000
Type: Grant

Title: Validation of Spanish Dementia Neuropsychological Battery
Agency: Alzheimer's Association
Investigator relationship: Principal Investigator
Dates of funding: 09/01/08-08/30/10

8

Annual direct cost: $50,000; direct cost for overall period: $100,000
Type: Grant

Title:  Cognitive Functioning Following Deep Brain Stimulation
Agency:  National Institute of Health/National Institute of Neurological Disorders and Stroke - 5 K23
NS041254-02
Investigator relationship:  Fellow
Dates of Funding:  03/15/06-03/31/08
Annual direct cost: $389,000; direct cost for overall period: $778,000
Type:  Grant

## B.  Submissions:

Title: Collaborative Health Initiative for Spanish and Multicultural Education (CHISME): A Pilot
Program for Graduate Trainees and Early Career Professionals
Funding Source: American Psychological Association

Title: Improving accuracy of functional assessment in health disparity populations.
Funding Source: Texas Alzheimer's Research and Care Consortium (TARCC)

## C.  National Scientific Participation:
1.  Journal editorial boards, reviewer, etc. (All Current)
       a. Editorial boards:
              i.      Associate Editor for USA, Revista IberoAmericana de Neuropsicologia, 2017-2020

2.  Journal reviewer:
       a.   Neurology

       b.   Journal of the International Neuropsychology Society

       c.   Movement Disorders

       d.   Journal of Pediatric Psychology

       e.   Journal of Clinical and Experimental Neuropsychology

       f.   Epilepsy Research

       g.   National Academy of Neuropsychology Bulletin

       h.   Clinical EEG and Neuroscience

       i.   Psychological Assessment

       j.   Epilepsy & Behavior

       k.   The Clinical Neuropsychologist

       l.   Movement Disorders in Clinical Practice

    m.  The Journal of Neuropsychiatry and Clinical Neurosciences

    n.  Ethnicity and Health

    o.  International Journal of Geriatric Psychiatry

    p.  Archives of Clinical Neuropsychology

    q.  Applied Neuropsychology

    r.  Forensic Mental Health Journal

3.  Review panels:
   a. BCM Clark Faculty Service Award – application reviewer, 2020-2022

   b. BCM Academy of Distinguished Educators Showcase of Educational Scholarship - abstract reviewer; 2014

   c. American Board of Professional Psychologists, Clinical Neuropsychology - written sample reviewer; 2011-2013

   d. American Epilepsy Society - grant reviewer, 2010-2014

   e. Alzheimer's Association - grant reviewer, 2008-present

4.  Professional Science Panels and Groups
   a. Member – Hispanic Neuropsychological Society, Mentorship and Education Committee, National Group, 2015

   b. Member – Hispanic Neuropsychological Society, Cultural Diversity and Clinical Practice Task Force, National Group, 2015-2016

   c. Member - Medical Advisory Board, Tourette Syndrome Association Texas Chapter, Houston, TX., 2014

   d. Texas Regional Mental Health Minority Mentor Network, Houston, TX., 2014

   e. Mentor, Texas Regional Mental Health Minority Mentor Network, 2014-2016

   f. Member, Publications Committee, National Academy of Neuropsychology, 2014-2017

   g. Member, Consulting Panel, Hispanic Medical Association, 2010-2013

   h. Member - The Alzheimer's Disease Partnership Collaborative, Austin, TX., 2010-present

   i. Member - Science Committee, Texas State Plan for Alzheimer's Disease, Austin, TX., 2009-present

10

5. Professional societies, memberships, elected positions, etc.
   a. American Academy of Neuropsychology
      i. Member, Relevance 2050 Board Promotion Committee, American Academy of Neuropsychology, 2016-Present
      ii. Member, Relevance 2050 Consultation and Liaison Committee, American Academy of Neuropsychology, 2016-Present
      iii. Member, Publication Committee, American Academy of Neuropsychology, 2022-Present

   b. American Epilepsy Society

   c. American Psychological Association

   d. International Neuropsychological Society
      i. Member, Workgroup Cultural SIG for the International Neuropsychological Society; February 2019-Present

   e. Hispanic Neuropsychological Society
      i. Fellow, 2021
      ii. Co-Chair, Hispanic Neuropsychological Society 3rd Biannual Conference *Cultural Neuropsychology in Action!* New York City, New York; February 2019
      iii. Member at Large, Hispanic Neuropsychological Society, 2018-2020

   f. Movement Disorders Society

   g. National Academy of Neuropsychology
      i. Member, Culture and Diversity Committee, National Academy of Neuropsychology, 2017-present

   h. Houston Neuropsychological Society
      i. Member at Large, Houston Neuropsychological Society, 2019-2020
      ii. Past-President, Houston Neuropsychological Society, 2018-2019
      iii. President, Houston Neuropsychological Society, 2017-2018
      iv. President Elect, Houston Neuropsychological Society, 2016-2017
      v. Member at large, Houston Neuropsychological Society, 2015-2016

   i. Texas Psychological Association

6. Additional Elected Positions
   a. Academy of University Educators
      i. Member, 2017-present
      ii. Member, 2018-2023

## D. Publications:
1. Full papers:

   a. Published in peer reviewed journals

11

1.  MacDonald, B., Berrios-Siervo, G., Díaz-Santos, M., Sanchez, O. Suárez, P. Diaz Santos, A.L., Moss, N., & **Strutt, A.M.** (2023). Foundational Curriculum and Core Guidelines for Training in Latinx/a/o-Hispanic (L/H) Cultural Neuropsychology Across the Lifespan. Archives of Clinical Neuropsychology.

2.  **Strutt, A.M.,** Diaz Santos, A.L., de Minas Salerno Chiles, A.L., Furtado, M., York, M.K., Stinson, J.M., McCauley, S.R. (2023). Developing Culturally Competent Foreign Language Neuropsychological Assessments: Portuguese-Speaking Brazilians Living in the United States. *Archives of Clinical Neuropsychology*, acad016, https://doi.org/10.1093/arclin/acad016.

3.  Stinson, J.M., Roman, C., Combs, H.L., York, M.K., **Strutt, A.M.,** & McCauley, S.R. (2023) Geopolitical Considerations of Working with Medically Complex Patients: A Case Illustration. *Archives of Clinical Neuropsychology*, acad004, https://doi.org/10.1093/arclin/acad004

4.  Díaz-Santos, M., González, D. A., Henry, S., Vuong, K.D., & **Strutt, A.M.** (2023, In press). **Re**-engaging **I**ndividuals & Societies for **S**tructural **E**volution (RISE): A Brain Health Equity Neuropsychology Research Framework (NRF). Archives of Clinical Neuropsychology.

5.  **Strutt, A.M.**, Armendariz, V., Arias, F., Diaz Santos, A.L., Zink, D., Vuong, K.D., & Rossetti, M.A. (2023). Culturally and Linguistically Informed Neuropsychological Evaluation Protocol for Primarily Spanish-speaking adults. Archives of Clinical Neuropsychology.

6.  Stinson, J.M., Armendariz, V., Hegazy, M.I.R., **Strutt, A.M.,** McCauley, S.R., York, M.K. (2023). Developing a Culturally Competent Neuropsychological Battery for Diagnosis of Dementia in Arabic-Speaking Patients in the United States. *Archives of Clinical Neuropsychology*, acad017, https://doi.org/10.1093/arclin/acad017.

7.  Stinson, J.M., MacDonald, B., & **Strutt, A.M.** (2023). Cultivating a Relevant Supervisory Space: Culturally Expressive and Responsive (CER) Model for supervision in neuropsychology. *Archives of clinical neuropsychology: the official journal of the National Academy of Neuropsychologists*, *38*(3), 334–346. https://doi.org/10.1093/arclin/acac097.

8.  Medina, L.D., Henry, S., Torres, S., MacDonald, B., & **Strutt, A.M.** (2023). The measurement of acculturation in neuropsychological evaluations of Hispanic/Latino individuals across the lifespan: a scoping review of the literature. Archives of Clinical Neuropsychology.

9.  York, M.K., Kim, S., Lee, D, Windham, V, **Strutt, A.M.,** Stinson, J., and McCauley, S. (2023). Culturally Competent Approaches for Neuropsychological Assessment for Differential Diagnosis of Dementia of Korean-speaking Patients in the United States. *Archives of Clinical Neuropsychology*, acac094, https://doi.org/10.1093/arclin/acac094.

10.  Qi, W., Hong, Y., Sun, X., Stinson, J.M., York, M.K., McCauley, S.R., & **Strutt, A.M.** (2023). A Neuropsychological Battery for the Evaluation of Dementia among

Mandarin-Speaking Older Adults in the United States. Archives of Clinical Neuropsychology.

11.  McCauley, S.R., Nguyen, T., Nguyen, C., **Strutt, A.M.,** Stinson, J.M., Windham, V., & York, M.K. (2023).  Developing culturally competent foreign language neuropsychological assessment: Vietnamese-speaking patients with suspected dementia. Archives of Clinical Neuropsychology.

12.  Henry, S.K., Talavari, D., York, M.K., Stinson, J.M., **Strutt, A.M.,** & McCauley, S.R. (2023). Culturally Competent Approaches for Neuropsychological Assessment for Differential Diagnosis of Dementia of Farsi-speaking Patients in the United States. *Archives of Clinical Neuropsychology*, acac099, https://doi.org/10.1093/arclin/acac099

13.  Taylor, A. A., McCauley, S. R., & **Strutt, A. M.** (2023). Postconcussional Syndrome: Clinical Diagnosis and Treatment. *Neurologic clinics*, *41*(1), 161–176. https://doi.org/10.1016/j.ncl.2022.08.003

14.  Wang, R., McClard, C.K., Laswell, S., Mahmoudzadeh, R., Salabati, M., Ammar, M., Vannavong, J., Aziz, A.A., Ewald, A., Calvanese, A.V., Lehman, E.B., Fried, S., Windham, V., **Strutt, A.M.,** Saroj, N., Khanani, A.M., Eichenbaum, D.A., Regilio, C., & Wykoff, C.C. (2022).  Quantifying burden of intravitreal injections: questionnaire assessment of life impact of treatment by intravitreal injections (QUALITII). BMJ Open Ophthalmology 2022;7:e001188. doi: 10.1136/bmjophth-2022-001188.

15.  Merkley, T.L., Esopenko, C., Zizak, V.S., Bilder, R.M., **Strutt, A.M.,** Tate, D., & Irimia, A. (2022).  Challenges and Opportunities for Harmonization of Cross-Cultural Neuropsychological Data. Neuropsychology, 10.1037/neu0000818.

16.  Sheth, S., Bijanki, K., Metzger, B., Allawala, A., Pirtle, V., Adkinson, J., Myers, J., Mathura, R., Oswalt, D., Tsolaki, E., Xiao, J., Noecker, A., **Strutt, A.M.,** Cohn, J., McIntyre, C., Mathew, S., Borton, D., Goodman, W., Pouratian, N. (2022). Deep brain stimulation for depression informed by intracranial recordings. Biological Psychiatry S0006-3223(21)01747-9. https://doi.org/10.1016/j.biopsych.2021.11.007

17.  Plomecka, M., Gobbi, S., Neckels, R., Radzinski, P., Skorko, B., Lazerri, S., Almazidou, K. Dedic, A., Bakalovic, A., Hrustic, L., Ashraf, Z., Es Haghi, S., Rodriguez-Pino, L., Waller, V., Jabeen, H., Alp, A.B., Behnam, M.A., Shibli, D., Baranczuk-Turska, Z, Haq Z, Qureshi, S., **Strutt, A.M.,** Jawaid, A. (2021).  Factors associated with psychological disturbances during the Covid 19 pandemic: Multi country online study. JMIR Mental Health, 021, 8(8): e28736.

18.  Pick, L., Barreto Abrams, J.O., González, D.A., Suárez, P * **Strutt, A.M.** (2021). Language in Neuropsychology Part II – Interpreter-Mediated Neuropsychological Services. National Academy of Neuropsychology Bulletin, Vol 34, Issue 1. Pp 13-16.

19.  Spalding-Wilson, K., Harris, G., Windham, V.A., **Strutt, A.M.** & Yochim, B. (2021). Detection of Major and Mild Neurocognitive Disorder with the Verbal

Naming Test. Journal of the International Neuropsychological Society, 26:1-9. doi: 10.1017/S1355617721000904.

20. Plomecka, M., Gobbi, S., Neckels, R., Radzinski, P., Skorko, B., Lazzeri, S., Almazidou, K., Dedic, A., Bakalovic, A., Hrustic, L., Ashraf, Z., Es Haghi, S., Rodriguez-Pino, L., Waller, V., Jabeen, H., Alp, A. B., Behnam, M., Shibli, D., Baranczuk-Turska, Z., Haq, Z., Qureshi, S., **Strutt, A.M.**, & Jawaid, A. (2021). Factors Associated With Psychological Disturbances During the COVID-19 Pandemic: Multicountry Online Study. *JMIR Mental Health*, *8*(8), e28736. https://doi.org/10.2196/28736

21. McClard, C. K., Wang, R., Windham, V., Munoz, J., Gomez, S., Fried, S., Saroj, N., Regillo, C., Wykoff, C. C., & **Strutt, A. M.** (2021). Questionnaire to Assess Life Impact of Treatment by Intravitreal Injections (QUALITII): Development of a patient-reported measure to assess treatment burden of repeat intravitreal injections. *BMJ open ophthalmology*, *6*(1), e000669. https://doi.org/10.1136/bmjophth-2020-000669

22. Cavanagh, L., **Strutt, A.M.** & Schulz, P. (2021). Acute demyelinating encephalomyelitis (ADEM) following rabies vaccination. International Journal of Case Reports, 5: 206.

23. Arias, F., Safi. D.E., Miranda, M., Carrion, C.I., Diaz Santos, A.L., Armendariz, A., Jose, I.E., Vuong, K.D., Suarez, P., & **Strutt, A.M**; The Star Consortium (2020). Teleneuropsychology for monolingual and bilingual Spanish-speaking adults in the time of COVID-19: Rationale, professional considerations, and resources. Archives of Clinical Neuropsychology; the official journal of the National Academy of Neuropsychology, 35(8), 1249-1265. https://doi.org/10.1093/arclin/acaa100

24. Gonzalez, D.A., Mullane, A., Pick, L.H., & **Strutt, A.M.** Workgroup of the NAN Culture and Diversity Committee, Chaired by Suarez, P. (2020). Language in Neuropsychology Part I: Linguistic Diversity and Determining Assessment Language. National Academy of Neuropsychology Bulletin, Vol 33, Issue 1. Pp 16-19.

25. Evans, R. W. & **Strutt, A.M.** (2020). Medico-legal aspects of concussion. Headache, 60(8), 1749-1760. 1-12. https://doi.org/10.1111/head.13926

26. Plomecka, M.B., Gobbi, S., Neckels, R., Radzinski, P., Skorko, B., Lazerri, S., Almazidou, K. Dedic, A., Bakalovic, A., Hrustic, L., Ashraf, Z., Es haghi, S., Rodriguez-Pino, L., Waller, V., Jabeen, H., Alp, A.B., Behnam, M.A., Shibli, D., Baranczuk-Turska, Z, Haq Z, Qureshi, Su.U., **Strutt, A.M.,** Jawaid, A. (2020). Mental health impact of COVID-19: A global study of risk and resilience factors. MedRxiv, 05.05.20092023.

27. Kim, S.H., Olabarrieta-Landa, L., Gilboa-Fried, S., Olivera, S.L., Tangarife, R.V., **Strutt, A.M.,** Arango-Lasprilla, Juan Carlos. (2019). Factor structure models for the Post-Concussion Syndrome Scale with monolingual Spanish-speaking adults from Colombia. Brain Injury, 33 (11), 1436-1441.

28. Scott. B.M., **Strutt, A.M.,** Lundberg-Love, P., Schmitt, A.L., Salzman, J., Martin, S.K., Jankovic, J., & Bowers, D. (2019). Emotion regulation and neuropsychological status in functional neurological disorder variants. Revista Iberoamericana de Neuropsicologia, Vol 2, No. 1; 30-42.

29. Kim, S., Yu, M., & **Strutt, A.M.** (2019). Variably protease-sensitive prionopathy: a differential consideration for dementia. Neurology: Clinical Practice, 145-151.

30. Lotia, M., York, M.K., & **Strutt, A.M.,** Jankovic, J. (2018). Leg stereotypy syndrome: phenomenology and prevalence. *Journal of neurology, neurosurgery, and psychiatry, 89*(7), 692–695. https://doi.org/10.1136/jnnp-2017-317057.

31. Kim, S.H., **Strutt, A.M.,** Olabarrieta-Landa, L., Lequerica, A.H., Rivera, D., De Los Reyes Aragon, C.J., Utria, O., Arango-Lasprilla, C.J., (2018). Item analysis of the Spanish version of the Boston Naming Test with a Spanish speaking adult population from Colombia. The Clinical Neuropsychologist, 32, 29-45.

32. Choudhury, T. K., Davidson, J. E., Viswanathan, A., & **Strutt, A.M.** (2017). Deep brain stimulation of the anterior limb of the internal capsule for treatment of therapy-refractory obsessive compulsive disorder (OCD): a case study highlighting neurocognitive and psychiatric changes. *Neurocase, 23*, 138-45.

33. Jacks, A., Wainright, D., Salazar, L., Grimes, R., York, M., **Strutt, A.M**., Shahani, L. Woods, S.P., Hasbun, R. Neurocognitive deficits increase risk of poor detection in care among older adults with newly diagnosed HIV infection. AIDS. 2015.

34. Hasbun, R., Eraso, J., Ramireddy, S., Wainwright, D., Salazar, L., Grimes, R., York, M., & **Strutt, A.M.** (2012). Screening for neurocognitive impairment in HIV individuals: The utility of the Montreal Cognitive Assessment Test. *J AIDS Clin Res, 3(10): 186-90*.

35. Kiewel, N., Wisdom, N. M., Bradshaw, M. R., Pastorek, N., & **Strutt, A. M.** (2012). A Retrospective Review of Digit Span-Related Effort Indicators in Probable Alzheimer's Disease Patients. *The Clinical Neuropsychologist, 26(6):965-74*. doi: 10.1080/13854046.2012.694478.

36. Hill, S.W. **Strutt, A.M.,** Uber-Zak, L., Fogel, T.G., & Ropacki, M.M. (2012). The NAB Shape Learning Subtest as a Predictor of Lateralized Seizure Onset. *Epilepsy and Behavior*, 24(1): 59-64. doi: 10.1016/j.yebeh.2012.02.021.

37. **Strutt, A.M.,** Scott, B.M., Lozano, V.J., Tieu, P.G., & Peery, S. (2012). Assessing suboptimal performance with the Test of Memory Malingering in Spanish speaking patients with TBI. *Brain Injur, 26(6): 853-63*. doi: 10.3109/02699052.2012.655366.

38. **Strutt, A.M.,** Palcic, J., Wager, J.G., Titus, C., MacAdam, C., Brown, J., Scott, B.M., Harati, Y., Schulz, P., and York, M.K. (2012). Cognition, Behavior, and Respiratory Function in Amyotrophic Lateral Sclerosis. ISRN Neurology, Volume 2012, doi: 10.5402/2012/912123.

15

39. **Strutt, A.M.,** Ayanegui, I.G., Scott, B., Mahoney, M.L., York, M.K., San Miguel Montes, L. (2012). Influence of Socio-Demographic Characteristics on DRS-2 Performance in Spanish-Speaking Older Adults *Archives of Clinical Neuropsychology 2012; doi: 10.1093/arclin/acs049.*

40. Marshall, D., **Strutt, A.M.,** Williams, A., Simpson, R, Jankovic, J., York, M.K. (2012). Alternating Verbal Fluency Performance Following Bilateral STN-DBS for Parkinson's disease. The European Journal of Neurology.

41. Wijman, C.A.C., Smirnakis, S.M., Vespa, P., Szigeti, K., Ziai, W.C., Ning, M.M., Rosand, J., Hanley, D.F., Gocadin, R., Hall, C., LeRoux, P.D., Suarez, J., Zaidat, First Neurocritical Care **Research Conference Investigators**. (2012). Research and Technology in Neurocritical Care. Neurocritical Care. Feb; 16(1): 42-54. doi: 10.1007/s12028-011-9609-5. PMID: 21796494.

42. Hall, CE., Mirski, M., Palesch, YY., Diringer, MN., Qureshi, AI., Robertson, CS., Geocadin, R., Wijman, CA., Le Roux, PD., Suarez, J., First Neurocritical Care **Research Conference Investigators**. (2012). Neurocritical Care., Feb; 16(1): 6-19. doi: 10.1007/s12028-011-9608-6. PMID: 21792753.

43. **Strutt, A.M.**, Scott, B.M., Shrestha, S., & York, M.K. (2011). The Rey 15-Item Memory Test and Spanish-Speaking Older Adults. *The Clinical Neuropsychologist*, DOI:10.1080/13854046.2011.609839.

44. **Strutt, A.M.,** Hill, S., Scott, B.M., Uber-Zak, L., & Fogel, T.G. (2011). Motivation, psychopathology, locus of control, and quality of life in women with epileptic and non-epileptic seizures. *Epilepsy & Behavior, 22:* 279-284.

45. Silverberg, N.B., Ryan, L.M., Carrillo, M.C., Sperling, R., Petersen, R.C., Posner, H.B., Snyder, P.J., Hilsabeck, R., Gallagher, M., Raber, J., Rizzo, A., Possin, K., King, J., Kaye, J., Ott, B.R., Albert, M.S., Wagster, M.V., Schinka, J.A., Cullum, C.M., Farias, S.T., Balota, D., Rao, S., Loewenstein, D., Budson, A.E., Brandt, J., Manly, J.J., Barnes, L., **Strutt, A.M.,** Gollan, T.H., Ganguli, M., Babcock, D., Litvan, I., Kramer, J.H., & Ferman, T.J. (2011). Assessment of cognition in early dementia. *Alzheimer's and Dementia, 7*, e60-e76.

46. Ferrara, J., Stamey, W., **Strutt, A.M.,** Adam, O.R., & Jankovic, J. (2011). Transcutaneous Electrical Stimulation (TENS) for Psychogenic Movement Disorders. *Journal of Neuropsychiatry & Clinical Neurosciences, 23,* 141-148.

47. **Strutt, A.M.,** Simpson, R., Jankovic, J., York, M. (2011). Changes in cognitive-emotional and physiological symptoms of depression following STN-DBS for the treatment of Parkinson's disease. Eur J. Neurol. [Epub ahead of print]. (DOI: 10.1111/j.1468-1331.2011.03447).

48. Williams, A., Arzola, G., **Strutt, A.,** Jankovic, J., Simpson, R., York, M.K. (2011) Cognitive Outcome and Reliable Change Indices Two Years Following Bilateral Subthalamic Nucleus Deep Brain Stimulation. *Parkinsonism and Related Disorders. 17*: 321-327.

16

49.   **Strutt, A.M.,** Hill, S.W., Scott, B.M., Uber-Zak, L., & Fogel, T.G. (2011). A Comprehensive Neuropsychological Profile of Women with Psychogenic Non-Epileptic Seizures. *Epilepsy & Behavior, 20(1): 24-28.*

50.   Jawaid, A., Poon, M., **Strutt, A.M.,** Rice, L.K., McDowell, E.J., Salamone, A.R., Qureshi, S.U., Simpson, E., Appel, S.H., York, M.K., & Schulz, P.E. (2010). Does apolipoprotein E genotype modify the clinical expression of ALS? *Eur J Neurol. 18:* 618-624. PMID: 20880000.

51.   Jawaid, A., Salamone, A.R., **Strutt, A.M**., Murthy, S.B., Wheaton, M., McDowell, E.J., Simpson, E., Appel, S.H., York, M.K., Schulz, P.E. (2010). ALS disease onset may occur later in patients with pre-morbid diabetes mellitus. *Eur J Neurol.* 17(5): 733-739.

52.   Jawaid A., Murthy S.B., Wilson A.M., Qureshi, S.U., Amro, M.J., Wheaton, M., Simpson, E., Harati, Y., **Strutt, A.M.,** York, M.K., Schulz, P.E. (2010). A decrease in body mass index is associated with faster progression of motor symptoms and shorter survival in ALS. *Amyotroph Lateral Scler. 11(6):* 542-548. PMID 20500116. (doi: 10.3109/17482968).

53.   Hannon, P.M., Kuo, S.H., **Strutt, A.M.,** York, M.K., Kass, J.S. (2010). Improvement of neurological symptoms and memory and emotional status in a case of seronegative Sneddon syndrome with cyclophosphamide. *Clin Neurol Neurosurg*.112(6):544-7.  PMID: 20444540.

54.   Kalkonde, Y.V., Pinto-Patarroyo, G.P., Goldman, T., **Strutt, A.M.,** York, M.K., Kunik, M.E., Schulz, P.E. (2010). Differences between clinical subspecialties in the outpatient evaluation and treatment of dementia in an academic medical center. *Dement Geriatr Cogn Disord. 29(1):* 28-36.(doi: 10.1159/000254701).

55.   Woolley-Levin, S., York, M.K., Moore, D.H., **Strutt, A.M.,** Murphy, J., Schulz, P.E., Katz, J.S. (2010). Detecting Frontotemporal dysfunction in ALS: utility of the ALS Cognitive Behavioral Screen (ALS-CBS). *Amyotroph Lateral Scler.11(3)*:303-11.

56.   Lepow, L., Van Sweringen J., **Strutt, A.M.,** Jawaid, A., Macadam, C., Harati, Y., Schulz, P.E., York, M.K. (2010). Frontal and temporal lobe involvement on verbal fluency measures in amyotrophic lateral sclerosis. *J Clin Exp Neuropsychol.13*:1-10.

57.   **Strutt, A.M**., Lai, E., Jankovic, J., Atassi, F., Soety, E., Levin, H., Grossman, R., & York, M.K. (2009) Five year follow-up of unilateral posteroventral pallidotomy in Parkinson's disease. *Surgical Neurology, 71(5):*551-8*. May 29, Epub.*

58.   Sterling, L.E., Jawaid, A., Salamone, A.R., Murthy, S.B., Mosnik, D.M., McDowell, E., Wheaton, M., **Strutt, A.M.,** Simpson, E., Appel, S. & Schulz, P.E. (2009). Association between dysarthria and cognitive impairment in ALS: A prospective study.  *Amyotrophic Lateral Sclerosis, 31:*1-6.

59.   Witgert, M., Salamone, A.R., **Strutt, A.M.,** Jawaid, A., Massman, P., Bradshaw, M., Mosnik, D., Appel, S. & Schulz, P.E. (2009).  Frontal-lobe mediated

Behavioural Dysfunction in Amyotrophic Lateral Sclerosis. *European Journal of Neurology, 17 (1):* 103-110, *Epub.*

60.    Kalkonde, Y.V., Patarroyo, G.P.P., Goldman, T., **Strutt, A.M.,** York, M.K., Kunik, M.E. & Schulz, P.E. (2009). Ethnic disparities in the treatment of dementia in veterans. *Dementia and Geriatric Cognitive Disorders, 28(2):* 145-52. *Aug 18, Epub.*

61.    York, M.K. & **Strutt, A.M.** (2008). A recipe for success: Ingredients to stimulate your mind. [Review of the book Deep Brain Stimulation in Neurological and Psychiatric Disorders]. *Journal of Clinical and Experimental Neuropsychology*, *18*:1-3.

62.    Dulay, M.F., **Strutt, A.M**., Levin, H.S., Jankovic, J., Lai, E.C., Grossman, R.G., & York, M.K. (2008). Depressed mood and memory impairment before and after unilateral posteroventral pallidotomy in Parkinson's disease. *Journal of Neuropsychiatry and Clinical Neurosciences 20(3),* 357-63.

63.    York, M.K., Dulay, M.F., **Macias, A.,** Levin, H., Grossman, R., Simpson, R., & Jankovic, J.  (2007). Cognitive declines following bilateral subthalamic nucleus deep brain stimulation for the treatment of Parkinson's disease.  Journal of Neurology, *Neurosurgery and Psychiatry 79(7),* 789-95.

b. Under Review

c. In preparation

1.    Combs, H., **Strutt, A.M**, Jimenez-Shahed, J., Niemann, N., Viswanathan, A., & York, MK. (in preparation). Cognitive and Neuropsychiatric Correlates of Impulse Control Disorder Symptom Severity in Parkinson's Disease

2.    **Strutt, A.M.,** Scott, B.M., & Fogel, T.G. The Verbal Series Attention Test: Performance of Spanish speakers and the effects of education on a brief attentional screening measure.

3.    Baena, E. & **Strutt, A.M.** Apathy and Executive Dysfunction in a case of acute mountain syndrome.

4.    **Strutt, A.M.**, Scott, B.M., Mahoney, M., Barton, E., Larery, A., Stouter, J., & York, M.K. Visuospatial construction measures in differentiating Mild Cognitive Impairment and progressive stages of Alzheimer's disease.

5.    Fernandez, V.G., Allen, M., Wilde, E., Karmonik, C., & **Strutt, A.M.** Neural correlates of word recognition in Spanish-speaking adults: An fMRI task.

6.    **Strutt, A.M.,** Scott, B.M., Resendiz, C.V., & Mahoney, M. Utility of the Boston Naming Test with U.S. Hispanic and Spanish speaking older adults.

7.    Vega, Clemente, MacDonald, B., Peery, S., **Strutt, A.M.** Evidence based clinical practice in neuropsychology: qualitative and quantitate data.

8. Byrd, D., Henry, S., **Strutt, A.M.**, & LaFosse, J. Toward equity and inclusion in neuropsychological methodology.

2. Other full papers:
    a. Published without review by peer group: None

3. Abstracts:
    1. Scott, B.M., Ortiz, B., Rana, N., **Strutt, A.M.**, & Hilsabeck, R.H. (2023). Sociocultural and psycholinguistic bias in the evaluation of functional impairment in dementia evaluations.
    2. MacDonald, B. & **Strutt, A. M.** (2022) SALUD Strutt MacDonald Equitable Healthcare Model: A Comprehensive Approach to Addressing Healthcare Disparity in the Field of Neuropsychology; Symposium 12: Good Trouble: Population Management Solutions For Diverse Pediatric Populations. Final Program Forty Ninth Annual Virtual Meeting International Neuropsychological Society February 2–5, 2021. *Journal of the International Neuropsychological Society, 28*(S1), I-794. doi:10.1017/S1355617722000716

    3. **Strutt, A.M.**, MacDonald, B., & Sitnson, J.M. The Culturally Expressive and Responsive (CER) Supervision Model in Neuropsychology. Accepted for poster presentation at the 39th Annual National Academy of Neuropsychology Conference, November 2019.

    4. Bhavsar, P., Jimenez-Shahed, J., & **Strutt, A.M.** Cognition and Psychological Symptomology in Tourette's Syndrome following Deep Brain Stimulation. To be presented at the Annual International Neuropsychological Society, New York City, NY, 2019.

    5. Baena, E. & **Strutt, A.M.** Soroxchi after traveling to South America: Cognitive and Neurobehavioral Changes in a Patient with Bilateral Globus Pallidus Lesions. To be presented at the Third Biannual Hispanic Neuropsychological Society Conference, New York City, NY, 2019.

    6. Baena, E., Vuong, K.D., Stinson, J.M., McCauley, S.R., York, M.K., & **Strutt, A.M.** Spanish/Cross-Cultural Fellowship in Neuropsychology: A Response to the Needs of the Houston Hispanic Community. To be presented at the inaugural BCM Health Equity Research Showcase, Houston, TX, 2019.

    7. McCauley, S.R., **Strutt, A.M.**, Stinson, J.M., Combs, H.L., & York, M.K. Developing Culturally Competent Foreign Language Neuropsychological Assessment: Vietnamese-speaking Patients with Suspected Dementia. To be presented at the inaugural BCM Health Equity Research Showcase, Houston, TX, 2019.

    8. Stinson, J.M., Combs, H.L., York, M.K., **Strutt, A.M.**, & McCauley, S.R. Geopolitical Considerations of Working with Medically Complex Patients: An Urdu Speaking Case Illustration. To be presented at the inaugural BCM Health Equity Research Showcase, Houston, TX, 2019.

9. **Strutt, A.M.**, Armendariz, V., Vuong, K.D., & Rossetti, M.A. CCACTUS - Cross-cultural Consortium on Aging and Cognition in Texas, U.S.: The Development of a Neuropsychology Data Repository. To be presented at the inaugural BCM Health Equity Research Showcase, Houston, TX, 2019.

10. **Strutt, A.M.**, Jose, I.E., McCauley, S.R., York, M.K., & Stinson, J.M. *BCM Cerebro*: Neuropsychology Outpatient Clinic Specializing in the Care of Spanish-Speakers. To be presented at the inaugural BCM Health Equity Research Showcase, Houston, TX, 2019.

11. York, M.K., Stinson, J.M., McCauley, S.R., & **Strutt, A.M.** Development of a Cross Cultural Neuropsychology Outpatient Clinic at Baylor College of Medicine. To be presented at the inaugural BCM Health Equity Research Showcase, Houston, TX, 2019.

12. Salinas, C., Berrios-Siervo, G., Harrison Goldman, T., **Strutt, A.M.**, Love, C., Santos, O. & Arango Lasprilla, J. *Cultural Neuropsychology Postdoctoral Training: Preliminary Results on Competency and Practice from APPCN Training Directors*. American Academy of Clinical Neuropsychology (AACN) Annual Conference, 2018, San Diego, CA.

13. Niemann, N., Strutt, A.M., Viswanathan, A., & Jimenez-Shahed, J. (2015). Adverse event profiles following internal pallidal deep brain stimulation for medically refractory Tourette syndrome.  To be presented at American Academy of Neurology. 2018

14. Scott, B.M., **Strutt, A.M.,** Lundberg-Love, P.K., Schmitt, A.L., Trifilio, E.R., & Bowers, D. (2015).  Comparison of psychogenic movement disorder patients with non-epileptic seizures and other hyperkinetic motor manifestations: An integrated model of psychosocial and neuropsychological functioning.  To be presented at the International Neuropsychological Society, 43rd Annual Meeting, Denver, Colorado.

15. Choudhury, T., Mahoney, M., & **Strutt, A.M.** (2014). *Efficacy of Educational Outreach Program (EOP) to Increase Knowledge and Awareness in Undergraduate Student Populations.* Poster presented at the annual BCM Academy of Distinguished Educators Showcase of Educational Scholarship, Houston, TX.

16. Fernandez, V.G., Allen, M., York, M.K., Wilde, E., Karmonik, C., & **Strutt, A.M.** (2013). *Neural correlates of a novel Spanish word recognition fMRI memory task.* Poster presented at the annual conference of the International Neuropsychological Society, Waikoloa, Hawaii.

17. Hall, J. Edward, M., Balldin, V., Strutt, A.M., Pavlik, V., Marquez de la Plata, C., Cullum, M., Lacritz, I., Reisch, J., Massman, P., Royall, D., Barber, R., Younes, S., Wiechmann, A., & O'Bryant, S. (2012). Normative data for Mexican American on tasks of Executive and Physiometric Functions: The Texas Mexican American Normative Studies.  Archives of Clinical Neuropsychology, 27, 581.

18. Fernandez, V.G., Allen, M., York, M.K., Wilde, E., Karmonik, C., & Strutt, A. (2012). *A novel Spanish equivalent of an fMRI recognition memory task.* Poster

presented at The Alzheimer's Association, Houston & Southeast Texas Chapter's Sixth Annual Bazelides Research Symposium, Houston, TX.

19. York M., Marsh L., Jimenez-Shahed J., Okun M., Hunter, C., **Strutt, A.M.,** Moro E., Rajeev K. (2012). Parkinson's Study Group Neurosurgical Working Group (PSG-NSWG) Deep Brain Stimulation (DBS) Non-Motor Symptoms (NMS) Survey:  Perceived Patient and Treatment Team Outcomes, Movement Disorders. 27 (4): e12.

20. York M., Marsh L., Jimenez-Shahed J., Okun M., Hunter, C., **Strutt, A.M.,** Moro E., Rajeev K. (2012). Parkinson's Study Group Neurosurgical Working Group (PSG-NSWG) Deep Brain Stimulation (DBS) Non-Motor Symptoms (NMS) Survey:  Perceived Pre-Operative Outcomes. Movement Disorders.  26 (5) 1-IX.

21. Kiewel, N., Simpson, R., Ondo, W., & **Strutt, A. M.** (Published Online by Cambridge University Press: March 2012), Neurobehavioral Effects of Deep Brain Stimulation in a Case of Essential Tremor and Tourette's Syndrome (abstract). Journal of the International Neuropsychology Society, 18, Supplement S1. doi: 10.1017/S1355617712000537

22. Kiewel, N., Bradshaw, M., **Strutt, A. M.,** & Hane, L. (Published Online by Cambridge University Press: March 2012), Patterns of Reliable Digit Span Performance in Patients with Alzheimer's Disease (abstract). Journal of the International Neuropsychology Society, 18, Supplement S1. doi: 10.1017/S1355617712000537.

23. Kiewel, N., Wisdom, N., Bradshaw, M., Pastorek, N., & **Strutt, A. M.** (2011). Effort Testing in Probable Alzheimer's disease. Poster presented at the Houston Neuropsychological Society Symposium, University of Houston, Houston, TX, November 12, 2011.

24. Scott, B.M., Peery, S., Tieu, P.G., Lozano, V.J., & **Strutt, A.M**. (2012). *Determination of suspect effort: primarily Spanish-speaking TBI patients and the Test of Memory Malingering.* International Neuropsychological Society, 40th Annual Meeting, Montreal, Quebec, Canada.

25. **Strutt, A.M.,** & Scott, B.M. (2011). *Performance discrepancies on the visuospatial subscore of the MOCA in a sample of community-dwelling Spanish speaking older adults.* Alzheimer's Association Bazelides Research Symposium, Houston, Texas.

26. **Strutt, A.M.,** & Scott, B.M. (2011). *Performance of U.S. Spanish-Speaking Older Adults on the Verbal Series Attention Test.* Alzheimer's Association Bazelides Research Symposium, Houston, Texas.

27. **Strutt, A.M.,** Atassi, F., Fincher, L., Simpson, R., Lai, E., Jankovic, J., York, M. (2011). Baseline psychological distress and psychological outcome following STN or GPI DBS. *Mov Dis, 26 (5):* page. DOI: 10:1002/mds 232729.

28. **Strutt, A.M.,** & Scott, B.M. (2011). *Misclassification of cognitive impairment on the MOCA with Spanish Speaking older adults.* Archives of Clinical Neuropsychology, 26; 484.

29. **Strutt, A.M.,** & Scott, B.M. (2011). *The Verbal Series Attention Test: performance of Spanish-Speaking older adults and the effects of education.* The 31st Annual Conference of the National Academy of Neuropsychology, Marco Island, Florida.

30. Scott, B.M., Duncan, G., Carlson, H., Nance, M., York, M.K., Larery, A., Stouter, J., & **Strutt, A.M.** (2011). *Visuospatial construction measures and their utility in identifying Dementia of the Alzheimer's type.* The 136th Annual Meeting of the American Neuropsychological Association, San Diego, California.

31. **Strutt, A.M.,** Scott, B.M., Ferrara, J., York, M.K., & Jankovic, J. (2011). *Assessing dissociative pathology in psychogenic movement disorders: clinical utility of the Dissociative Experiences Scale-II.* Movement Disorder Society (MDS) 15th International Congress of Parkinson's Disease and Movement Disorders, Toronto, ON, Canada.

32. **Strutt, A.M.,** Scott, B.M., Ferrara, J.M., York, M.K., & Jankovic, J. (2011). Psychosocial profiles of psychogenic movement disorder patients with non-epileptic seizures and other abnormal motor manifestations. *Neurology. 2011;76 (Suppl 4):*A591.

33. **Strutt, A.M.,** Scott, B.M., Shrestha, S., & York, M.K. (2011). A comparison of Rey-15 scoring methods and alternative indices of suspect effort with Spanish speaking older adults. *Journal of the International Neuropsychological Society, 17(S1)*, 279.

34. Scott, B.M., Shrestha, S., York, M.K., **Strutt, A.M.** (2010). *Assessing suboptimal Neuropsychological performance in Spanish speaking community volunteers with six comparative malingering indices.* Baylor College of Medicine, Current Neurology, Houston, Texas.

35. Shrestha, S., Scott, B.M., York, M.K., & **Strutt, A.M.** (2010). *The use of the Rey-15 Item Memory Test with primarily Spanish-speaking adults.* Baylor College of Medicine, Current Neurology, Houston, Texas.

36. Scott, B. M., Barton, E.A. & **Strutt, A. M.** (2010). *Diagnostic utility of the Boston Naming Test with monolingual Spanish speaking older adults in the United States.* Bazelides Research Symposium, Houston, Texas.

37. Barton, E.A., Scott, B.M., Larery, A., Stouter, J., Duncan, G., Carlson, H., Nance, M., York, M.K., & **Strutt, A.M.** (2010). *Clinical utility of three visuospatial construction measures in the assessment of Alzheimer's disease.* Bazelides Research Symposium, Houston, Texas.

38. **Strutt, A.M.,** Scott, B.M., Yalthow, T., Simpson, R., Jankovic, J., & York, M.K. (2010). *Neuropsychological assessment of monolingual Spanish speaking Parkinson's disease patients in the United States pre and post STN-DBS.* Movement Disorder Society (MDS) 14th International Congress of Parkinson's Disease and Movement Disorders, Buenos Aires, Argentina.

39. **Strutt, A.M.,** & Scott, B.M. (2010). Lexical fluency measures for primarily Spanish speaking adults in the United States. *Alzheimer's & Dementia: The Journal of the Alzheimer's Association, (2010), 6 (S61), 4.*

40. Dulay, M.F., Karmonik, C., Verma, A., Raghubar, K.P., **Strutt, A.M.,** York, M.K., Grossman, R.G. (2010*). Uncinate Fasciculus Integrity and Impaired Problem Solving and Memory in Complex Partial Seizures. Neurology, 74 (S2), A121.*

41. Jawaid, A., Murthy, S., Wilson, A., Qureshi, S., Amro, M.J., Wheaton, M., Simpson, E., Harati, Y., **Strutt, A.,** York, M., Schulz, P.E. (2010). A Decrease in Body Mass Index Is Associated with Faster Progression of Motor Symptoms and Shorter Survival in ALS. *Neurology, 74 (S2), A207.*

42. **Strutt, A.M.,** Hill, S., York, M.K., Uber-Zak, L. & Fogel, T.G. (2009). Suspect Effort, Mood, Locus of Control and Quality of Life in a sample of female psychogenic and temporal lobe epilepsy patients. *Epilepsia, 50 (S11), 196.*

43. Dulay M.F., Verma, A., Karmonik, C., Kawai, M., Xue, Z., **Strutt, A.M.,** York, M.K., & Grossman, R. (2009). Frontal lobe functional correlates of diffusion tensor imaging in temporal lobe epilepsy. *Epilepsia, 50(S11), 79.*

44. Gallander, K.M., **Strutt, A.M.,** Simpson, R., Jankovic, J., York, M.K. (2009). *Influence of levodopa and psychotropic medication on emotional and physical symptoms of depression before and following STN-DBS for the treatment of Parkinson's disease.* Baylor College of Medicine, Current Neurology, Houston, Texas (Oct. 31 - Nov. 1, 2009).

45. Marshall, D.F., Williams, A.E., **Strutt, A.M.,** Jankovic, J., York, M.K. (2009). *Alternating fluency performance following bilateral STN DBS for the treatment of Parkinson's disease.* Baylor College of Medicine, Current Neurology, Houston, Texas (Oct. 31 - Nov. 1, 2009).

46. Uber-Zak, L., Drazkowski, J., **Strutt, A.M.,** Baxter, L., Park, J., Ropacki, M., Cacciopo, D. (2009). Psychological Profile and Abuse History of Non-Diagnostic Female Patients in the Epilepsy Monitoring Unit. *Epilepsia, 50(S11), 196.*

47. **Strutt, A.M.,** Ayanegui, I.G., & York, M.K. (2009). *Is a trip to the market easier than one to the zoo?* Bazelides Research Symposium, Houston, Texas.

48. **Strutt, A.M.,** Ayanegui, I.G., & York, M.K. (2009). *Spanish Translation and Normative Data for the Dementia Rating Scale, Second Edition.* International Conference on Alzheimer's Disease, Vienna, Austria.

49. **Strutt, A.M.,** Ferrara, J., Hill, S., York, M.K., Uber-Zak, L., Fogel, T., & Jankovic, J. (2009). Mood differences between women diagnosed with psychogenic movement disorders and psychogenic seizures. *Mov Disord., 24 (S1):S232-3.*

50. McDowell, E.J., Jawaid, A., Poon, M., Rice, L., Salamone, A.R., **Strutt, A.M.,** York, M.K., Appel, S., & Schulz, P.E. (2009). ApoE genotype in Amyotrophic Lateral Sclerosis (ALS). *Neurology, 72 (S3), A51.*

23

51. Williams, A., Arzola, G.M., **Strutt, A.M.,** Simpson, R., Jankovic, J., & York, M.K. (2009). A controlled study of the long-term cognitive outcome of bilateral subthalamic nucleus deep brain stimulation. *Neurology, 72 (S3), A221.*

52. Dulay, M.F., Verma, A., Karmonik, C., Xue, Z., **Strutt, A.M**., York, M.K., Haykal, H., & Grossman, R.G. (2009). Material specific memory impairment is associated with unilateral cingulum bundle structural integrity in intractable temporal lobe epilepsy. *Neurology, 72 (S3), A462.*

53. **Strutt, A.M.,** Harati, Y., Schulz, P.E., & York, M.K. (2009). Respiratory function is not related to cognitive impairment in patients with Amyotrophic Lateral Sclerosis (ALS). *Journal of the International Neuropsychological Society, 15(S1)*, 94.

54. Woolley-Levine, York, M.K., **Strutt, A.M.**, Schulz, P., & Katz, J. (2008). The ALS cognitive behavioral screen (ALS-CBS™): Phase II validation. *Amyotrophic Lateral Sclerosis, 9 (S1), 131.*

55. Sterling, L.E., Salamone, A.R., Mosnik, D.M., Appel, S.H., **Strutt, A.M.,** & Schulz, P.E. (2008). Is frontal dysfunction associated with dysarthria in patients with Amyotrophic Lateral Sclerosis (ALS)? *Annals of Neurology, 64 (S12), 5.*

56. Sterling, L.E, Salamone, A.R., **Strutt, A.M.,** & Schulz, P.E. (2008). *Is frontal dysfunction associated with dysarthria in patients with Amyotrophic Lateral Sclerosis (ALS)?* American Speech Language Hearing Association, Chicago, IL.

57. Shirani, P., Salamone, A.R., **Strutt, A.M.,** & Schulz, P.E. (2008). Altered Age of Onset in Alzheimer's disease with Diabetes Mellitus. *Annals of Neurology, 64 (S12), 43.*

58. York, M.K., Wilde, E., Karmonik, C., **Strutt, A.M**., Yallampalli, R., & Grossman, R. (2008). *Voxel based diffusion tensor imaging and diffusion tensor tractography for the evaluation of cognitive functioning in Parkinson's disease.* 6th International Congress on Mental Dysfunctions & Other Non-Motor Features in Parkinson's disease and Related Disorders in Dresden, Germany.

59. Salamone, A.R., Lai, S., Coerver, K., **Strutt, A.M.,** York, M.K., McDowell, E.J., Ngo, D., Ringholz, G., Mosnik, D., Patel· P., Traynor, B., & Schulz, P.E. (2008). *A unique frontotemporal dementia with earlier onset in women.* 6th Annual International FTD Conference in Rotterdam, Netherlands.

60. Kalkonde, Y., Patarroyo, G.P., Goldman, T., **Strutt, A.M.,** York, M.K., Kunik, M., & Schulz, P.E. (2008). *Lack of Adherence to the AAN Practice Parameters for the Evaluation and Management of Dementia in an Academic Medical Center.* Alzheimer's Association Bazelides Research Symposium, Houston, TX.

61. **Strutt, A.M**., Jankovic, J., Simpson, R., & York, M. (2008). Neuropsychological functioning of Parkinson's disease patients two years post subthalamic nucleus deep brain stimulation surgery. *Movement Disorders, 23 (S1), 106.*

62. **Strutt, A.M.**, Jankovic, J., Grossman, R., & York, M.K. (2008). Changes in emotional versus physical symptoms of depression following sub-thalamic nucleus deep brain stimulation for Parkinson's disease. *Neurology, 11 (S1) 177-178.*

63. Salamone, A.R., Wheaton, M., McDowell, E., **Strutt, A.M.**, & Schulz, P.E (2008). Diabetes mellitus: Risk or protective factor in ALS? *Neurology, 11 (S1) 190.*

64. Kuo, S.H., **Strutt, A.M.**, York, M.K., & Kass, J. (2008). Successful treatment of cognitive decline in Sneddon syndrome associated with hepatitis C with cyclophosphamide. *Neurology, 11 (S1), 64.*

65. Salamone, A.R., Wheaton, M., Mc Dowell, E., **Strutt, A.M.**, & Schulz, P. (2007). Is Diabetes Mellitus protective factor for Amyotrophic Lateral Sclerosis? *Amyotrophic Lateral Sclerosis, 8 (S1), 212-3.*

66. Poon, M., Salamone, A.R., **Strutt, A.M.**, & Schulz, P.E. (2007). *ApoE genotype affects age of onset and IQ scores in Amyotrophic Lateral Sclerosis.* Texas Academy of Internal Medicine medical student program, Galveston, TX.

67. Salamone, A.R., **Strutt, A.M.**, McDowell, E., Ngo, D., Coerver, K., Ringholz, M., York, M.K., & Schulz, P.E. (2007). *Gender differences in the clinical presentation of familial frontotemporal dementia. Archives of Clinical Neuropsychology, 22 (7), 887.*

68. Salamone, A.R., Witgert, M., **Strutt, A.M.**, & Schulz, P. (2007). Behavioral and cognitive dysfunction in Amyotrophic Lateral Sclerosis. *Annals of Neurology, 62 (S11), 57.*

69. **Macias, A.**, Inchauregui, S., Rivera-Tellado, R., & Macias, G. (2007). *Undocumented Hispanic youth: High risk behaviors and personality characteristics.* American Psychological Association, San Francisco, CA.

70. York, M.K., **Macias, A.**, Schulz, P., Harati, Y., Katz, J., & Woolley-Levine, S. (2007). *Preliminary validation of the ALS Cognitive Behavioral Screen (ALS-CBS™).* Second International Research Workshop on Frontotemporal Dementia in ALS, London, Ontario, Canada.

71. Salamone, A.R., Witgert, M., **Macias, A.**, Massman, P., Bradshaw, M., Mosnik, D., & Schulz, P.E. (2007). *FTD-like cognitive and behavioral changes in ALS.* Second International Research Workshop on Frontotemporal Dementia in ALS, London, Ontario, Canada.

72. **Macias, A.**, & York, M.K. (2007). En Español Por Favor: Assessment of Spanish-speaking adults. American Psychological Association. San Francisco, CA.

4. Books:
   a. Complete books written: None

   b. Books edited: None

c. Book chapters written:

1.  **Strutt, A.M.** & MacDonald, Beatriz. (2023). Layers of complexity: The interplay of culture and bi/multilingualism on neurocognitive outcomes across the lifespan. In A.L. Fernandez & J Evans (Editors) Understanding Cross-Cultural Neuropsychology: Science, Testing, and Challenges (1ˢᵗ Edition). London, Routledge.

2.  **Strutt, A.M.**, Diaz Santos, A.L., Puente, A., Sanchez, O. (2022). Mexican Origin Communities and neurodegenerative conditions. In I. Farzin (Ed.), *A Handbook of Cultural Diversity in Neuropsychological Assessment: Developing Understanding through Global Case Studies*. New York, NY: Guilford Press.

3.  **Strutt, A.M.** & Stinson, J.M. (2022). Performance validity measures with culturally diverse individuals and non-native English speakers: The need for a cultural perspective in neuropsychological practice. In R.W. Schroeder and P.K. Martin (Eds) *Validity Assessment in Clinical Neuropsychological Practice: Evaluating and Managing Noncredible Performance.* New York, NY: Guilford Press.

4.  Peery, S., Byrd, D. & **Strutt, A.M.** (2017). Diversity Considerations in Forensic Neuropsychology. In *APA Handbook of Forensic Psychology*. Editor: Shane S. Bush. American Psychological Association. Washington, D.C. Pages 379-393.

5.  Robbins, R.N., Schuler, M., Ferrett, H.L., & **Strutt, A.M.** (2016). Operationalizing a standard and ethical approach to neuropsychological assessment across diverse cultures. In F. R. Ferraro (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (2nd ed., pp. 201–228). New York: Taylor & Francis.

6.  Strutt, A., Burton, V., Resendiz, C., & Peery, S. (2016). Neurocognitive assessment of Hispanic individuals residing in the United States: Current issues and potential solutions. In F. R. Ferraro (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (2nd ed., pp. 201–228). New York: Taylor & Francis.

7.  York, M.K., & **Strutt, A.M.**, (2015). A general approach to clinical neuropsychological assessment of movement disorders. In Troster, A. I (Ed.) *Clinical Neuropsychology and Cognitive Neurology of Parkinson's Disease and Other Movement Disorders* (51-78). NY, NY: Oxford University Press.

d. Other works:

Author for Spanish translations and cultural modifications of neuropsychological measures

i.  **Strutt, A.M.** (2011). Dementia Rating Scale-Second Edition (DRS-2). Psychological Assessment Resources Inc.

ii.  **Strutt, A.M.** (2012). Dementia Rating Scale-Second Edition, Alternate Form (DRS-2 AF). Psychological Assessment Resources Inc.

iii.  **Strutt, A.M.**, Scott, B.M., Lozano, V.J., Tieu, P.G., & Peery, S. (2012). Administration Instructions for the Test of Memory and Malingering. Brain Injury, 26 (6): 853-863.

iv. **Strutt, A.M.** & Ayanegui, I.G. (2013). Behavioral and Psychological Assessment of Dementia (BPAD). Psychological Assessment Resources Inc.

e. Co-author of *QUALITII*

f. Co-author of cognitive and behavioral screening measure and administration and scoring manual
   i. Amyotrophic Lateral Sclerosis-Cognitive and Behavioral Screen (ALS-CBS) 2010.

g. Author/co-author for the following on-line continuing education courses for www.ceus4casemanagers.com
   i. Working with Diverse Patients: Awareness and Respect (Course #MM1004)

   ii. Traumatic Brain Injury, Parts I, II, and III (Course #MM1321)

   iii. Job Stress/Burnout (Course #CO1302)

h. Neuropsychology Consulting Experience
   i. Psybar, interpreter mediated neuropsychological services and assessment of non-English speakers, consultant

   ii. HeartWare, neurocognitive consultant

   iii. Pearson Assessments, neurocognitive and Spanish language consultant

   iv. Psychology Software Tools, Inc. – CAMCI and FAVE, neurocognitive and language consultant

   v. Multi Health Systems Incorporated, international neurocognitive and language consultant

5. Other works communicating clinical information and/or research results to patients, patient families and general public:
   a. Memory screening for the 2007 Hispanic Brain Health Day sponsored by the Houston chapter of the Alzheimer's Association, Houston, TX., 2007

   b. "Enfermedad de Alzheimer's: Un Largo Adiós." Univision Channel 45 evening news report on the Neuropsychology of Alzheimer's disease, Houston, TX., 2007.
   c. "¿Que es la Enfermedad de Alzheimer's?" CBS Radio Mega 101.1 FM; Show: Comunidad y Salud; Interview discussing cognitive decline in the Hispanic Community with Liz Becerril, Houston, TX., 2008.

   d. National Hispanic Council on Aging, Houston Chapter Annual Conference. Humble, Tx., 2008.

   e. "Enfermedades Neurologicas en la comunidad Hispana." Univision Radio La Tremenda 1010; Show: La Voz del Pueblo; Interview discussing cognitive decline and available resources for the Hispanic Community with Renzo Heredia, Houston, TX., 2008.

f. "Researchers: Alzheimer's Disease Skyrocketing Among Latinos." Channel 11 evening news report on the benefits of neuropsychology for the Latino community with Vicente Arenas, Houston, TX., 2009.

g. "Problemas de Memoria y el Abuso de Ancianos." CBS Radio Mega 101.1 FM; Show: Comunidad y Salud; Interview discussing short-term memory problems and elder abuse in the Hispanic Community with Liz Becerril, Houston, TX., 2009.

h. "Anclas Neurologicas." Univision Radio La Tremenda 1010; Show: La Voz del Pueblo; Interview discussing psychological and neuropsychological conditions and a FAQ session with Renzo Hereida and radio callers, Houston, TX., 2012.

## III. TEACHING INFORMATION
### A. Educational Leadership Roles:

a. Director, BCM Cerebro (outpatient neuropsychology clinic: monolingual and bilingual services for Spanish speakers), 2017-present
Post-doctoral Fellows, Practicum Students from University of Houston Clinical Psychology/Neuropsychology and Counseling Psychology Programs, and medical residents

b. Director, Spanish/Cross-cultural Fellowship Program, 2017-present
APPCN Member Program in 2018

c. Supervisor, Adult Neuropsychology Fellowship Program, 2017-present
APPCN Member Program in 2018

d. International Professorship, Universidad del Valle de Guatemala, 2016-present

### B. Didactic Course Work:
1. Courses taught at BCM within the Primary department:
   a. Neurobehavioral Seminar Series for Neurology residents, 2009-present, a yearly series of 8 lectures; Curriculum development
      i. Yearly lectures presented to Neurology residents- 2009- present
         a. Introduction to Neuropsychology
         b. The Clinical Utility of Neuropsychological Screening Tools
         c. Language and the Aphasias
         d. Somatization Disorders

   b. Neuropsychological Seminar Series for Neuropsychology trainees, 2011-present, a monthly series regarding neuropsychological hot topics. Curriculum development, 1 presentation and 2 didactic trainings per year

   c. Neuropsychology Section Meeting-2011-present; Neuropsychological test administration didactic training

   d. Neuropsychiatry Case Conference, 2008-present; Case presentations of neuropsychological profiles and interpretation.

e.  Alzheimer's Disease and Memory Disorders Center (ADMDC) Case Conference, 2008-present; Case presentations of medical history, neurocognitive profile and differential diagnoses.

2.  Courses taught at BCM external to Primary department:
    a.  Psychiatry and Behavioral Sciences Seminar Series for Psychology and Neuropsychology interns, 2008-present; Working with Hispanic Clients.

3.  Local or regional courses taught at other institutions while at BCM: None

## C.  Curriculum Development Work and Enduring Materials:

1.  Founding Director, Taquitos de Sesos (Brain Tacos), monthly on-line international didactic program, 2017.

2.  *When a Loved One Has Been Diagnosed with Amyotrophic Lateral Sclerosis (ALS).* Tri-fold pamphlet providing educational material targeting for children and adolescents.  Provided to patients and their families at the ALSA BCM Clinic, Houston, TX, 2009-present.  Also available at The Methodist Hospital, Houston, TX and the Forbes Norris MDA ALS Research Center, San Francisco, CA.

3.  *A Comprehensive Plan for Addressing the Burden of Alzheimer's Disease in Texas 2010-2015 Texas State Plan on Alzheimer's Disease.* (2010). Published by the Texas State Department of Health.

4.  Faculty Evaluation Forms: a. *Clinical Rotation Evaluation Form*; b. *Seminar/presentation Evaluation Form.* (2011).  Presently utilized by faculty of the Neuropsychology Section, BCM Department of Neurology and by faculty of Loma Linda University, Children's Mercy Hospital, TIRR Memorial Hermann and several private practice offices in Texas and California.

5.  *Alzheimer's Disease Treatment Resources.* (2013). One page handout presenting local and on-line resources for patients and their families along with a 5-page list of recommended readings.  Provided to patients and their families at the Neuropsychology Section of BCM's Department of Neurology.

6.  *Habla Ingles o Español? The Neuropsychological Assessment of Hispanics in the United States.* Webinar for the National Academy of Neuropsychology, Houston, TX, 2014.

7.  *Introduction to Neuropsychology for Neurology Residents.*  Web-based lecture for BCM's Neurology residents, Houston, TX., 2014.

8.  *The Clinical Utility of Neuropsychological Screening Tools.*  Web-based lecture for BCM's Neurology residents, Houston, TX., 2014.

9.  *Clinical Best Practices for Early Detection, Diagnosis, and Pharmaceutical and Non-Pharmaceutical Treatment of Persons With Alzheimer's Disease (AD).*  Developed by Texas Council on AD and Related Disorders, the AD Program at the Texas Department of State Health Services, and Texas AD Partnership (of which I have been a committee member since 2010). *https://www.dshs.texas.gov/alzheimers/ClinicalBestPractices.aspx*

10. *Wiki Database of Available Bilingual Tests:* Hispanic Neuropsychological Society. *https://hnps.org/member-only-pages/*

11. *Deep Brain Stimulation (DBS) 101* Webinar and education handout following several years of quarterly live presentations. https://www.youtube.com/watch?v=rviKKhVP0bw; https://www.facebook.com/BaylorCollegeofMedicineDepartmentofNeurology/

12. *Top 7 Myths about ABCN Board Certification for Hispanic Neuropsychologists.* Educational handout promoting board certification in Clinical Neuropsychology for ethnic minorities. American Academy of Clinical Neuropsychology.

13. *Texas Tourette Symposium: What Makes Them Tic?* (CME Symposium) resulted in the following educational enduring materials: *Deep-brain Stimulation Proves Helpful for High School Coach Suffering from Tourette Syndrome.* KPRC Channel 2 Houston news insert and on-line video and transcript. https://www.click2houston.com/news/deep-brain-stimulation-proves-helpful-for-high-school-coach-suffering-from-tourrette-syndrome *Texas Girls' Lacrosse Coach with Tourette Syndrome Benefits from Breakthrough Procedure.* USA Today High School Sports Website. https://usatodayhss.com/2017/texas-girls-lacrosse-coach-with-tourrette-syndrome-benefits-from-breakthrough-procedure

14. Neuropsychological Assessment of Hispanics Residing in the US: English, Spanish or Both? Webinar available by National Academy of Neuropsychology https://nanonline.org/nan/Continuing_Education/DistanCE_E-Learning/Recorded_Webinars/NAN/_ContinuingEducation/_DistanCE/Recorded_Webinars_New.aspx?hkey=b2db2418-4bcd-4506-a2c0-57dd0b533b71

**D. Invited Lectures, presentations, research seminars: Local, National & International**

1. En Español Por Favor: Assessment of Spanish-speaking adults. American Psychological Association. San Francisco, CA.; CEU course; 2007

2. Grand Rounds National Academy of Neuropsychology: *A Case Study of Adult Moya Moya Disease: Preoperative Findings,* Boston, MA.; 2008

3. American Psychological Association: *Habla Español? Neuropsychology and the Spanish-speaking patient*, San Francisco, CA.; 2008

4. Alzheimer's Association Schlicting Professional Conference: *Early Detection: Is it MCI, early onset AD or early stage AD?* Houston, TX.; 2009

5. National Hispanic Council on Aging Houston Chapter Annual Conference: *Healthy Brain Aging*, Houston, TX.; 2009

6. Alzheimer's Association Community Research Update: *Neuropsychological functioning of the Spanish speaking Community*, Houston, TX.; 2010

7. Alzheimer's Association Scientist Conference: *Validation of a Spanish Neuropsychological Dementia Battery,* Houston, TX.; 2010

8. Society for Cross cultural Research Conference: *Neurocognitive Assessment of Monolingual and Bilingual Hispanic Adults,* Albuquerque, NM.; 2010

9. Alzheimer's Association Professional Conference Work Group: *Neuropsychological Research with Primarily Spanish Speaking Older Adults in the United States,* Houston, TX.; 2010

10. Alzheimer's Association Schlicting Conference: *Detecting Cognitive Decline, ,* Houston, TX; 2010

11. BCM Neurology Grand Rounds: *Neurocognitive Assessment of Primarily Spanish Speaking Older Adults,* Houston, TX.; 2011

12. Assessment of Cognition in Early Dementia NIA and NIH Symposium: *Neurocognitive Assessment of Primarily Spanish Speaking Adults in the United States,* Boston, MA.; 2011

13. Alzheimer's Association Community Conference: *Normal Aging vs. Cognitive Declines;* Houston, TX.; 2011

14. Baylor College of Medicine Physician Groups: *Clinical Neuropsychology at Baylor College of Medicine,* Houston, TX.; 2011; 2012

15. International Neuropsychological Society: *The Clinical Utility of a Translated Dementia Battery for Primarily Spanish-speaking Older Adults,* Boston, MA.; 2011

16. University of Houston Clinical Forum Series: *Variables influencing neuropsychological performance in Hispanic adults: Known difficulties and possible solutions,* Houston, TX.; 2012

17. Michael DeBakey Veteran's Hospital Clinical Forum Series: Cross-cultural Neuropsychology: Do's and Don'ts, Houston, TX.; 2012

18. BCM Neuropsychology Cross Cultural Seminar: *Spanish Neurocognitive Assessment: Tools for Adult and Geriatric Patients,* Houston, TX.; 2012.

19. BCM Neuropsychology Seminar: Assessment of Attention Problems in Adults, Houston, TX, 2013.

20. Texas Community College Teachers Association Annual Convention. *Advances in Diagnosis and Treatment of Alzheimer's Disease.* Houston, TX., 2013.

21. Texas Children's Hospital/Baylor College of Medicine Moving Up the Educational Ladder: Improving Your Skills and Building Your Career in Medical Education – A National Educators Meeting: *Hot Topics in Medical Education – Emotional Intelligence.* Houston, TX., 2014.

22. Webinar for the National Academy of Neuropsychology, Habla Ingles o Español? The Neuropsychological Assessment of Hispanics in the United States. Houston, TX., 2014.

23. Rice University Invited Lecture Series, *The Neurocognitive Assessment of Neurodegenerative Conditions.* Houston, TX., 2014.

24. Rice University Invited Lecture Series: *The Neurocognitive Assessment of Hispanics and the impact of socio-demographic variables on standardized testing.* Houston, TX., 2014.

25. Rice University Invited Lecture Series, *Neuropsychology 101: An introduction to the field.* Houston, TX., 2014.

26. Baylor College of Medicine, Neurology Grand Rounds; *Cognition & Mood & Behaviors, Oh My! The Yellow Brick Road to Neuropsychology;* Houston, TX; 2017.

31

27. Presidential Address for Houston Neuropsychological Society (2017). Neurocognitive Complexities in Tourette Syndrome; Houston, TX; 2017.

28. International Neuropsychological Society, Rio de Janeiro, Brazil, 2019.

29. University of Houston, Clinical Psychology Program; Cross-Cultural Issues in Neuropsychological Assessment; Houston, TX; 2019.

30. National Academy of Neuropsychology, Forensic Neuropsychological Assessment of Non-English Speakers: What Do We Know and What Do We Still Need to Know? 2020.

31. National Academy of Neuropsychology; Performance Validity Testing of Non-English Speakers; 2020.

32. American Academy of Clinical Neuropsychology; Forensic Grand Rounds Practical Considerations in the Evaluation of Non-Native English Speakers; Minnesota, 2022.

33. Grand Rounds, University of New Mexico Health Science Center; *SALUD Strutt MacDonald Equitable Healthcare Model: Addressing healthcare disparities via a dynamic process-oriented approach*. Virtual presentation; 2021.

34. Rusk University, Grand Rounds; *SALUD Strutt MacDonald Equitable Healthcare Model: Tailoring Neuropsychology to the Demographic Landscape*; Virtual presentation; 2022.

35. Taquitos de Sesos; Digital Methods of Delivering Education and Training in (Neuro)psychology; American Psychological Association; Washington, D.C., 2023.

36. Hispanic Neuropsychology Lecture Series/CE series; *Cultivating a relevant supervisory space – Supervisors get ready!* Virtual presentation; 2023.

37. Austin Neuropsychological Society Annual Conference; *Interpreter-mediated neuropsychological assessment: an ethical responsibility.* Austin, TX., 2023.

E.   Non-didactic Teaching While at BCM:
　　1.　Director, Spanish/Cross Cultural Fellowship
　　　　　　i.　　E. Baena, Ph.D., 2017-2019
　　　　　　ii.　　A.L. Diaz Santos, Ph.D., 2019-2021
　　　　　　iii.　　S. Santiago-Mejias, Ph.D., 2021-2023
　　　　　　iv.　　R. Costello, Ph.D., 2022
　　　　　　v.　　J. Benitez, Psy.D., 2023-2025

　　2.　Supervisor, Adult Neuropsychology Fellowship
　　　　　　i.　　S. Kim, Psy.D., 2015-2017
　　　　　　ii.　　H. Combs, Ph.D., 2017-2019
　　　　　　iii.　　S. Henry, Ph.D., 2019-2021
　　　　　　iv.　　C. Hollman, Ph.D., 2021-2023
　　　　　　v.　　A. Baird, Ph.D., 2023-2025

3. Rotating Supervisor, Neuropsychiatry/Behavioral Neurology Fellowship
    i. J. Ridgeway Diaz, 2021

4. BCM learner training:
    a. Alzheimer's Disease and Memory Disorders Clinic, Baylor College of Medicine, Houston, TX
        i. P. Hannon, M.D., 2009-2010
        ii. H. Kuo, M.D., 2010
        iii. C. Azul, M.D., 2010
        iv. E. Dragan, M.D., 2010-2011
        v. J. Benoit, M.D., 2011-2012
        vi. J. Ramirez-Castaneda, M.D., 2012
        vii. S. W. Sarathkumara, M.D., 2012
        viii. S. Salmeron Rios, M.D., 2014
        ix. L. Robles, M.D., 2015
        x. A. Corcoran, M.D., 2017
        xi. C. Riznick, M.D., 2018
        xii. J. Ridgeway Diaz, M.D., 2021

    b. Parkinson's Disease and Movement Disorders Clinic, Baylor College of Medicine, Houston, TX
        i. N. Kiewel, M.A., 2009-2010
        ii. B. Scott, B.S., 2009-2010
        iii. C. Burrows, B.S., 2010-2011
        iv. K. Gallander, B.S., 2010-2011
        v. Z. Dorsey, B.S., 2011-2012
        vi. T. Wu, Ph.D., 2011-2012
        vii. G. Farias, M.A., 2012
        viii. D. Lowe, 2012
        ix. J. Ramirez-Castaneda, M.D., 2013-2014
        x. S. W. Sarathkumara, M.D., 2013-2014
        xi. T. Choudhury, B.S., 2013-2017
        xii. M. Parnas, M.D., 2014
        xiii. D. Vijayakumar, M.D., 2015-2017
        xiv. M. Lotia, M.D., 2015-2017
        xv. A. Tarakad, M.D., 2015-2017

    c. Baylor Comprehensive Epilepsy Center
        i. M. C. Roberge, Ph.D., 2008
        ii. B. Scott, M.A., 2009-2010
        iii. N. Kiewel, M.A., 2009-2010
        iv. V. Fernandez, M.A., 2011-2012

    d. Baylor ALS Clinic
        i. J. Wager, M.A., 2008
        ii. J. Hickey, M.D., 2008
        iii. H. Schmolk, M.D., 2008
        iv. A. Jawaid, 2008-2010
        v. A. Salamone, 2008-2010
        vi. E. McDowell, 2010
        vii. S.U. Qureshi, M.D., 2010

e. BCM Medical Fellowship training
    i.    H. Schmolk, M.D., 2008-2009
    ii.    J. Ferrara, M.D., 2008-2010
    iii.    T. Yalthow, M.D., 2010
    iv.    A. Ha, M.D., 2011
    v.    R. Fekete, M.D., 2012
    vi.    N. Patel, M.D., 2011-2012

f. BCM Medical Students
    i.    P. Hannon, M.D., 2009
    ii.    A. Jawaid, 2009-2011
    iii.    Y. Kalkonde, M.D., 2008-2009
    iv.    M. Poon, M.D., 2008
    v.    C. Rizk, 2015
    vi.    R. Gonzalez Hovelman, 2017
    vii.    Gabriel Acosta, 2020
    viii.    Brandon Brown, 2022
    ix.    Prather, Lyndsey, 2022
    x.    Jolly, Angad, 2022

g. Rotating Post-doctoral Fellows in Neuropsychology (Clinical and Research)
    i.    M. C. Roberge, Ph.D., 2009-2010
    ii.    S. Wood, Ph.D., 2010-2011
    iii.    C. Bean, Ph.D., 2011-2012
    iv.    N. Wisdom, Ph.D., 2011-2012
    v.    C. Resendiz, Ph.D., 2011-2012
    vi.    T. Wu, Ph.D., 2011-2014
    vii.    J. Temple, Ph.D., 2013-2014
    viii.    T. Merkley, Ph.D., 2013-2014
    ix.    P. Demireva, Ph.D., 2014
    x.    S. Abass, Ph.D., 2014-2015
    xi.    K. O'Dell, Ph.D., 2014-2015
    xii.    E. Estevis, Ph.D., 2015-2016
    xiii.    L. Harik, Ph.D., 2016

h. BCM Internship Clinical Supervisor, Department of Neurology, Houston, TX
    i.    T. Wu, MA., 2010
    ii.    S. Abass, M.A., 2012-2013

i. BCM Internship Research Supervisor, Department of Psychiatry, Houston, TX
    i.    J. Wager, M.A., 2008-2009
    ii.    J. Palcic, M.A., 2008-2009
    iii.    A. Williams, M.A., 2008-2009
    iv.    G. M. Arzola, M.A., 2008-2009
    v.    D. Marshall, M.A., 2009-2010
    vi.    S. Shrestha, M.A., 2010-2011
    vii.    G. Farias, M.A., 2011-2012

j. Graduate Practicum Student training
    i.    C. Burrows, M.A, 2008-2009

    ii.    D. Richards, M.A., 2008-2009
    iii.    L. El-Messidi, M.A., 2009-2010
    iv.    N. Kiewel, M.A., 2010-2011
    v.    S. Patwardham, M.A., 2010-2011
    vi.    V. Fernandez, M.A., 2011-2012
    vii.    D. Lowe, B.S., 2012-2013
    viii.    V. Ramirez, B.S. 2014-2016
    ix.    D. Shephard, B.S., 2015-2016
    x.    B. Cerbonne, B.S., 2016-2017
    xi.    L. Cavannah, M.A., 2016-2017
    xii.    C. Mazyck, M.A., 2019-2021
    xiii.    A. Taylor, M.A., 2020-2021

k. Master's Level Psychology Interns
    i.    B. Scott, 2013-2014
    ii.    C. Draffkorn, 2013-2014

l. Undergraduate Research Interns
    i.    E. McDowell, B.S., 2008-2009; 2011-2012
    ii.    R. Yallampalli, B.S., 2008-2010
    iii.    C. Titus, B.S., 2009-2010
    iv.    K. Gallander, B.S., 2009-2010
    v.    B. Scott, B.A., 2009-2012
    vi.    E. Barton, B.S., 2010
    vii.    Z. Dorsey, B.S., 2011-2012
    viii.    G. Borden, 2012-2013
    ix.    T. Choudhury, B.S., 2013-2015
    x.    R. Zahn, 2016-2017
    xi.    A. Mittal, B.S., 2016-2017
    xii.    S. Brandler, 2017

m. High School Students
    i.    J. Van Swerigen, 2008-2009
    ii.    L. Lepow, 2008-2009
    iii.    C. Wang, 2011
    iv.    N. Nguyen, 2011-2012
    v.    G. Bolden, 2012-2014

n. BCM Staff/ Research Assistants
    i.    Christian Pappas, B.S., 2008-2013
    ii.    S. Ramireddy, 2011-2013
    iii.    J. Eraso, 2011-2013
    iv.    R. Arduino, 2011-2013
    v.    D.A. Wainright,, 2012-2015
    vi.    Olivier Barthelemy, B.S., 2013-2014
    vii.    T. Choudhury, B.S., 2013-2015
    viii.    H. Boyd, B.S.,  2015

5. Mentoring
    a. Mentor - Research
        i.    G. Farias, Psy.D., Florida State University, 2014

      ii.   C. Resendiz, Ph.D., Private Practice, Houston, TX, 2013-2014
      iii.  S. Salmeron Rios, M.D., 2014, Complejo Hospitalario de Albacete, Albacete, Spain

  b. Mentor - International Clinical Rotation
      i.   Theotoka, Ph.D., Greece - 2012
      ii.  S. Salmeron Rios, Spain – 2014

  c. Mentor - Hispanic Neuropsychological Society
      i.   M. Santos, Ph.D. 2015-2017
      ii.  V. Fernandez, Ph.D. 2014-2017
      iii.  M. Agustina Rossetti, Ph.D. 2017

  d. Mentor, International: Universidad del Valle de Guatemala
      i.   M. Jose Tojo, M.A., 2016-2017
      ii.  K. Diaz Avalo, M.A., 2016-2017
      iii.  K. Semrau, M.A., 2016-2017
      iv.  Carlos Humberto, M.D., 2016-2017

## IV. MEDICAL AND SERVICE INFORMATION
A. Patient Care Responsibilities:
  1. Department-wide
    a. BCM Neurology and Psychiatry & Behavioral Sciences – Board Certified Clinical Neuropsychologist

  2. Section or specialty
    a. Cross-Cultural Neuropsychology

    b. Primarily Spanish-speaking and bilingual assessment

    c. Assessment of Portuguese (Brazil), Vietnamese, Arabic and Farsi speaking individuals

    d. BCM Alzheimer's Disease and Memory Disorders Center

    e. BCM Oncology
      1. Language mapping

    f. BCM Comprehensive Epilepsy Center
      1. Neuropsychological assessment
      2. WADA

    g. BCM Amyotrophic Lateral Sclerosis (ALS) Clinic and Certified Center

    h. BCM Parkinson's Disease and Movement Disorders Clinic (PDMDC) and Center of Excellence

    i. BCM Huntington's Disease Clinic and Center of Excellence

    j. BCM Tourette Syndrome Clinic and Center of Excellence

B. Forensic Work
    a. Polunsky Unit - Texas Department of Criminal Justice

           1.  Death row evaluations

    b.  Psybar
        1.  Neuropsychological and psychological evaluations
        2.  Record review

    c.  Thomas Reuters Expert Witness Roundtable
        1.  Neuropsychological and psychological evaluations
        2.  Record review

    d.  Behavioral Medical Interventions
        1.  Neuropsychological and psychological evaluations
        2.  Record review

    e.  Texas State Law Firms-Independent Medical Evaluations
        1.  Civil
        2.  Criminal
        3.  Financial capacity
        4.  Social security
        5.  Needs assessment for children and adolescents
        6.  Fitness for duty
        7.  Record review

    f.  Gabbard Center
        1.  Neurocognitive, mood and personality evaluations

    g.  The Alliance Assessment Center
        1.  Neurocognitive, mood and personality evaluations

C. Clinical Laboratory Responsibilities:
    1.  Coordinate evaluation of clinical and research patients

    2.  Write clinical and research neuropsychological reports

    3.  Data entry, statistical analyses and abstract and manuscript collaboration

    4.  Publication of research findings in peer-reviewed journals

D. National Education or Voluntary Health Organization Participation:
    1.  Abraham's Tent - Lake Charles, LA., 2006 – 2019

    2.  Houston Food Bank - Houston, TX., 2008-2013

    3.  Alzheimer's Association Houston Chapter - Houston, TX., 2008 – 2017

    4.  Casa de Esperanza - Houston, TX., 2008-2010

    5.  BCM Doctors back to school program - Houston, TX., 2010 – 2020

    6.  American Red Cross- Houston, TX., 2011- 2015

    7.   Hispanic Neuropsychological Society – Mentor in Spanish neurocognitive assessment

    8.   Hispanic Neuropsychological Society – Mentor in Spanish psychological evaluations

    9.   Alvin Independent School District – Embrace Alvin ISD Culture & Diversity Committee Pearland, TX., 2021

E.  Administrative Assignments at BCM:

    1.   Department administration, committees, etc.:

        a.   Clinical Neuropsychologist, Retired NFL Neurocognitive Clinic (planning phase)

        b.   Department of Neurology, Baylor College of Medicine

        c.   BCM College-wide Health Initiative: Wellness Champion, Wellness Committee

    2.   College, School or University administration, etc.:

        a.   Internship Training Committee

        b.   Practicum supervisor for University of Houston, Houston, TX

        c.   Practicum supervisor for St. Thomas University, Houston, TX

        d.   Consultant – dissertation committee – Loma Linda University, Loma Linda, CA

 

**ADRIANA M. STRUTT, PH.D., ABPP**
Board Certified Clinical Neuropsychologist
Professor; Director, BCM Cerebro
Department of Neurology
Department of Psychiatry & Behavioral Sciences

## Neuropsychological/psychological evaluation procedures for Dr. Strutt

<u>Client</u>:

<u>Date</u>:

<u>Time</u>:

<u>Length of visit</u>: approximately 5-6 hours (testing and clinical interview)

<u>Address</u>: McNair Campus of Baylor College of Medicine 7200 Cambridge, 9th Floor Houston, TX 77030

<u>Procedure</u>: Client will undergo a neuropsychological/psychological evaluation and clinical interview.  Client will be required to undergo testing independently.   The assessment will examine client's thinking skills, including motivation/engagement, attention/concentration, verbal and visual memory, executive functions (i.e. planning/organizing), language, and visuospatial skills.  An understanding of client's functional skills will be obtained.  In addition, mood and behavioral tendencies will be examined.  A list of measures that may be used is not made available in advance of the examination by Dr. Strutt.

Client will be allowed to take reasonable personal breaks during the testing session in addition to a lunch break, if needed.  The measures chosen for the evaluation take approximately 4-5 hours to complete.  However, should client engage at a slower than expected pace, additional time may be required.  Client is encouraged to bring a water bottle, snacks if deemed necessary, and a light sweater/coat.  Should client have a cellular phone, it must be turned off or placed on silent mode and out of sight to limit testing distractions.  Client is not allowed to take pictures of the testing materials or to record the testing session.  A lunch break will be provided.  **Glasses/contacts and hearing aids if used by the client are required.**

Raw data will only be provided to a neuropsychologist.  Testing protocols/raw data will not be provided to attorneys/legal firms to ensure test security and to avoid possible misinterpretation of data.  Testing session will not be recorded by examiner.  No audio or video recording is permitted to ensure test security.

Should client need to reach Dr. Strutt's office the day of the appointment, she/he may leave a message on Dr. Strutt's backline 713-798-6527 and the call will be returned as promptly as possible. Please note client will not be on Dr. Strutt's clinical roster/daily schedule, as this is only for her clinic patients and not for legal clients. **Thus, if client were to call Baylor to inquire about this appointment, no information for this appointment would be available.**