EXHIBIT 5

## J. Lewis Wardlaw

| | |
|---|---|
| **From:** | Lee Curry <lcurry@daspitlaw.com> |
| **Sent:** | Tuesday, November 25, 2025 11:26 AM |
| **To:** | Clair Gilkey; J. Lewis Wardlaw |
| **Cc:** | Access; Robert Morse |
| **Subject:** | [EXTERNAL] RE: [18418] Benjamin, Guy Wesson v. Luis Zamora, et al; USDC ARED 3:25-cv-00033-JM |

Correction: the past-medical expenses to-date are as follows:

| Providers and Dates of Service | Total Billed Charges |
|---|---|
| **Baptist Memorial Hospital - Crittenden** | **$12,724.65** |
| 08/11/2024 | $12,724.65 |
| **Crittenden EMS** | **$1,179.40** |
| 08/11/2024 | $1,179.40 |
| **Dynamic Anesthesia Providers PLLC** | **$7,550.00** |
| 09/09/2025 | $7,550.00 |
| **Greater Texas Orthopedic Associates** | **$45,025.00** |
| 08/29/2024 | $2,831.00 |
| 09/17/2024 | $478.00 |
| 09/24/2024 | $9,568.00 |
| 10/08/2024 | $478.00 |
| 10/22/2024 | $9,478.00 |
| 10/29/2024 | $20,758.00 |
| 11/20/2024 | $478.00 |
| 12/06/2024 | $478.00 |
| 10/10/2025 | $478.00 |
| **Greater Texas Orthopedic Associates (Physician Fee)** | **$60,678.00** |
| 09/09/2025 | $31,878.00 |
| 11/04/2025 | $28,800.00 |
| **International Center for Neuroscience PLLC** | **$1,650.00** |
| 10/22/2024 | $975.00 |
| 12/11/2024 | $675.00 |
| **Lifesciences Imaging Partners** | **$8,400.00** |
| 09/04/2024 | $8,400.00 |
| **Memorial MRI & Diagnostic** | **$9,752.00** |
| 10/31/2024 | $1,155.00 |
| 12/02/2024 | $2,756.00 |
| 01/22/2025 | $5,841.00 |
| **NLMEC** | **$9,455.00** |
| 02/27/2025 | $4,555.00 |
| 03/03/2025 | $500.00 |
| 03/24/2025 | $210.00 |
| 06/25/2025 | $4,190.00 |
| **Psychiatry of Texas PLLC** | **$10,367.00** |

| | |
|---|---|
| 10/09/2024 | $1,302.20 |
| 10/23/2024 | $1,007.20 |
| 11/22/2024 | $1,007.20 |
| 12/18/2024 | $1,007.20 |
| 02/14/2025 | $1,007.20 |
| 03/18/2025 | $1,007.20 |
| 04/11/2025 | $1,007.20 |
| 04/25/2025 | $1,007.20 |
| 05/23/2025 | $1,007.20 |
| 07/11/2025 | $1,007.20 |
| **Qualcare Rehabilitation** | **$2,611.00** |
| 10/25/2024 | $435.00 |
| 10/30/2024 | $210.00 |
| 11/01/2024 | $210.00 |
| 11/04/2024 | $260.00 |
| 11/06/2024 | $170.00 |
| 11/08/2024 | $385.00 |
| 11/11/2024 | $210.00 |
| 11/15/2024 | $40.00 |
| 11/18/2024 | $210.00 |
| 11/20/2024 | $210.00 |
| 12/02/2024 | $271.00 |
| **River Oaks Hospital & Clinics** | **$325,945.92** |
| 09/05/2025 | $1,317.60 |
| 09/09/2025 | $107,083.47 |
| 10/30/2025 | $4,425.70 |
| 11/04/2025 | $213,119.15 |
| **Texas Brain Institute** | **$114,800.00** |
| 01/24/2025 | $25,400.00 |
| 03/19/2025 | $4,200.00 |
| 05/05/2025 | $85,200.00 |
| **Wellcare Pharmacy** | **$744.06** |
| 11/03/2025 | $744.06 |
| **Grand Total** | **$610,882.03** |

The only difference should be the Wellcare Pharmacy bill.

**From:** Clair Gilkey <cdemonde@daspitlaw.com>
**Sent:** Tuesday, November 25, 2025 11:12 AM
**To:** J. Lewis Wardlaw <wardlawl@martintate.com>
**Cc:** Lee Curry <lcurry@daspitlaw.com>; Access <access@daspitlaw.com>; Robert Morse <robert@daspitlaw.com>
**Subject:** [18418] Benjamin, Guy Wesson v. Luis Zamora, et al; USDC ARED 3:25-cv-00033-JM

Good morning,

Please find Mr. Benjamin's supplemental billing records attached.

His past medical expenses to-date are as follows:

| Providers and Dates of Service | Total Billed Charges |
|---|---|
| **Baptist Memorial Hospital - Crittenden** | **$12,724.65** |
| 08/11/2024 | $12,724.65 |
| **Crittenden EMS** | **$1,179.40** |
| 08/11/2024 | $1,179.40 |
| **Dynamic Anesthesia Providers** | **$7,550.00** |
| 09/09/2025 | $7,550.00 |
| **Greater Texas Orthopedic Associates** | **$45,025.00** |
| 08/29/2024 | $2,831.00 |
| 09/17/2024 | $478.00 |
| 09/24/2024 | $9,568.00 |
| 10/08/2024 | $478.00 |
| 10/22/2024 | $9,478.00 |
| 10/29/2024 | $20,758.00 |
| 11/20/2024 | $478.00 |
| 12/06/2024 | $478.00 |
| 10/10/2025 | $478.00 |
| **Greater Texas Orthopedic Associates (Physician Fee)** | **$60,678.00** |
| 09/09/2025 | $31,878.00 |
| 11/04/2025 | $28,800.00 |
| **International Center for Neuroscience PLLC** | **$1,650.00** |
| 10/22/2024 | $975.00 |
| 12/11/2024 | $675.00 |
| **Lifesciences Imaging Partners** | **$8,400.00** |
| 09/04/2024 | $8,400.00 |
| **Memorial MRI & Diagnostic** | **$9,752.00** |
| 10/31/2024 | $1,155.00 |
| 12/02/2024 | $2,756.00 |
| 01/22/2025 | $5,841.00 |
| **NLMEC** | **$9,455.00** |
| 02/27/2025 | $4,555.00 |
| 03/03/2025 | $500.00 |
| 03/24/2025 | $210.00 |
| 06/25/2025 | $4,190.00 |
| **Psychiatry of Texas PLLC** | **$10,367.00** |
| 10/09/2024 | $1,302.20 |
| 10/23/2024 | $1,007.20 |
| 11/22/2024 | $1,007.20 |

| | |
|---|---|
| 12/18/2024 | $1,007.20 |
| 02/14/2025 | $1,007.20 |
| 03/18/2025 | $1,007.20 |
| 04/11/2025 | $1,007.20 |
| 04/25/2025 | $1,007.20 |
| 05/23/2025 | $1,007.20 |
| 07/11/2025 | $1,007.20 |
| **Qualcare Rehabilitation** | **$2,611.00** |
| 10/25/2024 | $435.00 |
| 10/30/2024 | $210.00 |
| 11/01/2024 | $210.00 |
| 11/04/2024 | $260.00 |
| 11/06/2024 | $170.00 |
| 11/08/2024 | $385.00 |
| 11/11/2024 | $210.00 |
| 11/15/2024 | $40.00 |
| 11/18/2024 | $210.00 |
| 11/20/2024 | $210.00 |
| 12/02/2024 | $271.00 |
| **River Oaks Hospital & Clinics** | **$325,945.92** |
| 09/05/2025 | $1,317.60 |
| 09/09/2025 | $107,083.47 |
| 10/03/2025 | $4,425.70 |
| 11/04/2025 | $213,119.15 |
| **Texas Brain Institute** | **$114,800.00** |
| 01/24/2025 | $25,400.00 |
| 03/19/2025 | $4,200.00 |
| 05/05/2025 | $85,200.00 |
| **Wellcare Pharmacy** | **$744.06** |
| 11/03/2025 | $744.06 |
| **Grand Total** | **$610,137.97** |

Kind Regards,


**Clair Gilkey**

Paralegal

**Daspit Law Firm**

124 W Capitol Ave., Suite #1820

Little Rock, AR 72201

Office  (501) 512-0367

Fax  713.587.9086

cdemonde@daspitlaw.com

www.daspitlaw.com



  **External email: Do not click links or open attachments from unknown senders.**