| Company | Crittenden EMS LLC | Incident# | 3854-24 | PCR# | 3854-24 |
|---|---|---|---|---|---|
| Patient | Benjamin, Guy | Inc.Date | 2024-08-11 | Page | 1/6 |

### Response

| | | | |
|---|---|---|---|
| Incident Number | 3854-24 | Response Mode to Scene | Emergent (Immediate Response) |
| EMS Response Number | 002-A | | |
| Type of Service Requested | Other Routine Medical Transport | Additional Response Mode Descriptors | Lights and Sirens |
| Unit Transport and Equipment Capability | Ground Transport (ALS Equipped) | | |
| Dispatch Reason | Sick Person | | |
| EMD Performed | No | | |
| Dispatch Priority (Patient Acuity) | Critical | | |

### Scene

| | | | |
|---|---|---|---|
| Incident Location Type | Street and highway | Incident County | Crittenden County |
| Incident Street Address | I-40 E Service Rd | First EMS Unit on Scene | Yes |
| Incident City Name | West Memphis | Number of Patients at Scene | Single |
| Incident State | Arkansas | | |
| Incident ZIP Code | 72301 | Mass Casualty Incident | No |

### Crew Members

| Crew ID | Employee # | Role | Level |
|---|---|---|---|
| Hester, Robert (1038) | 1038 | Driver/Pilot-Response, Driver/Pilot-Transport | Emergency Medical Technician (EMT) |
| Booth, Thomas (1005) | 1005 | Primary Patient Caregiver-At Scene, Primary Patient Caregiver-Transport | Paramedic |

### Disposition

| | | | |
|---|---|---|---|
| Unit Disposition | Patient Contact Made | Level of Care Provided per Protocol | ALS - Paramedic |
| Patient Evaluation/Care | Patient Evaluated and Care Provided | | |
| Crew Disposition | Initiated and Continued Primary Care | | |
| Transport Disposition | Transport by This EMS Unit (This Crew Only) | | |

| Company | Crittenden EMS LLC | Incident# | 3854-24 | PCR# | 3854-24 |
|---|---|---|---|---|---|
| Patient | Benjamin, Guy | Inc.Date | 2024-08-11 | Page | 1/6 |

Mar. 12. 2025  3:17PM                                                    No. 3182   P. 18/23

| Company: Crittenden EMS LLC | | Incident#: 3854-24 | PCR#: 3854-24 |
|---|---|---|---|
| Patient: Benjamin, Guy | | Inc.Date: 2024-08-11 | Page: 2/6 |

| | | | |
|---|---|---|---|
| Destination/Transferred To, Name | BAPTIST MEMORIAL HOSPITAL-CRITTENDEN | How Patient Was Moved From Ambulance | Stretcher |
| Destination/Transferred To, Code | 1437634524 | EMS Transport Method | Ground-Ambulance |
| Destination Street Address | 2100 No. 7th St. | Transport Mode from Scene | Non-Emergent |
| Destination City Name | West Memphis | Additional Transport Mode Descriptors | No Lights or Sirens |
| Destination State | Arkansas | Final Patient Acuity | Lower Acuity (Green) |
| Destination County | Crittenden County | Reason for Choosing Destination | Closest Facility |
| Destination ZIP Code | 72301 | | |
| Destination Country | US | Type of Destination | Hospital-Emergency Department |
| How Patient Was Moved to Ambulance | Assisted/Walk | | |
| Position of Patient During Transport | Semi-Fowlers | | |

| | | | |
|---|---|---|---|
| PSAP Call Date/Time | 2024-08-11 04:22:48 | Patient Arrived at Destination Date/Time | 2024-08-11 05:18:51 |
| Dispatch Notified Date/Time | 2024-08-11 04:24:19 | Destination Patient Transfer of Care Date/Time | 2024-08-11 05:43:39 |
| Unit Notified by Dispatch Date/Time | 2024-08-11 04:24:22 | Unit Back in Service Date/Time | 2024-08-11 05:43:40 |
| Dispatch Acknowledged Date/Time | 2024-08-11 04:24:23 | | |
| Unit En Route Date/Time | 2024-08-11 04:29:52 | | |
| Unit Arrived on Scene Date/Time | 2024-08-11 04:48:21 | | |
| Arrived at Patient Date/Time | 2024-08-11 04:48:23 | | |
| Unit Left Scene Date/Time | 2024-08-11 05:10:08 | | |

| | | | |
|---|---|---|---|
| Type of Dispatch Delay | None/No Delay | Type of Turn-Around Delay | None/No Delay |
| Type of Response Delay | None/No Delay | | |
| Type of Scene Delay | None/No Delay | | |
| Type of Transport Delay | None/No Delay | | |

| | |
|---|---|
| EMS Vehicle (Unit) Number | 106 |
| EMS Unit Call Sign | WM B |
| Vehicle Dispatch Location | West Memphis |

| Company: Crittenden EMS LLC | Incident#: 3854-24 | PCR#: 3854-24 |
|---|---|---|
| Patient: Benjamin, Guy | Inc.Date: 2024-08-11 | Page: 2/6 |

| Company | Crittenden EMS LLC | Incident# | 3854-24 | PCR# | 3854-24 |
|---|---|---|---|---|---|
| Patient | Benjamin, Guy | Inc.Date | 2024-08-11 | Page | 3/6 |

## Demographics

| | | | |
|---|---|---|---|
| Last Name | Benjamin | Age Units | Years |
| First Name | Guy | Date of Birth | [redacted] |
| Social Security Number | [redacted] | Estimated Body Weight in Kilograms | 127.0 |
| Gender | Male | | |
| Race | White | | |
| Age | 71 | | |

## Contact

| | | | |
|---|---|---|---|
| Patient's Home Address | 19430 Loafers Ln | Patient's Phone Number | 999-999-9999 |
| Patient's Home City Name | Magnolia | | |
| Patient's Home County | Montgomery County | | |
| Patient's Home State | Texas | | |
| Patient's Home ZIP Code | 77355 | | |
| Patient's Country of Residence | US | | |

## History

| | | | |
|---|---|---|---|
| Barriers to Patient Care | None Noted | Alcohol/Drug Use Indicators | None Reported |
| Advance Directives | None | | |
| Medication Allergies | No Known Drug Allergy | | |
| Environmental/Food Allergies | No known allergies | | |
| Medical/Surgical History | Essential (primary) hypertension, Type 1 diabetes mellitus with unspecified complications, Major depressive disorder, recurrent, unspecified | | |
| Medical History Obtained From | Patient | | |

## Vital Signs

| Time | BP | HR | RR | EKG | SAO2 | BGL | GCS | Temp | AVPU | Pain | Resp | ETCO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:09 | 185/98 MAP:127 | 79, Regular (Electronic Monitor, Pulse Oximeter) | 99 | 18, Normal | | 252 | 15 (4+6+5) | 97.2F Oral | Alert | 0 Numeric (0-10) | | |

## Cardio/Vasc

| | |
|---|---|
| Cardiac Arrest | No |

## Protocols

| Protocol | Ages |
|---|---|
| General-Pain Control | Adult Only |

| Company | Crittenden EMS LLC | Incident# | 3854-24 | PCR# | 3854-24 |
|---|---|---|---|---|---|
| Patient | Benjamin, Guy | Inc.Date | 2024-08-11 | Page | 3/6 |

| Company: Crittenden EMS LLC | Incident#: 3854-24 | PCR#: 3854-24 |
| Patient: Benjamin, Guy | Inc.Date: 2024-08-11 | Page: 4 / 6 |

## Impression

| Possible Injury | No | Date/Time Last Known Well | 2024-08-11 03:01:59 |
| Primary Symptom | Neck pain | | |
| Provider's Primary Impression | Acute pain | | |
| Initial Patient Acuity | Lower Acuity (Green) | | |

## Patient Complaint

| Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | Neck pain | |

## Complaint

| Chief Complaint Anatomic Location | General/Global |
| Chief Complaint Organ System | Global/General |

## Narrative

### Patient Care Report Narrative

UNIT 106 RESPONDED EMERGENT CALLED TO ABOVE ADDRESS FOR A PATIENT WITH C/O NECK PAIN
C: PATIENT FOUND IN CAR COMPLAINING OF NECK PAIN THAT STARTED AFTER A MVA
Hx: SEE ABOVE
ASSESSMENT: PATIENT A/Ox3, VITALS TAKEN ( SEE ABOVE ), LUNGS CLEAR, EYES PERRL, ABDOMEN SOFT AND NON TENDER, SKIN CTC NORMAL WARM AND DRY, PATIENT HAD NO OTHER COMPLAINTS
Rx: 16ga IV OBTAINED IN THE LEFT AC AND SECURED WITH A SALINE LOCK
SEE ATTACHED VITALS AND ASSESSMENTS FOR FURTHER
Transport: PATIENT AMBULATORY PATIENT WAS MOVED TO STRETCHER VIA WALKING PATIENT WAS PLACED IN SEMI FOWLERS POSITION SECURED BY RAILS x2 AND STRAPS x3 PATIENT TRANSPORTED WITHOUT INCIDENT TO BMHC WE ARRIVED WITHOUT INCIDENT PATIENT WAS MOVED TO BED FROM STRETCHER VIA DRAWSHEET PATIENT CARE AND REPORT THEN GIVEN TO NURSE AND UNIT 106 RETURNED TO SERVICE

| Company: Crittenden EMS LLC | Incident#: 3854-24 | PCR#: 3854-24 |
| Patient: Benjamin, Guy | Inc.Date: 2024-08-11 | Page: 4 / 6 |

| Company: Crittenden EMS LLC | Incident#: 3854-24 | PCR#: 3854-24 |
|---|---|---|
| Patient: Benjamin, Guy | Inc.Date: 2024-08-11 | Page 5/6 |

### Billing

| Privacy Practices Acknowledgment: by signing below, I herby acknowledge that Crittenden EMS, LLC has provided a copy of its Notice of Privacy Practices to the patient or other party with instructions to provide the Notice to the patient. | The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. My signature is not an acceptance of financial responsibility for the services rendered. |
|---|---|
| **Who is Signing** Section I: Patient | **Receiving Facility Signature** *[signature]* <br> Printed Name: Monica <br> Title: Nurse (RN) |

I, the undersigned, hereby authorize payment directly to the Crittenden EMS, LLC, benefits otherwise payable to me but not to exceed the regular charges for this type of service. I understand that I am financially responsible to the Crittenden EMS, LLC for charges not covered by this authorization and do hereby guarantee payment of this bill within 15 days. I further agree that if collection is made by suit or otherwise, I agree to pay all collection costs including a reasonable attorney fee. I hereby release Crittenden EMS, LLC, its owners, and employees from any claim whatsoever.

I authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to me by this company now, in the past, or in the future, until such time as I revoke this authorization in writing. I understand that I am financially responsible for the services and supplies provided to me, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to this company any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to this company. I authorize this company to appeal payment denials or other adverse decisions on my behalf. I authorize and direct any holder of medical, insurance, billing or other relevant information about me to release such information to this company and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by this company, now, in the past, or in the future. I also authorize this company to obtain medical, insurance, billing and other relevant information about me from any party, database or other source that maintains such information.

If the patient signs with an "X" or other mark, a witness should sign below.

**Section I: Patient Signature** *[signature]*
Printed Name: Guy Benjamin Title:

| Company: Crittenden EMS LLC | Incident#: 3854-24 | PCR#: 3854-24 |
|---|---|---|
| Patient: Benjamin, Guy | Inc.Date: 2024-08-11 | Page 5/6 |

| Company: Crittenden EMS LLC | | Incident#: 3854-24 | PCR#: 3854-24 |
|---|---|---|---|
| Patient: Benjamin, Guy | | Inc.Date: 2024-08-11 | Page: 6/6 |

### Crew Report

| CREW SIGNATURE #1 | *Booth* (signature)  Printed Name: Thomas Booth Title: 2009 Paramedic | Crew Member Completing this Report | Booth, Thomas (1005) |
|---|---|---|---|
| CREW SIGNATURE #2 | *Rho Hest* (signature)  Printed Name: Robert Hester Title: 2009 Emergency Medical Technician (EMT) | | |

### Attending Insurance

| Name | Group | Policy |
|---|---|---|
| MEDICARE | | 1aa9kf7vc29 |
| Tx medicaid | | 521817332 |

### Payment

| Primary Method of Payment | Insurance |
|---|---|

### Details

| Response Urgency | Immediate |
|---|---|
| CMS Service Level | ALS, Level 1 |

### Work-Related

| | Work-Related Illness/Injury | No |
|---|---|---|

| Company: Crittenden EMS LLC | Incident# 3854-24 | PCR# 3854-24 |
|---|---|---|
| Patient: Benjamin, Guy | Inc.Date 2024-08-11 | Page 6/6 |