EXHIBIT 7

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ████████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden**

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/11/2024 5:22 AM | Admit Date/Time: | 08/11/2024 5:37 AM | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Home/work/self Referral | Admit Category: | |
| Means of Arrival: | Ems | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | MEMPHIS SERVICE AREA | Unit: | Baptist Memorial Hospital - Crittenden |
| Admit Provider: | | Attending Provider: | Achmed Munir Turay, MD | Referring Provider: | |

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| Discharge | Stable | Melissa Dawn Pruitt, MD | Sun Aug 11, 2024 7:33 AM | Guy Benjamin discharged to Home / Self Care. |

### Discharge Information

Date/Time: 08/11/2024 8:01 AM     Disposition: Home     Destination: —
Provider: Melissa Dawn Pruitt, MD     Unit: Baptist Memorial Hospital - Crittenden

## Reason for Visit

### Chief Complaint

- Motor Vehicle Crash

### Visit Diagnoses

- **(primary)**
- Left hip pain
- Motor vehicle collision, initial encounter
- Acute strain of neck muscle, initial encounter

## Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Melissa Dawn Pruitt, MD | — | Attending | — | Emergency Medicine | 08/11/24 0626 | 08/11/24 0801 |
| Achmed Munir Turay, MD | — | Attending | — | Emergency Medicine | 08/11/24 0554 | 08/11/24 0626 |
| Carrie Rebecca Meadows, RN | — | Registered Nurse | — | Registered Nurse | 08/11/24 0719 | 08/11/24 0801 |
| Monica Patterson, RN | — | Registered Nurse | — | — | 08/11/24 0537 | 08/11/24 0704 |

## ED Provider Note

### ED Provider Notes by Achmed Munir Turay, MD at 8/11/2024 0608

| | | |
|---|---|---|
| Author: Achmed Munir Turay, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 8/14/2024 7:47 AM | Date of Service: 8/11/2024 6:08 AM | Creation Time: 8/11/2024 6:08 AM |
| Status: Addendum | Editor: Achmed Munir Turay, MD (Physician) | |

## History

**BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

ED Provider Note (continued)

**Chief Complaint**
Patient presents with
- Motor Vehicle Crash

Patient arrives after motor vehicle accident with complaint of neck pain and right hip pain. He states he was rear-ended while on the freeway by an 18 wheeler truck. He reports airbags did not deploy and he denies any head trauma or LOC. he was helped out of the vehicle by emergency personnel and ambulated on the scene without difficulty. He was well until his arrival when he developed neck pain and right hip pain. The pain is worse with movement. He denies any headaches or vision changes.

The history is provided by the patient. No language interpreter was used.

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

Tobacco Use
- Smoking status:         Not on file
- Smokeless tobacco:      Not on file

Substance and Sexual Activity
- Alcohol use:            Not on file
- Drug use:               Not on file
- Sexual activity:        Not on file

**Prior to Admission medications**
Not on File

Review of Systems
Musculoskeletal: Positive for arthralgias and neck pain.

**Physical Exam**
**Initial Vitals:**
ED Triage Vitals [08/11/24 0536]
BP: (!) 185/98
Pulse: 79
Resp: 18
Temp: 97.2 °F (36.2 °C)
Temp src: n/a
SpO2: 98 %

**Vitals:**
BP 158/70 | Pulse 75 | Temp 97.2 °F (36.2 °C) | Resp 18 | Ht 5' 9" (1.753 m) | Wt 103.9 kg (229 lb) | SpO2 99% | BMI 33.82 kg/m²

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

ED Provider Note (continued)

## Physical Exam
Vitals reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed. He is obese. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: External ear normal.
  Left Ear: External ear normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: No oropharyngeal exudate.
Eyes:
  General: No scleral icterus.
  Extraocular Movements: Extraocular movements intact.
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Neck:
  Thyroid: No thyromegaly.
  Trachea: No tracheal deviation.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
  General: Abdomen is flat.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal:
  General: No swelling.
  Cervical back: Normal range of motion and neck supple. Pain with movement and muscular tenderness present. No spinous process tenderness.
  Right hip: Tenderness present. No bony tenderness.
Skin:
  General: Skin is warm and dry.
  Coloration: Skin is not pale.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert. Mental status is at baseline.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.

## ED Course

Procedures

## Medical Decision Making

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

ED Provider Note (continued)

Medical Decision Making
A medical screening exam has been performed
All questions regarding diagnosis, treatments, follow ups have been answered to the patient's or guardian's verbalized understanding

MEDICAL DECISION MAKING

Number and Complexity of Problems:
Differential Diagnosis:  See dispo problem list

MDM Data:
External documents reviewed:  Now
Lab results reviewed and my interpretation:  See ED course
My EKG interpretation:  If performed see under procedures
My CT interpretation:  If performed See CT radiology result
My X-ray interpretation:  If performed see x-ray radiology result
My Ultrasound interpretation:  If performed see ultrasound radiology result
Tests considered but not ordered:  None
Decision rules/scores evaluated:  See under medical decision making
Discussed with patient

Treatment and Disposition:
ED Course:  See ED course
Social Determinants of Health that impact treatment or disposition:  Discussed with patient
Shared decision making:  Performed with patient
Code status and discussions:  Regarding follow-up plan discussed with patient


<u>Amount and/or Complexity of Data Reviewed</u>
Radiology: ordered.

<u>Risk</u>
OTC drugs.
Prescription drug management.



**ED Course**
**Sun Aug 11, 2024**
0624    Case discussed with the oncoming EDMD Dr.
        Pruitt who will assume care


0732    All CTs are negative for acute findings.
        Discussed results with the patient GCS is 15
        follows 2 point commands without difficulty.
        Patient is stable for discharge and will follow-
        up with his PCP as needed.

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

## 08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)

**ED Provider Note (continued)**

**ED Course User Index**

### ED Orders (From admission, onward)

| Ordered | | Status | Ordering Provider |
|---|---|---|---|
| 08/11/24 0608 | **methocarbamoL (ROBAXIN) tablet 750 mg** Once | Last MAR action: Given | TURAY, ACHMED MUNIR |
| 08/11/24 0608 | **CT Pelvis w/o Contrast** 1 time imaging | Final result | TURAY, ACHMED MUNIR |
| 08/11/24 0554 | **acetaminophen (TYLENOL) tablet 1,000 mg** Once | Last MAR action: Given | TURAY, ACHMED MUNIR |
| 08/11/24 0554 | **CT Cervical Spine w/o Contrast** 1 time imaging | Final result | TURAY, ACHMED MUNIR |
| 08/11/24 0554 | **CT Head w/o Contrast** 1 time imaging | Final result | TURAY, ACHMED MUNIR |

Lab Results - No data to display

CT Pelvis w/o Contrast
**Preliminary Result**
PATIENT: GUY BENJAMIN
MRN: 1C14997757
EXAM: CT PELVIS WO CONTRAST

CLINICAL INFORMATION: Male, 71 years old,
provided indication of right
hip pain status post MVC.

COMPARISON: None available

TECHNIQUE: Nonenhanced CT of the pelvis. Dose
reduction techniques
were utilized for this exam including automated
exposure control,
adjustments to mA and/or kV according to patient
size, and iterative
reconstruction techniques.

FINDINGS:

MUSCULOSKELETAL: No actue fracture or
dislocation. There is a right
hip hemiarthroplasty. No periprosthetic lucencies
identified. There is
fatty atrophy of the right iliopsoas muscle.
BODY WALL: There is a tiny fat-containing umbilical
hernia.

BOWEL: Normal.

**BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ████████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**ED Provider Note (continued)**

APPENDIX: Normal.
PERITONEUM: Normal.
URINARY BLADDER: Normal.
REPRODUCTIVE ORGANS: No significant
abnormality.
LYMPH NODES: None enlarged.
VASCULATURE: No significant abnormality.


IMPRESSION:
No acute osseous abnormality.

CT Cervical Spine w/o Contrast
**Final Result**

History:
MVA, r/o C spine injury

Reference study
No Comparison

Technique
Contiguous axial imaging was acquired through the
cervical spine
without the administration of IV contrast. Coronal and
sagittal
reformatted images were obtained.

For this CT exam, one or more of the following dose
reduction
techniques was employed:
automated exposure control
mA and/or kVp adjustment for patient size
iterative reconstruction


Findings
Approximately 2 to 3 mm of C3-4 anterolisthesis seen
in the presence
of facet arthropathy. Additional C7-T1 minimal
anterolisthesis.
Multilevel facet degenerative change and prominent
degenerative disc
disease throughout. No acute fracture identified. No
prevertebral
swelling. Craniocervical and C1-C2 relationships
appear maintained.


IMPRESSION:

Degenerative changes without acute osseous findings
.

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

ED Provider Note (continued)

CT Head w/o Contrast
**Final Result**

History:
MVA, r/o IC injury

Reference exam:
No previous comparison available

Technique:
Contiguous axial images of the head were obtained from the skullbase
to vertex using 5.0 mm collimation. No IV contrast was given.

For this CT exam, when applicable, one or more of the following dose
reduction techniques was employed:
automated exposure control
mA and/or kVp adjustment for patient size
iterative reconstruction

Findings:
Acute cortical infarction:  No
Acute hemorrhage:  No
Intracranial mass:  No

No acute hemorrhage or infarct is identified. No midline shift or
focal mass effect is seen. No abnormal extra-axial fluid collection is
identified.
The ventricular system is normal in size and configuration. No acute
focal parenchymal attenuation abnormality is identified.

No acute bony calvarial abnormality seen.

Impression:
No acute intracranial findings.

**ED Medication Administration from 08/11/2024 0522 to 08/14/2024 0747**

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 08/11/2024 0638 CDT | acetaminophen (TYLENOL) tablet 1,000 mg | 1,000 mg | Oral | Given | Christina Lashea Fox, RN |
| 08/11/2024 | methocarbamoL (ROBAXIN) | 750 | Oral | Given | Christina Lashea Fox, |

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**ED Provider Note (continued)**

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 0638 CDT | tablet 750 mg | mg | | | RN |

## Follow-up Provider

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Follow-up with your regular doctor in 2-3 days for further evaluation. | | Schedule an appointment as soon as possible for a visit in 1 day | If symptoms worsen | |

Last Edited: Sun Aug 11, 2024 7:34 AM by Melissa Dawn Pruitt, MD

## ED Prescriptions (From admission, onward)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 08/11/24 0000 | 08/11/24 0734 | **methocarbamoL (ROBAXIN) 500 MG tablet** 2 times daily | Ordered | PRUITT, MELISSA DAWN |
| 08/11/24 0000 | 08/11/24 0734 | **ibuprofen (MOTRIN) 400 MG tablet** Every 6 hours PRN | Ordered | PRUITT, MELISSA DAWN |

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**ED Provider Note (continued)**

**Discharge Instructions**

Return to Emergency Room at any time.
Your responsibility is to:
(1) set up immediate follow up with primary care (if you need assistance call 870 936 6322) for reevaluation of your concerns and review of your Emergency Room visit
(2) request that Primary Care Physician obtain your Emergency Room Records so you and Primary Care Physician can review your Emergency Room visit record together to include any labs (for example, blood work and urine), radiology (for example X-rays), specialist follow-ups (for example Heart Doctor (for example Cardiology), medication changes (new medications (for example antibiotics)) or medications you should stop taking and to ensure the medications you are taking are not interacting negatively with each other.
(3) monitor your symptoms and return to the ER if they worsen
(4) if you have a prescription (for example antibiotics) take as prescribed, also contact your primary care now to primary care of the new medication you are taking to ensure there are no interactions with your current medications
(5) for insurance assistance in getting a primary care doctor, specialty doctor (for example heart doctor), or medication please contact Bethany Buck, RN
Case Manager at Baptist at phone number 870 394 7789, Monday - Friday between 9AM-3PM
(6) your discharge from the Emergency Room does not mean you are healthy and do not need primary care follow-up you still need to follow up with primary care for review of your symptoms and review of your Emergency Room work up

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

ED Provider Note (continued)

## Clinical Impression
Final diagnoses:
[M25.552] Left hip pain
[V87.7XXA] Motor vehicle collision, initial encounter
[S16.1XXA] Acute strain of neck muscle, initial encounter

## ED MIPS Documentation:
This patient meets requirements for the following additional MIPS documentation: Adult Minor Head Trauma: Patient is 18 or older, presenting with minor blunt head trauma. Head CT (including cosigned orders) was ordered by an emergency care clinician for trauma because Patient is 65 or older

## Critical Care Time

Achmed Munir Turay, MD
08/11/24 0732

Achmed Munir Turay, MD
08/14/24 0747

Electronically signed by Achmed Munir Turay, MD at 8/14/2024 7:47 AM

Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Prior To Admission
None

#### Discharge Medication List

**methocarbamoL (ROBAXIN) 500 MG tablet**

| | |
|---|---|
| Instructions: Take one tablet (500 mg total) by mouth 2 (two) times a day | |
| Authorized by: Melissa Dawn Pruitt, MD | Ordered on: 8/11/2024 |
| Start date: 8/11/2024 | Quantity: 60 tablet |
| Refill: No refills remaining | |

**ibuprofen (MOTRIN) 400 MG tablet**

| | |
|---|---|
| Instructions: Take one tablet (400 mg total) by mouth every 6 (six) hours as needed for pain | |
| Authorized by: Melissa Dawn Pruitt, MD | Ordered on: 8/11/2024 |

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

## Medication List (continued)

| | |
|---|---|
| Start date: 8/11/2024 | End date: 9/10/2024 |
| Quantity: 30 tablet | Refill: No refills remaining |

### Stopped In Visit
None

## Imaging–Last 3 Days from 8/8/2024

### Imaging from 8/8/2024

#### CT Head w/o Contrast (Final result) [663196518] from 8/8/2024

Electronically signed by: **Achmed Munir Turay, MD on 08/11/24 0554**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Achmed Munir Turay, MD 08/11/24 0554          Ordering provider: Achmed Munir Turay, MD
Authorized by: Achmed Munir Turay, MD          Ordering mode: Standard
Frequency: STAT Once 08/11/24 0554 - 1 occurrence          Class: Hospital Performed
Quantity: 1          Lab status: Final result
Instance released by: Achmed Munir Turay, MD (auto-released) 8/11/2024 5:54 AM

##### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | MVA, r/o IC injury |

##### Screening Form

###### General Information

| | |
|---|---|
| Patient Name: Benjamin, Guy | MRN: 14997757 |
| Date of Birth: 7/26/1953 | Home Phone: **832-829-3818** |
| Legal Sex: Male | |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT HEAD WO CONTRAST | Achmed Munir Turay, MD ☎888-952-6772 | Achmed Munir Turay, MD ☎888-952-6772 | 8/11/2024  6:00 AM CRIT CT CRIT RAD CT |

###### Screening Form Questions

No questionnaires are associated with this screening form.

##### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Did the patient wear an on body device and sign waiver? | | |

#### CT Head w/o Contrast [663196518]          Resulted: 08/11/24 0716, Result status: Final result

Ordering provider: Achmed Munir Turay, MD  08/11/24 0554          Order status: Completed
Resulted by: Daniel Andrew Craven Jr., MD          Filed by: Interface, In Imaging Results  08/11/24 0718
Performed: 08/11/24 0610 - 08/11/24 0612          Accession number: CT241930560
Resulting lab: BOC IMG RAD
Narrative:

History:
MVA, r/o IC injury

Reference exam:
No previous comparison available

---

**BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ⬛, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

## 08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)

**Imaging-Last 3 Days (continued)** from 8/8/2024

Technique:
Contiguous axial images of the head were obtained from the skullbase
to vertex using 5.0 mm collimation. **No IV contrast was given.**

For this CT exam, when applicable, one or more of the following dose
reduction techniques was employed:
automated exposure control
mA and/or kVp adjustment for patient size
iterative reconstruction

Findings:
Acute cortical infarction:  No
Acute hemorrhage:  No
Intracranial mass:  No

No acute hemorrhage or infarct is identified. No midline shift or
focal mass effect is seen. No abnormal extra-axial fluid collection is
identified.
The ventricular system is normal in size and configuration. No acute
focal parenchymal attenuation abnormality is identified.

No acute bony calvarial abnormality seen.

Impression:
Impression:
No acute intracranial findings.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 105009001 - IMG RAD | BOC IMG RAD | Model IMG Director | 350 N. Humphreys Blvd Memphis TN 38120 | 08/19/14 0837 - Present |

**Signed**

Electronically signed by Daniel Andrew Craven Jr., MD on 8/11/24 at 0716 CDT

**CT Head w/o Contrast: Patient Communication**

Not Released                    ✗ Not seen

**CT Cervical Spine w/o Contrast (Final result) [663196519]** from 8/8/2024

Electronically signed by: **Achmed Munir Turay, MD** on 08/11/24 0554                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Achmed Munir Turay, MD 08/11/24 0554                    Ordering provider: Achmed Munir Turay, MD
Authorized by: Achmed Munir Turay, MD                                   Ordering mode: Standard
Frequency: STAT Once 08/11/24 0555 - 1  occurrence                      Class: Hospital Performed
Quantity: 1                                                             Lab status: Final result
Instance released by: Achmed Munir Turay, MD (auto-released) 8/11/2024  5:54 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | MVA, r/o C spine injury |

**Screening Form**

**General Information**

Patient Name: Benjamin, Guy                    MRN: 14997757

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ▮▮▮▮, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**Imaging-Last 3 Days (continued)** from 8/8/2024

Date of Birth: 7/26/1953                    Home Phone: **832-829-3818**
Legal Sex: Male

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT SPINE CERVICAL WO CONTRAST | Achmed Munir Turay, MD ☎888-952-6772 | Achmed Munir Turay, MD ☎888-952-6772 | 8/11/2024  6:05 AM CRIT CT CRIT RAD CT |

**Screening Form Questions**

No questionnaires are associated with this screening form.

**End Exam Questions**

| Answer | Comment |
|---|---|
| Did the patient wear an on body device and sign waiver? | |

**CT Cervical Spine w/o Contrast [663196519]**          Resulted: 08/11/24 0718, Result status: Final result

Ordering provider: Achmed Munir Turay, MD  08/11/24 0554
Resulted by: Daniel Andrew Craven Jr., MD
Performed: 08/11/24 0613 - 08/11/24 0615
Resulting lab: BOC IMG RAD
Narrative:

Order status: Completed
Filed by: Interface, In Imaging Results  08/11/24 0720
Accession number: CT241930561

History:
MVA, r/o C spine injury

Reference study
No Comparison

Technique
Contiguous axial imaging was acquired through the cervical spine
without the administration of IV contrast. Coronal and sagittal
reformatted images were obtained.

For this CT exam, one or more of the following dose reduction
techniques was employed:
automated exposure control
mA and/or kVp adjustment for patient size
iterative reconstruction

Findings
Approximately 2 to 3 mm of C3-4 anterolisthesis seen in the presence
of facet arthropathy. Additional C7-T1 minimal anterolisthesis.
Multilevel facet degenerative change and prominent degenerative disc
disease throughout. No acute fracture identified. No prevertebral
swelling. Craniocervical and C1-C2 relationships appear maintained.

Impression:
IMPRESSION:

Degenerative changes without acute osseous findings .

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 105009001 - IMG RAD | BOC IMG RAD | Model IMG Director | 350 N. Humphreys Blvd | 08/19/14 0837 - Present |

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

---

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

Imaging-Last 3 Days (continued) from 8/8/2024

Memphis TN 38120

**Signed**

Electronically signed by Daniel Andrew Craven Jr., MD on 8/11/24 at 0718 CDT

**CT Cervical Spine w/o Contrast: Patient Communication**

✓ Not Released                              ✗ Not seen

---

**CT Pelvis w/o Contrast (Final result) [663196522]** from 8/8/2024

Electronically signed by: **Achmed Munir Turay, MD on 08/11/24 0608**                 Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Achmed Munir Turay, MD 08/11/24 0608        Ordering provider: Achmed Munir Turay, MD
Authorized by: Achmed Munir Turay, MD                      Ordering mode: Standard
Frequency: STAT Once 08/11/24 0609 - 1  occurrence         Class: Hospital Performed
Quantity: 1                                                Lab status: Final result
Instance released by: Achmed Munir Turay, MD (auto-released) 8/11/2024  6:08 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | MVA, R.hip pain |

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Benjamin, Guy | MRN: 14997757 |
| Date of Birth: 7/26/1953 | Home Phone: **832-829-3818** |
| Legal Sex: Male | |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT PELVIS WO CONTRAST | Achmed Munir Turay, MD ☎888-952-6772 | Achmed Munir Turay, MD ☎888-952-6772 | 8/11/2024  6:15 AM CRIT CT CRIT RAD CT |

**Screening Form Questions**

No questionnaires are associated with this screening form.

**End Exam Questions**

| Answer | Comment |
|---|---|
| Did the patient wear an on body device and sign waiver? | |

**CT Pelvis w/o Contrast [663196522]**                  Resulted: 08/11/24 1037, Result status: Final result

Ordering provider: Achmed Munir Turay, MD  08/11/24 0608     Order status: Completed
Resulted by:                                                Filed by: Interface, In Imaging Results  08/11/24 1039
Nicole M Fontenot, DO
Jonathan Raines Berger, MD
Performed: 08/11/24 0616 - 08/11/24 0618                     Accession number: CT241930572
Resulting lab: BOC IMG RAD
Narrative:
PATIENT: GUY BENJAMIN
MRN: 1C14997757
EXAM: CT PELVIS WO CONTRAST

CLINICAL INFORMATION: Male, 71 years old, provided indication of right
hip pain status post MVC.

COMPARISON: None available

---

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

### 08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)

**Imaging-Last 3 Days (continued)** from 8/8/2024

TECHNIQUE: Nonenhanced CT of the pelvis. Dose reduction techniques
were utilized for this exam including automated exposure control,
adjustments to mA and/or kV according to patient size, and iterative
reconstruction techniques.

FINDINGS:

MUSCULOSKELETAL: No acute fracture or dislocation. There is a right
hip hemiarthroplasty. No periprosthetic lucencies identified. There is
fatty atrophy of the right iliopsoas muscle.
BODY WALL: There is a tiny fat-containing umbilical hernia.

BOWEL: Normal.
APPENDIX: Normal.
PERITONEUM: Normal.
URINARY BLADDER: Normal.
REPRODUCTIVE ORGANS: No significant abnormality.
LYMPH NODES: None enlarged.
VASCULATURE: No significant abnormality.

Impression:
IMPRESSION:
No acute osseous abnormality.

The images in this case were personally reviewed by the radiologist
named below, and the report reflects his/her interpretation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 105009001 - IMG RAD | BOC IMG RAD | Model IMG Director | 350 N. Humphreys Blvd Memphis TN 38120 | 08/19/14 0837 - Present |

**Signed**

Electronically signed by Jonathan Raines Berger, MD on 8/11/24 at 1037 CDT

**CT Pelvis w/o Contrast: Patient Communication**

 ✓  Not Released                                     ✗ Not seen

**Flowsheets-Last 3 Days**

**Anthropometrics - Sun August 11, 2024**

| Row Name | 0800 |
|---|---|
| Anthropometrics | |
| Weight Change | 0  -CM at 08/11/24 0801 |

**Bariatric Vitals - Sun August 11, 2024**

| Row Name | 0800 |
|---|---|
| Weight Change Tracking | |
| Previous Visit Weight (Calculated) | 229 lb  -CM at 08/11/24 0801 |
| Last Height (Calculated) | 69 inches  -CM at 08/11/24 0801 |



Benjamin, Guy
MRN: 14997757, DOB: ██████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

### 08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)

#### Flowsheets-Last 3 Days (continued)

| | |
|---|---|
| Weight Change Since Last Visit (Calculated) | 0 lb -CM at 08/11/24 0801 |
| BMR - Male (Calculated) | 1886.17 -CM at 08/11/24 0801 |

#### Broset Violence Risk - Sun August 11, 2024

| Row Name | 05:41:04 |
|---|---|
| **Broset Violence Checklist** | |
| Confused (new onset/increased) | No -CF at 08/11/24 0541 |
| Irritable (new onset/increased) | No -CF at 08/11/24 0541 |
| Boisterous | No -CF at 08/11/24 0541 |
| Verbal threats | No -CF at 08/11/24 0541 |
| Physical threats | No -CF at 08/11/24 0541 |
| Attacking objects | No -CF at 08/11/24 0541 |
| Broset SUM | 0 -CF at 08/11/24 0541 |

#### Custom Formula Data - Sun August 11, 2024

| Row Name | 0800 | 0536 |
|---|---|---|
| **Vital Signs** | | |
| Orthostatic Vitals Sitting | Sitting -CM at 08/11/24 0801 | Sitting -CF at 08/11/24 0537 |
| **OTHER** | | |
| UC Enc Vitals | — | 361.2 -CF at 08/11/24 0537 |
| Weight Gain Calculated in Pounds (lbs) | 229 -CM at 08/11/24 0801 | — |
| Weight Change (grams) | 103873 g -CM at 08/11/24 0801 | — |
| Weight to have BMI = 25 (Calculated) | 168.9 lb -CM at 08/11/24 0801 | — |
| Age (Calculated) | 71y 0m -CM at 08/11/24 0801 | — |
| BSA (Calculated - sq m) | 2.25 sq meters -CM at 08/11/24 0801 | — |
| BMI (Calculated) | 33.8 ↑ -CM at 08/11/24 0801 | — |
| IBW/kg (Calculated) Male | 70.7 kg -CM at 08/11/24 0801 | — |
| IBW/kg (Calculated) FEMALE | 66.2 kg -CM at 08/11/24 0801 | — |
| Age (Months) | 0 -CM at 08/11/24 0801 | — |
| Weight in (lb) to have BMI = 25 | 168.9 -CM at 08/11/24 0801 | — |
| % Weight Change Since Birth | 0 -CM at 08/11/24 0801 | — |
| **Patient Factors** | | |
| (Retired) Weight in kg | 103.87 kg -CM at 08/11/24 0801 | — |
| **KCAL/KG** | | |



Benjamin, Guy
MRN: 14997757, DOB: ▮▮▮▮▮, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

### Flowsheets-Last 3 Days (continued)

| | | |
|---|---|---|
| 20 Kcal/Kg (kcal) | 2077.48 -CM at 08/11/24 0801 | — |
| 25 Kcal/Kg (kcal) | 2596.85 -CM at 08/11/24 0801 | — |
| 30 Kcal/Kg (kcal) | 3116.22 -CM at 08/11/24 0801 | — |
| 35 Kcal/Kg (kcal) | 3635.59 -CM at 08/11/24 0801 | — |
| 40 Kcal/Kg (kcal) | 4154.96 -CM at 08/11/24 0801 | — |
| 45 Kcal/Kg (kcal) | 4674.33 -CM at 08/11/24 0801 | — |
| 50 Kcal/Kg (kcal) | 5193.7 -CM at 08/11/24 0801 | — |

#### Fluid Requirements

| | | |
|---|---|---|
| Holliday-Segar Method (over 20 kg) | 3577.48 -CM at 08/11/24 0801 | |

#### Body Mass Index (BMI)

| | | |
|---|---|---|
| BMI (kg/m2) | 33.89 -CM at 08/11/24 0801 | — |

#### Adult IBW/VT Calculations

| | | |
|---|---|---|
| IBW/kg (Calculated) | 70.7 -CM at 08/11/24 0801 | — |
| Low Range Vt 6mL/kg | 424.2 mL/kg -CM at 08/11/24 0801 | — |
| Adult Moderate Range Vt 8mL/kg | 565.6 mL/kg -CM at 08/11/24 0801 | — |
| Adult High Range Vt 10mL/kg | 707 mL/kg -CM at 08/11/24 0801 | — |

### Fall Risk - Sun August 11, 2024

| Row Name | 05:44:40 |
|---|---|
| **Fall Risk Assessment** | |
| History of fall within the last 3 months? | No -CF at 08/11/24 0544 |
| Fall Risk Indicators | 1-->male -CF at 08/11/24 0544 |
| Fall Risk Score | Standard Fall Risk -CF at 08/11/24 0544 |
| **Safety** | |
| Safety Rounds/Standard Fall Preventions | WDL -CF at 08/11/24 0544 |

### Goal/Outcome Evaluation - Sun August 11, 2024

| Row Name | 0801 |
|---|---|
| **Goal/Outcome Evaluation** | |
| Teaching Method | verbal instruction;written material -CM at 08/11/24 0801 |
| Discussion of Discharge Instructions Complexity: | Straightforward -CM at 08/11/24 0801 |
| **Goal/Outcome Evaluation (Adult)** | |
| Goal: Acute | met -CM at 08/11/24 |

**BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

## Flowsheets-Last 3 Days (continued)

| | |
|---|---|
| Signs/Symptoms are Managed | 0801 |
| Goal: Acceptable Pain Level Achieved | met  -CM at 08/11/24 0801 |
| Discharge Instructions | discharge instructions, able to teach back;patient education handouts given;prescription(s) provided  -CM at 08/11/24 0801 |
| Participants in Discharge Teaching | patient  -CM at 08/11/24 0801 |

**Departure Condition**

| | |
|---|---|
| Departure Condition | Good  -CM at 08/11/24 0801 |
| Mobility at Departure | Ambulatory  -CM at 08/11/24 0801 |
| Departure Mode | With family  -CM at 08/11/24 0801 |
| IV Pump in Use? | no  -CM at 08/11/24 0801 |

### High Alert Travel Screen - Sun August 11, 2024

| Row Name | 05:41:33 |
|---|---|
| **(Retired) High Alert Travel Screen** | |
| (Retired) Have you Traveled outside the U.S. within the last 3 months | No  -CF at 08/11/24 0541 |
| (Retired) Have you had close contact with someone who has traveled outside of the U. S. who is also sick? | No  -CF at 08/11/24 0541 |
| (Retired) Have you been hospitalized or been in a nursing home in the last 12 months outside of the U.S. | No  -CF at 08/11/24 0541 |
| (Retired) Have you been in a long term care facility in the last 12 months. | No  -CF at 08/11/24 0541 |

### LACE+ Score - Sun August 11, 2024

| Row Name | 0801 |
|---|---|
| **Total LACE+ Score** | |
| LACE+ Score | 56  -CM at 08/11/24 0801 |

### Primary Assessment (Adult) - Sun August 11, 2024

| Row Name | 0542 |
|---|---|

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

### Flowsheets-Last 3 Days (continued)

| General Appearance | | |
|---|---|---|
| General Appearance WDL | WDL | -CF at 08/11/24 0544 |
| **Airway WDL** | | |
| Airway WDL | WDL | -CF at 08/11/24 0544 |
| **Respiratory WDL** | | |
| Respiratory | WDL | -CF at 08/11/24 0544 |
| **Cardiac WDL** | | |
| Cardiac WDL | WDL | -CF at 08/11/24 0544 |
| **Cardiac Monitoring/Oxygen Therapy** | | |
| Telemetry Monitor On | No | -CF at 08/11/24 0544 |
| **Peripheral/Neurovascular WDL** | | |
| Peripheral Neurovascular WDL | WDL | -CF at 08/11/24 0544 |
| Peripheral Edema | None | -CF at 08/11/24 0544 |
| **Cognitive/Neuro/Behavioral WDL** | | |
| Cognitive/Neuro/Behavioral | WDL | -CF at 08/11/24 0544 |

### Procedure Verification - Sun August 11, 2024

| Row Name | 0610 |
|---|---|
| **Procedure Verification** | |
| Patient ID Verified | Armband;Verbal -IP at 08/11/24 0624 |
| Procedure Verified | Yes -IP at 08/11/24 0624 |
| Laterality Verified | N/A -IP at 08/11/24 0624 |

### Provider First Contact - Sun August 11, 2024

| Row Name | 0555 |
|---|---|
| **Provider First Contact** | |
| Provider First Contact Time | File -AT at 08/11/24 0555 |

### Quick Updates - Sun August 11, 2024

| Row Name | 07:33:07 |
|---|---|
| **Quick Updates** | |
| Updates | Vital signs stable;Comfort measures;Warm blanket provided -CM at 08/11/24 0733 |
| Quick Updates - Comments | **provided urinal** -CM at 08/11/24 0733 |

### Suicide Risk - Sun August 11, 2024

**BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

### Flowsheets-Last 3 Days (continued)

| Row Name | 05:41:12 |
|---|---|
| **Columbia-Suicide Severity Rating Scale - Step 1: Identify Risk Factors** | |
| Q1: In the past month, have you wished you were dead or wished you could go to sleep and not wake up? | No  -CF at 08/11/24 0541 |
| Q2: In the past month, have you actually had any thoughts of killing yourself? | No  -CF at 08/11/24 0541 |
| Q6 During your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life? | No  -CF at 08/11/24 0541 |

### Triage Complete - Sun August 11, 2024

| Row Name | 0537 | 0534 |
|---|---|---|
| **Acuity/Destination** | | |
| Patient Acuity | 3-Urgent  -CF at 08/11/24 0537 | 4-Less Urgent  -CF at 08/11/24 0535 |
| Triage Complete | Triage complete - CF at 08/11/24 0537 | Triage complete - CF at 08/11/24 0535 |

### Vital Signs - Sun August 11, 2024

| Row Name | 05:41:50 | 0536 |
|---|---|---|
| **Vitals Timer** | | |
| Restart Vitals Timer | Yes  -CF at 08/11/24 0541 | — |
| **Vital Signs** | | |
| Temp | — | 97.2 °F (36.2 °C)  - CF at 08/11/24 0537 |
| Pulse | — | 79  -CF at 08/11/24 0537 |
| Resp | — | 18  -CF at 08/11/24 0537 |
| BP | — | 185/98 !  -CF at 08/11/24 0537 |
| BP Location | — | Left arm  -CF at 08/11/24 0537 |
| BP Method | — | Automatic  -CF at 08/11/24 0537 |
| Patient Position | — | Sitting  -CF at 08/11/24 0537 |
| Best Eye Response | — | 4-->(E4) spontaneous  -CF at 08/11/24 0537 |
| Best Motor Response | — | 6-->(M6) obeys commands  -CF at 08/11/24 0537 |
| Best Verbal Response | — | 5-->(V5) oriented  - CF at 08/11/24 0537 |
| Glasgow Coma | — | 15  -CF at 08/11/24 |



Benjamin, Guy
MRN: 14997757, DOB: ▮▮▮▮, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

### 08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)

#### Flowsheets-Last 3 Days (continued)

| | | |
|---|---|---|
| Scale Score | | 0537 |
| Oxygen Therapy | | |
| SpO2 | — | 98 % -CF at 08/11 '24 0537 |
| Pain Assessment | | |
| Restart Pain Timer | Yes -CF at 08/11/24 0541 | — |

#### Vital Signs - Sun August 11, 2024

| Row Name | 0800 |
|---|---|
| **Vital Signs** | |
| Pulse | 75 -CM at 08/11/24 0801 |
| Heart Rate Source | Automatic device - CM at 08/11/24 0801 |
| Resp | 18 -CM at 08/11/24 0801 |
| BP | 158/70 -CM at 08/11/24 0801 |
| BP Location | Left arm -CM at 08/11/24 0801 |
| BP Method | Automatic -CM at 08/11/24 0801 |
| Patient Position | Sitting -CM at 08/11/24 0801 |
| **Oxygen Therapy** | |
| SpO2 | 99 % -CM at 08/11/24 0801 |
| O2 Device | None (Room air) - CM at 08/11/24 0801 |
| Pulse Oximetry Type | Intermittent -CM at 08/11/24 0801 |
| **Pain/Comfort/Sleep** | |
| Preferred Pain Scale | number (Numeric Rating Pain Scale) -CM at 08/11/24 0801 |
| Pain Score | 3 -CM at 08/11/24 0801 |
| **Drug/Alcohol Assessment Assessments** | |
| Ambulate in Hall | Independent -CM at 08/11/24 0801 |
| General Mobility | mobility appropriate for age -CM at 08/11/24 0801 |
| **Cognitive/Neuro/Behavioral WDL** | |
| Cognitive/Neuro/Behavioral | WDL -CM at 08/11/24 0801 |
| **Glasgow Coma Scale** | |
| Best Eye Response | 4-->(E4) spontaneous -CM at 08/11/24 0801 |
| Best Motor Response | 6-->(M6) obeys commands -CM at 08/11/24 0801 |
| Best Verbal Response | 5-->(V5) oriented - CM at 08/11/24 0801 |
| Glasgow Coma Scale Score | 15 -CM at 08/11/24 0801 |
| **Height and Weight** | |
| Height | 5' 9" (1.753 m) -CM at 08/11/24 0801 |

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**Flowsheets-Last 3 Days (continued)**

| | |
|---|---|
| Height Method | Stated -CM at 08/11/24 0801 |
| Weight | 229 lb (103.9 kg) - CM at 08/11/24 0801 |
| Weight Method | Stated -CM at 08/11/24 0801 |

**Vitals Reassessment - Sun August 11, 2024**

| Row Name | 0800 | 0536 |
|---|---|---|
| Vitals Timer | | |
| Restart Vitals Timer | Yes -CM at 08/11/24 0801 | Yes -CF at 08/11/24 0537 |

**User Key**                                                        (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| CM | Carrie Rebecca Meadows, RN | Registered Nurse | Nurse |
| IP | Ivy Ray Pulliam | Technologist | TECH |
| CF | Christina Lashea Fox, RN | Registered Nurse | Nurse |
| AT | Achmed Munir Turay, MD | Physician | Physician |

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

ED After Visit Summary (below)

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)




120213077712

AVS

**BAPTIST.**

**Baptist Memorial Hospital - Crittenden**

Guy Benjamin                                    Date: 8/11/2024

MRN: 14997757

CSN: 120213077712

By my signature below, I acknowledge I have received the attached After Visit Summary that includes Discharge Instructions and I understand them. All of my questions have been answered fully. I understand the purpose of the Discharge Instructions is to make sure I know how to care for myself (or the patient, if signing for someone else) after leaving the hospital

Patient Signature: _____

Date: _____

Printed On 8/11/2024 At 7:35 AM

AVS Signature Page 1 of 1

**BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ████████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

---

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)

---

## AFTER VISIT SUMMARY <span>**BAPTIST**</span>

**Guy Benjamin**

### Instructions

Return to Emergency Room at any time.
Your responsibility is to:
(1) set up immediate follow up with primary care (if you need assistance call 870 936 6322) for reevaluation of your concerns and review of your Emergency Room visit
(2) request that Primary Care Physician obtain your Emergency Room Records so you and your Primary Care Physician can review your Emergency Room visit record together to include any labs (for example, blood work and urine), radiology (for example X-rays), specialist follow-ups (for example Heart Doctor (for example Cardiology), medication changes (new medications (for example antibiotics)) or medications you should stop taking and to ensure the medications you are taking are not interacting negatively with each other.
(3) monitor your symptoms and return to the ER if they worsen
(4) if you have a prescription (for example antibiotics) take as prescribed, also contact your primary care now to primary care of the new medication you are taking to ensure there are no interactions with your current medications
(5) for insurance assistance in getting a primary care doctor, specialty doctor (for example heart doctor), or medication please contact Bethany Buck, RN
Case Manager at Baptist at phone number 870 394 7789, Monday - Friday between 9AM-3PM
(6) your discharge from the Emergency Room does not mean you are healthy and do not need primary care follow-up you still need to follow up with primary care for review of your symptoms and review of your Emergency Room work up


  **ibuprofen (MOTRIN)**
  **methocarbamoL (ROBAXIN)**

**Review your updated medication list below.**


1. Cervical Strain and Sprain Rehab-SportsMed (English)
2. Joint Pain  Easy-to-Read (English)
3. Motor Vehicle Collision Injury  Easy-to-Read (English)

ibuprofen • methocarbamoL

### Today's Visit

·· Melissa Dawn Pruitt

Motor Vehicle Crash

- Left hip pain
- Motor vehicle collision, initial encounter
- Acute strain of neck muscle, initial encounter

Imaging Tests
CT Head Without Contrast
CT Pelvis Without Contrast
CT Spine Cervical Without Contrast

· Medications Given
acetaminophen (TYLENOL) tablet 1,000 mg
methocarbamoL (ROBAXIN) tablet 750 mg

| | | |
|---|---|---|
| **185/98** | • | **97.2 °F (36.2 °C)** |
| **79** | | **18** |
| **98%** | | |

### MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.bmhcc.org/prd/, click "Sign Up Now", and enter your personal activation code: Z6PG4-MD9NN-8XP23.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024  7:35 AM          Page 1 of 15  *Epic*

---

**BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ██████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

If symptoms worsen

## What's Next

## Things you need to do

Schedule an appointment with Follow-up with your regular doctor in 2-3 days for further evaluation. as soon as possible for a visit in 1 day

## Your Results

**Narrative**
History: MVA, r/o C spine injury Reference study No Comparison Technique Contiguous axial imaging was acquired through the cervical spine without the administration of IV contrast. Coronal and sagittal reformatted images were obtained. For this CT exam, one or more of the following dose reduction techniques was employed: automated exposure control mA and/or kVp adjustment for patient size iterative reconstruction Findings Approximately 2 to 3 mm of C3-4 anterolisthesis seen in the presence of facet arthropathy. Additional C7-T1 minimal anterolisthesis. Multilevel facet degenerative change and prominent degenerative disc disease throughout. No acute fracture identified. No prevertebral swelling. Craniocervical and C1-C2 relationships appear maintained.
**Impression**
IMPRESSION: Degenerative changes without acute osseous findings .

**Narrative**
History: MVA, r/o IC injury Reference exam: No previous comparison available Technique: Contiguous axial images of the head were obtained from the skullbase to vertex using 5.0 mm collimation. No IV contrast was given. For this CT exam, when applicable, one or more of the following dose reduction techniques was employed: automated exposure control mA and/or kVp adjustment for patient size iterative reconstruction Findings: Acute cortical infarction:  No Acute hemorrhage:  No Intracranial mass:  No No acute hemorrhage or infarct is identified. No midline shift or focal mass effect is seen. No abnormal extra-axial fluid collection is identified. The ventricular system is normal in size and configuration. No acute focal parenchymal attenuation abnormality is identified. No acute bony calvarial abnormality seen.
**Impression**
Impression: No acute intracranial findings.

 **BAPTIST**.

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

You are allergic to the following
Not on File

**All medications must be taken as prescribed and contact your physician before stopping any medications**

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)

## Changes to Your Medication List

### START taking these medications

 ibuprofen 400 MG tablet    Take one tablet (400 mg total) by mouth every 6 (six)
hours as needed for pain

methocarbamol 500 MG tablet    Take one tablet (500 mg total) by mouth 2 (two) times
a day

Everyone 5 years of age and older qualifies for the COVID vaccine.  Protect yourself and others.  To schedule an
appointment call 1-800-422-7847 (Memphis, TN), 662-772-4499 (DeSoto, MS), 1-855-733-8863 (Jackson, MS),
1-870-936-7702 (Jonesboro, AR), or visit vaccines.gov to find a COVID vaccination site near you.

### Additional Information

During your stay your blood pressure was noted to be equal or greater than 120/80. This could indicate pre-
hypertension or that your blood pressure could be more well-controlled. Please follow-up with your primary care
provider in one week for blood pressure recheck.

 **BAPTIST**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)

### Attached Information

#### Cervical Strain and Sprain Rehab

Ask your health care provider which exercises are safe for you. Do exercises exactly as told by your health care provider and adjust them as directed. It is normal to feel mild stretching, pulling, tightness, or discomfort as you do these exercises. Stop right away if you feel sudden pain or your pain gets worse. **Do not** begin these exercises until told by your health care provider.

#### Stretching and range-of-motion exercises

**Cervical side bending**



1. Using good posture, sit on a stable chair or stand up.
2. Without moving your shoulders, slowly tilt your left / right ear to your shoulder until you feel a stretch in the neck muscles on the opposite side. You should be looking straight ahead.
3. Hold for _____ seconds.
4. Repeat with the other side of your neck.

Repeat _____ times. Complete this exercise _____ times a day.

**Cervical rotation**



1. Using good posture, sit on a stable chair or stand up.
2. Slowly turn your head to the side as if you are looking over your left / right shoulder.
   Keep your eyes level with the ground.
   Stop when you feel a stretch along the side and the back of your neck.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM                    Page 5 of 15  *Epic*



Benjamin, Guy
MRN: 14997757, DOB: ████████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

3. Hold for _____ seconds.
4. Repeat this by turning to your other side.

Repeat _____ times. Complete this exercise _____ times a day.

**Thoracic extension and pectoral stretch**

1. Roll a towel or a small blanket so it is about 4 inches (10 cm) in diameter.
2. Lie down on your back on a firm surface.
3. Put the towel in the middle of your back across your spine. It should not be under your shoulder blades.
4. Put your hands behind your head and let your elbows fall out to your sides.
5. Hold for _____ seconds.

Repeat _____ times. Complete this exercise _____ times a day.

## Strengthening exercises

**Upper cervical flexion**

1. Lie on your back with a thin pillow behind your head or a small, rolled-up towel under your neck.
2. Gently tuck your chin toward your chest and nod your head down to look toward your feet. **Do not** lift your head off the pillow.
3. Hold for _____ seconds.
4. Release the tension slowly. Relax your neck muscles completely before you repeat this exercise.

Repeat _____ times. Complete this exercise _____ times a day.

**Cervical extension**

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024  7:35 AM                Page 6 of 15   *Epic*



Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)



1. Stand about 6 inches (15 cm) away from a wall, with your back facing the wall.
2. Place a soft object, about 6-8 inches (15–20 cm) in diameter, between the back of your head and the wall. A soft object could be a small pillow, a ball, or a folded towel.
3. Gently tilt your head back and press into the soft object. Keep your jaw and forehead relaxed.
4. Hold for _____ seconds.
5. Release the tension slowly. Relax your neck muscles completely before you repeat this exercise.

Repeat _____ times. Complete this exercise _____ times a day

### Posture and body mechanics

Body mechanics refer to the movements and positions of your body while you do your daily activities. Posture is part of body mechanics. Good posture and healthy body mechanics can help to relieve stress in your body's tissues and joints. Good posture means that your spine is in its natural S-curve position (your spine is *neutral*), your shoulders are pulled back slightly, and your head is not tipped forward.

The following are general guidelines for using improved posture and body mechanics in your everyday activities.

**Sitting**



- When sitting, keep your spine neutral and keep your feet flat on the floor. Use a footrest, if needed, and keep your thighs parallel to the floor. Avoid rounding your shoulders. Avoid tilting your head forward.
- When working at a desk or a computer, keep your desk at a height where your hands are slightly lower than your elbows. Slide your chair under your desk so you are close enough to maintain good posture
- When working at a computer, place your monitor at a height where you are looking straight ahead and you do not have to tilt your head forward or downward to look at the screen

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM                    Page 7 of 15  *Epic*

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)

**Standing**



- When standing, keep your spine neutral and keep your feet about hip-width apart. Keep a slight bend in your knees. Your ears, shoulders, and hips should line up.
- When you do a task in which you stand in one place for a long time, place one foot up on a stable object that is 2-4 inches (5-10 cm) high, such as a footstool. This helps keep your spine neutral.

**Resting**



When lying down and resting, avoid positions that are most painful for you. Try to support your neck in a neutral position. You can use a contour pillow or a small rolled up towel. Your pillow should support your neck but not push on it.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 07/10/2023 Document Reviewed: 07/10/2023
Elsevier Patient Education © 2024 Elsevier Inc.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM                    Page 8 of 15    *Epic*

 **BAPTIST**.

Benjamin, Guy
MRN: 14997757, DOB: ████████Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

**Attached Information**

Joint Pain



Joint pain can be caused by many things. It is likely to go away if you follow instructions from your doctor for taking care of yourself at home. Sometimes, you may need more treatment.

**Follow these instructions at home:**

**Managing pain, stiffness, and swelling**



- If told, put ice on the painful area. To do this:
  If you have a removable elastic bandage, sling, or splint, take it off as told by your doctor.
  Put ice in a plastic bag.
  Place a towel between your skin and the bag.
  Leave the ice on for 20 minutes, 2–3 times a day
  Take off the ice if your skin turns bright red. This is very important. If you cannot feel pain, heat, or cold, you
  have a greater risk of damage to the area.
- Move your fingers or toes below the painful joint often.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM                    Page 9 of 15  *Epic*

**BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ████████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)

- Raise the painful joint above the level of your heart while you are sitting or lying down
- If told, put heat on the painful area  Do this as often as told by your doctor  Use the heat source that your doctor recommends, such as a moist heat pack or a heating pad.
   Place a towel between your skin and the heat source.
   Leave the heat on for 20-30 minutes.
   Take off the heat if your skin gets bright red. This is especially important if you are unable to feel pain, heat, or cold. You may have a greater risk of getting burned.

**Activity**

- Rest the painful joint for as long as told by your doctor. **Do not** do things that cause pain or make your pain worse.
- Begin exercising or stretching the affected area, as told by your doctor. Ask your doctor what types of exercise are safe for you
- Return to your normal activities when your doctor says that it is safe

**If you have an elastic bandage, sling, or splint:**

- Wear it as told by your doctor  Take it only as told by your doctor
- Loosen it if your fingers or toes below the joint:
   Tingle.
   Become numb
   Get cold and blue
- Keep it clean.
- Ask your doctor if you should take it off before bathing
- If it is not waterproof.
   **Do not** let it get wet.
   Cover it with a watertight covering when you take a bath or shower

**General instructions**

- Take over-the-counter and prescription medicines only as told by your doctor. This may include medicines taken by mouth or applied to the skin.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Keep all follow-up visits as told by your doctor. This is important.

## Contact a doctor if:

- You have pain that gets worse and does not get better with medicine.
- Your joint pain does not get better in 3 days.
- You have more bruising or swelling.
- You have a fever.
- You lose 10 lb (4.5 kg) or more without trying.

## Get help right away if:

- You cannot move the joint.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024  7:35 AM                    Page 10 of 15   *Epic*



**08/11/2024 – ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

- Your fingers or toes tingle, become numb, or get cold and blue.
- You have a fever along with a joint that is red, warm, and swollen.

Summary

- Joint pain can be caused by many things. It often goes away if you follow instructions from your doctor for taking care of yourself at home.
- Rest the painful joint for as long as told. **Do not** do things that cause pain or make your pain worse.
- Take over the counter and prescription medicines only as told by your doctor.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 03/30/2021 Document Reviewed: 03/31/2021
Elsevier Patient Education © 2024 Elsevier Inc.

 **BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

After Visit Summary (continued)

 Attached Information

### Motor Vehicle Collision Injury, Adult

After a car accident (*motor vehicle collision*), it is common to have injuries to your head, face, arms, and body. These injuries may include cuts, burns, and bruises. The injuries may also include sore muscles, muscles strains, headaches, and broken bones.

You may feel stiff and sore for the first several hours. You may feel worse after waking up the first morning after the accident. These injuries often feel worse for the first 24–48 hours. After that, you will usually begin to get better with each day. How quickly you get better often depends on:

- How bad the accident was
- How many injuries you have
- Where your injuries are.
- What types of injuries you have.
- If you were wearing a seat belt
- If your airbag was used.

A head injury may result in a concussion. This is a type of brain injury that can have serious effects. If you have a concussion, you should rest as told by your doctor. You must be very careful to avoid having a second concussion.

### Follow these instructions at home:

**Medicines**

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you were prescribed antibiotics, take or apply them as told by your doctor. **Do not** stop using them even if you start to feel better.

**Wound care**



| Normal | Infected |
| wound | wound |

Follow instructions from your doctor about how to take care of your wound. Make sure you:

- Clean your wound. To do this:
  Wash it with mild soap and water.
  Rinse it with water to get all the soap off.
  Pat it dry with a clean towel. **Do not** rub it.
  Put an ointment or cream on the wound, if you were told to do so.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024  7:35 AM                    Page 12 of 15  *Epic*

**BAPTIST.**

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

- Know when and how to change or remove your bandage (*dressing*).
- Always wash your hands with soap and water for at least 20 seconds before and after you change your bandage. If you cannot use soap and water, use hand sanitizer.
- Leave stitches or skin glue in place for at least 2 weeks.
- Leave tape strips alone unless you are told to take them off. You may trim the edges of the tape strips if they curl up.
- Avoid getting sun on your wound.
- **Do not** disturb the wound. This means:
  **Do not** scratch or pick at the wound.
  **Do not** break any blisters you may have.
  **Do not** peel any skin.

Check your wound every day for signs of infection. Check for:

- More redness, swelling, or pain.
- More fluid or blood.
- Warmth.
- Pus or a bad smell.

**Managing pain, stiffness, and swelling**

- If told, put ice on the injured areas.
  Put ice in a plastic bag.
  Place a towel between your skin and the bag.
  Leave the ice on for 20 minutes, 2-3 times a day.
  If your skin turns bright red, take off the ice right away to prevent skin damage. The risk of skin damage is higher if you cannot feel pain, heat, or cold.
- Raise (*elevate*) the wound above the level of your heart while you are sitting or lying down.
  Sleep with your head raised if the wound is on your face. You may do this by putting an extra pillow under your head.

**Activity**

- Rest. Rest helps your body to heal. Make sure you:
  Get plenty of sleep at night. Avoid staying up late.
  Go to bed at the same time on weekends and weekdays.
- You may have to avoid lifting. Ask your doctor how much you can safely lift.
- Ask your doctor when you can drive, ride a bicycle, or use machinery. **Do not** do these activities if you are dizzy

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM                Page 13 of 15   **Epic**

 **BAPTIST**.

Benjamin, Guy
MRN: 14997757, DOB: ▇▇▇▇, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

### 08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)

**After Visit Summary (continued)**

- If you are told to wear a brace on an injured arm, leg, or other part of your body, follow instructions from your doctor about activities. Your doctor may give you instructions about driving, bathing, exercising, or working.

**General instructions**

- If you have a splint, brace, or sling, follow your doctor's instructions on how to use the device.
- Drink enough fluid to keep your pee (urine) pale yellow.
- **Do not** drink alcohol.
- Eat healthy foods.

## Contact a doctor if:

- You have very bad neck pain, especially pain in the middle of the back of your neck.
- You have loss of feeling (numbness), tingling, or weakness in your arms or legs.
- You have a change in your ability to control your pee or poop (stool).
- You have swelling in any area of your body, especially your legs.
- You have signs of infection in a wound.
- You have a fever.
- You have blood in your pee, poop, or vomit
- You have any of the following symptoms for more than 2 weeks after your car accident:
  Long-term (chronic) headaches.
  Dizziness or balance problems.
  Feeling like you may vomit
  Problems with how you see (vision).
  More sensitivity to noise or light.
  Sleep problems.
  Feeling tired all the time.
  Mental health changes such as:
  - Depression or mood swings.
  - Feeling worried or nervous (anxiety).
  - Getting upset or bothered easily.
  - Memory problems
  - Trouble concentrating or paying attention.

## Get help right away if:

- You have shortness of breath.
- You have light-headedness or you faint.
- You have chest pain
- You have these eye or vision changes:
  Sudden vision loss or double vision.
  Your eye suddenly turns red.
  The black center of your eye (pupil) is an odd shape or size.

**These symptoms may be an emergency. Get help right away. Call 911.**

- **Do not wait to see if the symptoms will go away.**

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM                Page 14 of 15  *Epic*

 **BAPTIST**.

Benjamin, Guy
MRN: 14997757, DOB: ███████, Legal Sex: M
Acct #: 2700294358
Adm: 8/11/2024, D/C: 8/11/2024

**08/11/2024 - ED in Baptist Memorial Hospital - Crittenden (continued)**

**After Visit Summary (continued)**

- **Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 06/12/2023 Document Reviewed: 06/12/2023
Elsevier Patient Education © 2024 Elsevier Inc.

Guy Benjamin (MRN: 14997757) • Printed at 8/11/2024 7:35 AM

Page 15 of 15   *Epic*

# End of Document