EXHIBIT 8

## CLARK TOWING
257 FRONT ST
WEST MEMPHIS, AR 72301
870-400-0458
clarktowingar@yahoo.com



**ROAD SERVICE**

| TIME OF CALL | DATE IN | DATE OUT | TIME START | TIME FINISH | REQUESTED BY | P.O./CASE # | OFFICER NAME |
|---|---|---|---|---|---|---|---|
| A.M P.M | 8-11-24 | | A.M P.M | A.M P.M | | | |

**NAME:** Guy Benjamin

**VIN #:** I-40

**LOCATION OF VEHICLE:** ~~I-55 Earle AR~~

**TOWED TO:** Clarktowing W. Memphis AR

| | |
|---|---|
| MILEAGE | |
| TOWING CHARGE | 325 00 |
| TOTAL | 325 00 |

**AUTHORIZED SIGNATURE:** x Amanda Gambro

41390