EXHBIT 9



Comprehensive Brain Injury Assessment

By: Dr. Joseph A. Shehadi, MD, FAANS, FRCSC

Board Certified, Fellowship Trained Neurosurgeon

Date of Service: January 24, 2025

Patient: Benjamin, Guy Wesson

## Table of Contents

CHAPTER 1. About Dr. Joseph A. Shehadi, MD ............................................3

CHAPTER 2. Patient Demographics ...............................................................3

CHAPTER 3. Chief Complaint(s) ....................................................................3

CHAPTER 4. History of Present Illness (HPI) ...............................................3

CHAPTER 5. Routine Review of Systems (ROS) ..........................................4

CHAPTER 6. Detailed Neurological Review of Symptoms (nROS) .............6

CHAPTER 7. Past Medical History ..............................................................12

CHAPTER 8. Medications/Allergies .............................................................12

CHAPTER 9. Family History .........................................................................12

CHAPTER 10. Social History ........................................................................12

CHAPTER 11. Occupational History.............................................................12

CHAPTER 12. Physical Examination ............................................................13

CHAPTER 13. Neuroimaging Reviewed .......................................................13

CHAPTER 14. Summary of Standardized Tests ..........................................17

CHAPTER 15. Master Problem List & ICD-10 Codes ................................20

CHAPTER 16. Summary/Clinical Impression ..............................................20

CHAPTER 17. Diagnostic Orders with Rationale ........................................22

CHAPTER 18. Therapeutic Recommendations with Rationale .................23

CHAPTER 19. Follow-Up Re-Evaluation.......................................................25




## CHAPTER 1. About Dr. Joseph A. Shehadi, MD

I, Dr. Joseph A. Shehadi, MD, FAANS, FRCSC, am a board-certified Neurosurgeon qualified to evaluate, treat and opine on patients who have suffered brain injuries. I have extensive medical and surgical training in neurosurgery followed by an additional 16 years of clinical experience treating numerous patients at a Level I Trauma Center.

I have been asked to evaluate this patient and give my medical opinion with a reasonable degree of medical certainty and to the best of my ability using the information available to me.

## CHAPTER 2. Patient Demographics

| **First Name:** Guy | **Middle:** Wesson | **Last:** Benjamin |
|---|---|---|
| **Date of Birth:** | **Gender:** Male | **MRN#** 208670 |
| **Date of Injury:** 08/11/2024 | **Date of Service:** 01/24/2025 | |
| **Patient Email:** guywessonbenjamin726@gmail.com | | **Patient Phone:** 832-829-3818 |
| **Patient Address:** 19430 Loafers Ln., Magnolia, TX 77355 | | |
| **PHARMACY** | | |
| **Name:** HEB | **Ph:** 346-703-3104 | |
| **Address:** 13663 FM 1488, Magnolia, TX 77354 | | |

## CHAPTER 3. Chief Complaint(s)

The patient's chief complaints are headaches, forgetfulness, difficulty with balance and back pain since being involved in a motor vehicle accident on August 11, 2024. He also suffers from nightmares about the accident.

## CHAPTER 4. History of Present Illness (HPI)

The patient is a 71-year-old right-handed man who was involved in a motor vehicle accident on August 11, 2024. He was a restrained driver at the time of the accident while traveling eastbound on I-40 near West Memphis, Arkansas, when two 18-wheeler trucks approached from behind. The truck driver in the left lane

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



was overtaking him as he travelled alongside the trailer of that truck. Meanwhile, the driver behind him failed to slow down and collided with his vehicle from the rear. The airbags deployed during the accident. He hit his head on the interior of the vehicle. He was dazed and confused but did not experience loss of consciousness. He did not begin to recall the events until a few minutes later.

### Initial Medical Attention:

On August 11, 2024, he was taken to Crittenton Baptist Hospital via ambulance, where he was evaluated, underwent imaging studies, included MRI of his cervical spine, head and pelvis with no acute findings. He was medicated with Robaxin and Acetaminophen and was discharged home the same day with a prescription for analgesics.

### Later Medical Attention:

He was referred to physical therapy for cervical and lumbar pain of a severe level. He received epidural injections, including medial branch blocks injections at Greater Texas Orthopedic, targeting his lumbar and cervical spine, totalling nine injections starting on September 10, 2024. He experienced mild relief from these procedures. During a three-month period from September to November 2024, he received chiropractic and physical therapy at MagBag Wellness. In November 2024, he attended six weeks of psychotherapy at PsychPlus. He had 4 visits. He reported experiencing moderate relief from his symptoms, which included nightmares, insomnia, and memory issues.

### CHAPTER 5. Routine Review of Systems (ROS)

**Allergies:** Negative for asthma, hay fever, skin eruption, food allergies.

**Genitourinary:** Negative for blood in urine, lack of bladder control, painful urination, urinary retention, frequent urination.

**Psychiatric: Positive for anxiety, depression, panic attack.**

**Cardiovascular:** Negative for chest pain, irregular heartbeat, rapid heartbeat, low blood pressure, swelling of ankles, varicose veins, poor circulation, heart

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



murmur, heart attack, mitral valve prolapse, cold hands or feet, vascular disease. **Positive for high blood pressure.**

**Gastrointestinal:** Negative for bloating, bowel changes, constipation, diarrhea, gas, haemorrhoids, indigestion, nausea, poor appetite, rectal bleeding, stomach pain, vomiting blood, hernia, stomach ulcers, cramps, hepatitis, irritable bowel syndrome, gallbladder.

**Pulmonary:** Negative for coughing up blood, tb, chronic cough, bronchitis, shortness of breath, oxygen tank, asthma, emphysema, pneumonia, COPD.

**Constitutional:** Negative for chills / sweats / fever, fainting, weight loss, nervousness. **Positive for forgetfulness, headaches, loss of sleep.**

**Hematological and Lymph:** Negative for swollen lymph nodes, easy skin bruising, prolonged bleeding tooth, extraction, anaemia, blood clots.

**ENT/ Mouth:** Negative for bleeding gums, difficulty swallowing, earache, ear discharge, hearing loss, sinus problems, nosebleeds, persistent cough, ringing in ears, vertigo, hearing aids.

**Endocrine:** Negative for rapid weight loss, rapid weight gain, intolerance to warm room, multiple broken bones, excessive hunger/ thirst, loss of libido, spontaneous nipple discharge, dialysis, renal failure, renal insufficiency, kidney disease, thyroid problems. **Positive for diabetes.**

**Integumentary:** Negative for skin rashes, eruptions, chronic skin itching, unusual moles, poor scaring, lesions, discoloration.

**Musculoskeletal:** Negative for pain, weakness, numbness or swelling in hands, hips, knees, joints, arms or legs. **Positive for pain in wrists and left shoulder.**

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



**Eyes:** Negative for blurred vision, crossed eyes, double vision, vision flashes or halos, cataracts. **Positive for glasses.**

**Neurologic:** Negative for fainting, numbness of arms or legs, seizures, strokes. **Positive for headache, problems with memory, tingling of hands, feet, arms or legs, dizziness.**

CHAPTER 6. Detailed Neurological Review of Symptoms (nROS)

## HEADACHES

He is experiencing severe headaches that began after the accident. The pain is primarily located at the back of his head and on the sides near the temples. These headaches are persistent and have not stopped since they started. He describes the pain as throbbing and pressure-filled, rating the intensity as very severe. Stress, bright lights, loud noises, sleep deprivation, and physical strain from activities makes the pain worse. His headaches intensify during any time of the day or night and under any condition, including while resting, sleeping, or engaging in no activity at all. Even remedies like medications, heat, cold, massage, hot baths, and reducing stimulation have failed to provide relief. In addition, he suffers from dizziness and finds night driving challenging. Bright lights are now extremely bothersome, and he struggles significantly with memory retention besides other associated symptoms such as sensory, cognitive and psychological decline.

## PROBLEMS WITH MEMORY AFTER INJURY

Mr. Guy Benjamin is experiencing significant memory challenges. He has difficulty recalling the names of popular songs from years past and struggles to remember the lyrics to those songs. He also has trouble remembering the names of artists or groups too. Additionally, Mr. Benjamin finds it hard to recall the names and faces of people he was introduced to in the past week or two. He also experiences difficulty remembering where an event took place or even the name of the location. He also struggles to recall the timing of an event, such as weeks versus years ago. Deciding which of two recent events happened first is another challenge for him. He frequently forgets the content of phone conversations immediately after they end, and it seems to be worsening. He often forgets instructions immediately after they are given and frequently forgets what he

**Phone:** 888-900-1824    **Fax:** 713-779-3400    **Email:** contact@tbi.clinic    www.tbi.clinic

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.



intended to do or retrieve when entering another room in his home. He frequently forgets where he left his keys, moments after setting them down. People often tell him that he tends to repeat himself and he loses track of what he was saying. He also forgets what he was saying at the beginning of a sentence by the time he reaches the end of it.

## PROBLEMS WITH SPEECH, WORDS, READING AND WRITING

The patients report difficulty in finding the right words during conversations, which frequently leads to inconsistent speech pace of speech. He might speak too slowly, too quickly, or at varying speeds, making it hard for others to follow along. Furthermore, he experiences difficulty in remembering the meanings of words that are spoken to him, which complicates his understanding of what is being told. Also, he finds it tough to comprehend or respond accurately to questions posed to him. He also struggles with maintaining his attention on sentences, affecting his ability to recall the content he has just read, and he has lost the ability to type without looking at the keyboard.

## THOUGHT PROCESSES/ COGNITION

Mr. Guy Benjamin reports having difficulty carrying out more than one task at a time, keeping multiple tasks organized, or resuming a task after a pause. Planning routine tasks such as following a recipe or gathering items to make a sandwich also presents a challenge for him. Additionally, he feels that his thoughts are cloudy or slowed. He struggles to remember the necessary turns to get somewhere familiar and he often relies on a navigation app on his phone to get from one place to another. When shopping at his usual grocery store, he has difficulty remembering where items are located. Furthermore, Mr. Benjamin finds it challenging to focus on a single task and he is unable to maintain focus on a multi-step process such as making a sandwich while listening to instructions. He has also started to require medication to maintain a steady focus on a single problem since his accident.

## ABNORMALITIES OF EMOTION/ PERSONALITY

Mr. Guy Benjamin reports feeling unexplained anger, irritation, frustration, and a lack of patience with others, and he notes that these challenges seem to be worsening, and he becomes furious over minor issues. He finds himself lacking his usual emotional responses; he feels no joy, excitement, or displeasure in situations that typically would evoke such emotions, leaving him with little

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



interest in initiating or engaging in activities. He also struggles with feelings of unexplained sadness and hopelessness, occasionally experiencing crying spells without any apparent reason and reports a severe sense of fatigue. Anxiety plagues him as well, with excessive worries about future events. He often feels nervous and on "edge", easily startled by minor noises or unexpected occurrences. He is also unable to find peace and relaxation, plagued by restlessness. Moreover, his libido has decreased, and he feels more emotional than he used to. He experiences rapid mood swings, and he is unable to tolerate stress. He reports experiencing sudden flashbacks to dangerous scenarios, which bring about abrupt feelings of fear and panic.

## SENSORY PROCESSING PROBLEMS

Mr. Guy Benjamin finds that bright lights are intolerable and reports an increased sensitivity to sound, feeling uncomfortable unless his surroundings are very quiet. Moreover, he reports a loss of his sense of smell.

## DIZZINESS/ BALANCE PROBLEMS

Mr. Guy Benjamin feels like he is about to faint when he gets up. He reports difficulty walking and he has a tendency to fall. He has experienced numerous falls.

## PROBLEMS WITH SLEEP

Mr. Guy Benjamin reports experiencing difficulty both falling and staying asleep. Additionally, he has an increased need for sleep, requiring more hours per night.

## ABNORMAL MOVEMENT

The patient reports that others have noticed that he suddenly shakes severely, falls, and loses consciousness.

## BODY DYSFUNCTION

Mr. Guy Benjamin reports impaired sexual function. He also experiences impaired bowel function.

## SPINAL CORD/ CRANIAL NERVES/ SPINAL NERVES PAIN

Mr. Guy Benjamin reports numbness in his left hand, neck and mentions moderate pain in his left shoulder. He also experiences numbness in his left hand and wrist, coupled with lower neck numbness. He reports weakness on his neck, head and upper and lower extremities and reports paralysis on his neck and shoulders.

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## Patient Reported Headache Diagram

The patient reports active pain on both sides of his head and on the back of his head.

**Houston Medical Center**
7205 Fannin
Suite 110B
Houston, TX 77030

**Dallas-Fort Worth**
405 State Highway 121
Bldg. A, Suite 150
Lewisville, TX 75067

Phone : 1-888-900-1TBI
Fax :    713-779-3400
Email :  contact@tbi.clinic

### HEADACHE DIAGRAM

MRN# : _____

Patient's First Name : **Guy**    Last Name : **Benjamin**    Date Of Birth : ▓▓▓▓    Today's Date : **01/24/2025**

☐ Check this box if you don't have any headache.

If there was an impact to your head - please use this diagram to show 'where' on your head.
Use the marks shown below to provide details.
**(please be as accurate as possible)**

Right Side    Left Side

| ∧∧∧∧∧ Active Pain | ○○○○○ Numb | ◆◆◆◆◆ Pins & Needles | ✗✗✗✗✗ Burning | ∕∕∕∕∕ Radiating Pain |
|---|---|---|---|---|

How bad is your headache right now? (1=no pain 10=worst pain)
○ 1  ○ 2  ○ 3  ○ 4  ○ 5  ○ 6  ○ 7  ● 8  ○ 9  ○ 10

How bad is your headache at its worst?
○ 1  ○ 2  ○ 3  ○ 4  ○ 5  ○ 6  ○ 7  ● 8  ○ 9  ○ 10

How bad is your headache at its best?
○ 1  ○ 2  ○ 3  ○ 4  ○ 5  ○ 6  ○ 7  ● 8  ○ 9  ○ 10

How consistent is your headache as now?
☐ Continuous    ☐ Positional    ☐ Intermittent(on/off)    ☐ Unable to rate

**Write in additional comments as**

ive been tolerating neck pain and constant headaches for 167 days now.

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## <u>Patient Reported Head & Neck Injury Diagram</u>

The patient reports the point of greatest impact on the back of his neck.

**Houston Medical Center**
7205 Fannin
Suite 110B
Houston, TX 77030

**Dallas-Fort Worth**
405 State Highway 121
Bldg. A, Suite 150
Lewisville, TX 75067

Phone : 1-888-900-1TBi
Fax :   713-779-3400
Email : contact@tbi.clinic

TBI

### HEAD INJURY DIAGRAM

MRN#:

| Patient's First Name : | Guy | Last Name : | Benjamin | Date Of Birth : | ▮▮▮ | Today's Date : | 01/07/2025 |

☐ Check this box if you don't have any brain injury.

If there was an impact to your head - please use this diagram to show **'where'** on your head.
Use the marks shown below to provide details.
**(please be as accurate as possible)**

Right Side                                      Left Side

| ∧∧∧∧∧ ∧∧∧∧∧ Scrapes | ○○○○○ ○○○○○ Bump of Swellings | ◆◆◆◆◆ Cut | ✕✕✕✕✕ ✕✕✕✕✕ Fracture | ///// ///// Point of Greatest Impact |

Write in additional comments as

148 DAYS SUFFERING CONSTANT SEVERE HEADACHE

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## Patient Reported-Body Pain Diagram

The patient reported active pain on his neck and lower back. He indicated
radiating pain on both shoulders.

| Patient's First Name : | Guy | Last Name : | Benjamin | Date Of Birth : | | Today's Date : | 01/24/2025 |

☐ Check this box if you don't have any body pain.

**Where is your pain now?** Please mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Mark the areas of radiation using
the symbols indicated below. Include all affected areas. Just to complete the picture, please draw in your face.

| ∧∧∧∧∧ ∧∧∧∧∧ Active Pain | ○○○○○ ○○○○○ Numb | ◆◆◆◆◆ ◆◆◆◆◆ Pins & Needles | ✕✕✕✕✕ ✕✕✕✕✕ Burning | ///// ///// Radiating Pain |

**How bad is your pain right now? (1=no pain 10=worst pain)**

○ 1  ○ 2  ○ 3  ○ 4  ○ 5  ○ 6  ○ 7  ● 8  ○ 9  ○ 10

**How bad is your pain at its worst?**

○ 1  ○ 2  ○ 3  ○ 4  ○ 5  ○ 6  ○ 7  ● 8  ○ 9  ○ 10

**How bad is your pain at its best?**

○ 1  ○ 2  ○ 3  ○ 4  ○ 5  ● 6  ○ 7  ○ 8  ○ 9  ○ 10

**How consistent is your body pain as now?**

☑ Continuous     ☐ Positional     ☐ Intermittent(on/off)     ☐ Unable to rate

**Write in additional comments as**

other than 3 injections 3 different times by dr, donald baxter,ihave had no relief at all.

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## CHAPTER 7. Past Medical History

Hypertension
Diabetes
Dyslipidaemia
Benign Prostatic Hyperplasia
Lumbar laminectomy L3-L5 (2013)
Bilateral shoulder surgery (2008)
Tonsillectomy

## CHAPTER 8. Medications/Allergies

The patient reported taking Irbesartan 150 mg, Pramipexole 0.25 mg, Fenofibrate 160 mg, Rosuvastatin 40 mg, Mirtazapine 15 mg, Methocarbamol, Metformin 500 mg, Buspirone 5 mg, Prazosin 2 mg, Tamsulosin 0.4 mg, and Toujeo injections.

The patient reported no known medication allergies.

## CHAPTER 9. Family History

| | |
|---|---|
| **Maternal:** His mother is deceased with medical history of heart disease, and stroke. | |
| **Paternal:** His father is deceased with medical history of lung problems. | |
| **Siblings:** The patient has 2 deceased siblings. | |
| **Children:** The patient has no children. | |

## CHAPTER 10. Social History

| | |
|---|---|
| **Primary Language -** English | |
| **Education Level:** High School | **Relationship Status:** Widow |
| **Smoking History:** Non-smoker | **Alcohol History:** None |

## CHAPTER 11. Occupational History

| |
|---|
| **Current Occupation:** Retired auto mechanic |
| **Occupation Prior to Injury:** N/A |

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



CHAPTER 12. Physical Examination

**General Appearance**: No acute distress.

**Vital signs:** Blood pressure:145/91, Body Temperature: 98.5 F, Weight: 230 lbs, Pulse: 80, Oxygen Saturation: 95%.

**HEENT:** Head is atraumatic, normocephalic. Neck supple.

### Neurological Exam:

**MSE:** awake, alert oriented to person, place and time and situation.

**CN:**

I- difficulty with smell which is remote (using Sniff'n sticks)

II- pupils equal round and reactive to light

III, IV and VI extraocular eye movements intact and full

V- intact to light touch in face

VII-facial muscles strong and symmetric

VIII- intact hearing to finger rub bilaterally

XI-sternocleidomastoid muscle intact bilaterally

XII- tongue is midline

**Motor:** 5/5 strength throughout

**Sensory**: intact to light touch throughout

**Reflexes**: intact and symmetric

**Gait & Stance:** very antalgic gait, due to left hip pain.

**Cerebellar**: intact finger-nose-finger bilaterally

### Focused Musculoskeletal exam:

**Neck**: Mild tenderness to palpation. Limited ROM due to pain

**Lumbar:** Mild tenderness to palpation.

CHAPTER 13. Neuroimaging Reviewed

**CT Cervical on August 11, 2024: Crittendon Baptist Memorial**

- Degenerative changes without acute osseous findings.

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



**MRI Cervical on September 24, 2024:**
- Displaced discs at C5-C6 and C6-C7 with central and neuroforaminal stenosis.

**MRI Lumbar on September 24, 2024:**
- Post surgical changes at L3-L5, with displaced discs and spinal stenosis.

**MRI Cervical on September 4, 2024 at LifeSciences Imaging**

- **At C6-C7**, osteophyte formation is present, marked narrowing of disc space and decreased signal of the disc indicative of spondylosis and discogenic disease. Posterior disc herniation in central and lateral aspect in both sides but more prominent in the paracentral and left paracentral region measuring as much as 4.3 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There is marked foraminal stenosis bilaterally at this level. There is also central spinal stenosis. The central spinal canal measures 6.1 mm in AP diameter.

- **At C5-C6,** osteophyte formation is present, marked narrowing of the disc space and decreased signal of the disc indicative of spondylosis and discogenic disease. There is broad based posterior disc herniation in the central and lateral aspect in both sides measuring 3.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing marked foraminal stenosis bilaterally. There is also central spinal stenosis at this level. The central spinal canal measures 7.4 mm in AP diameter.

- At C4-C5, osteophyte formation is present, marked narrowing of the disc space and decreased signal of the disc indicative of spondylosis and discogenic disease. There is broad based posterior disc herniation in the central and lateral aspect in both sides more prominent posterolaterally measuring 3.6-3.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing marked foraminal stenosis bilaterally. Facet arthropathy is present in both sides. There is central spinal stenosis at this level. The central spinal canal measures 9.1 mm in diameter (normal central spinal canal usually measures between 10-12 mm in AP diameter).

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



- At C7-T1, there is anterolisthesis of C7 in relation to T1. There is posterior disc protrusion more prominent posterolaterally measuring 2-2.5 mm in AP diameter, indenting the thecal sac, not reaching the spinal cord. There is slight foraminal stenosis bilaterally at this level.

- At C3-C4, spondylotic spur is seen anteriorly. There is broadbased posterior protrusion-subligamentous disc herniation more prominent posterolaterally measuring 2.5 mm in AP diameter, indenting the thecal sac, not reaching the spinal cord. Facet arthropathy is present more prominent in the left. There is no evidence of spinal stenosis at this level.

### MRI Lumbar on September 4, 2024 at LifeSciences Imaging

- At L3-L4, there is posterior disc herniation in the central and lateral aspect in both sides but more prominent in the central and paracentral region measuring 7.1 mm in AP diameter, moderately indenting the thecal sac. There is a tear in the posterior annulus fibrosis in the central and paracentral region. The facet joints show hypertrophic changes as well as slight joint effusion. There is marked right foraminal stenosis, moderate to marked left foraminal stenosis.

- At L4-L5, there is posterior disc herniation in the central and lateral aspect in both sides measuring 6.2 mm in AP diameter, impinging on the anterior epidural fat, touching the thecal sac. There is a tear in the posterior annulus fibrosis in the central and paracentral region. The facet arthropathy is present. There is marked foraminal stenosis bilaterally at this level.

- At L5-S1, there is posterior disc herniation in the central and lateral aspect in both sides but more prominent centrally and to the right measuring 6.3 mm in the AP diameter, impinging on the anterior epidural fat, not reaching the thecal sac. There is a tear in the posterior annulus fibrosis centrally. The facet arthropathy is present. There is moderate foraminal stenosis bilaterally at this level.

- At L2-L3, there is posterior disc herniation more prominent posterolaterally measuring 3-3.3 mm in AP diameter, indenting the thecal sac, causing slight foraminal stenosis bilaterally. There is a tear in the posterior annulus fibrosis centrally.

**Phone:** 888-900-1824      **Fax:** 713-779-3400      **Email:** contact@tbi.clinic      www.tbi.clinic

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



### CT Lumbar on October 31, 2024: Memorial MRI

- At L5-S1, there is posterior disc herniation in the central and lateral aspect in both sides measuring 5.6 mm in AP diameter, impinging on the anterior epidural fat, also reaching the thecal sac. Facet arthropathy is present. There is moderate to marked foraminal stenosis bilaterally at this level.

- At L4-L5, there is posterior protrusion-subligamentous disc herniation more prominent posterolaterally measuring 4.3 mm in AP diameter, indenting the thecal sac, causing moderate foraminal stenosis bilaterally.

- At L3-L4, there is broad-based posterior disc herniation more prominent posterolaterally measuring 4.3 mm in AP diameter, indenting the thecal sac, causing moderate foraminal stenosis bilaterally. There is a small amount of radiolucent gas shadow in the right posterior-lateral aspect at this level, due to degenerative disc disease.

- There is accentuation of the lumbar lordotic curve and increased lumbosacral angle.

**Phone:** 888-900-1824      **Fax:** 713-779-3400       **Email:** contact@tbi.clinic      www.tbi.clinic

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## CHAPTER 14. Summary of Standardized Tests
### Impact- Immediate Post-Concussion Assessment and Cognitive Testing

ImPACT is an objective tool to support trained healthcare providers in making sound return to activity decisions following concussions (such as in sports activities). It is a computerized test that measures memory, attention span, visual and verbal problem solving. ImPACT test results can provide generally useful measures after head injury.

Mr. Guy Benjamin participated in the self-reported ImPACT screen questionnaire. The patient's total symptom score was 101.

**IMPACT Composite Scores (breakdown of positive scores):**

| Test Description | Patient Score |
|---|---|
| *Verbal Memory Composite*: this area identifies focus on processing, learning and memory spoken words. | 57/100 |
| *Visual Memory Composite*: this area identifies attention, comprehending, reading words to     memory. | 55/100 |
| *Visual Motor Speed Composite*: this area identifies visual/motor response time to processing, learning and to memory | 22.20/60 |
| *Reaction Time Composite*: this area averages the brains reaction/response speed. | 0.84/1.0 |

**Total score 101**

**Rivermead Post-Concussion Questionnaire**

| RPQ Sub-Test | Patient Score |
|---|---|
| RPQ-3 (total for first three items) | 8 |
| RPQ-13 (total for next 13 items) | 41 |

**Total 49**

**Additional items: 4 depressed**

Individual item scores reflect the presence and severity of post concussive symptoms. The symptoms overlap with broader conditions, such as pain, fatigue

---

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



and mental health conditions such as depression. The questionnaire can be repeated to monitor a patient's progress over time. There may be changes in the severity of symptoms, or the range of symptoms. Typical recovery is reflected in a reduction of symptoms and their severity.

### Quality of Life After Brain Injury (QOLIBRI)

| QOLIBRI Component | Patient Score |
|---|---|
| A. Thinking | 8/35 |
| B. Feelings and emotion | 10/35 |
| C. Autonomy in daily life | 12/35 |
| D. Social aspects | 9/30 |
| E. Bothered by Feelings | 22/25 |
| F. Bothered by Physical issues | 23/25 |
| **Overall score** | 84/185 |

**Overall score (OS) is 45% quality of life**

The first part assesses satisfaction level with HRQOL and is composed of 6 overall items and 29 items assigned to 4 subscales:
1) Thinking
2) Feelings and emotion
3) Autonomy in daily life
4) Social aspects

The second part is devoted to "bothered" questions and composed of 12 items in 2 subscales:
1) Negative feelings
2) Restrictions

Responses to the 'satisfaction' items (i.e. items on the Cognition, Self, Daily Life & Autonomy, and Social Relationships scales) are coded on a 1 to 5 scale, where 1= "not at all satisfied" and 5= "very satisfied."

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



Responses to the 'bothered' items (i.e. items on the Emotions and Physical Problems scales) are reverse scored to correspond with the satisfaction items, where 1= "very bothered" and 5= "not at all bothered."

The responses on each scale and QOLIBRI total score are summed to give a total and then divided by the number of responses to give a scale mean. The scale means have a maximum possible range of 1 to 5. This produces scale scores which have a lowest possible value of 0 (worst possible quality of life) and a maximum value of 100 (best possible quality of life).

QOLIBRI-Overall Scale (OS): developed in 2012; 6-item scale of overall judgment of different aspects of HRQOL (available in online appendix: Steinbeuchel 2012); Areas covered include physical condition, cognition, emotions, function in daily life, personal and social life, and current situation and future prospects; Responses to each item were scored 1 ('Not at all') to 5 ('Very'), and the sum of all items was converted arithmetically to a percentage scale, with 0 representing the lowest possible HRQoL on the questionnaire and 100 the best possible HRQoL.

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## CHAPTER 15. Master Problem List & ICD-10 Codes

**Preexisting Problems/Diagnoses with ICD-10 Codes:**

Anosmia (R43.0)

Hypertension (I10)

Elevated lipids/cholesterol (E78.0)

Benign Prostatic Hyperplasia (N40.1)

Left hip pain (M25.552)

Lumbar laminectomy L3-L5 (S34.113A)

Bilateral shoulder surgery (Z96.611)

**New Problems/Diagnoses with ICD-10 Codes:**

Traumatic brain injury (S06.9)

Post traumatic headaches (G44.309)

Post concussional Syndrome (F07.81)

Neck Pain (M50.90)

Cervical displaced discs (M50.2)

Low back pain (M54.50)

Anxiety (F41.1)

Depression (F32.A)

Insomnia (G47.00)

Irritability and anger (R45.4)

## CHAPTER 16. Summary/Clinical Impression

I write this opinion with a reasonable degree of medical certainty. In the event additional substantive medical information becomes available to me, I reserve the right to modify my medical opinion accordingly.

In summary, the patient is a 71-year-old right-handed man who was involved in a motor vehicle accident on August 11, 2024.

The patient's signs, symptoms, initial test results, and questionnaires are most consistent with a traumatic brain injury with concussion and post-concussion syndrome. Mr. Guy Benjamin is considered a concussion grade II based on American Academy of Neurology (AAN) and/or Colorado Medical Society

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



guidelines. Well-accepted questionnaires including ImPACT, Rivermead post-concussion questionnaire, and Quality of Life after Brain Trauma are all abnormal and supportive of Traumatic Brain Injury.

|  | **Grade I** | **Grade II** | **Grade III** |
|---|---|---|---|
| **Cantu guidelines** | Post-traumatic amnesia <30 mins, no loss of consciousness | Loss of consciousness <5 mins or amnesia lasting 30 mins-24hrs | Loss of consciousness >5 mins or amnesia > 24hrs |
| **Colorado Medical Society guidelines** | Confusion, no loss of consciousness | Confusion, post-traumatic amnesia, no loss of consciousness | Any loss of consciousness |
| **American Academy of Neurology guidelines** | Confusion, symptoms last <15 mins, no loss of consciousness | Symptoms last >15 mins, no loss of consciousness | Loss of consciousness (IIIa, coma lasts seconds, IIIb for mins) |

In particular, the patient suffers from emotional and cognitive problems since the motor vehicle accident on August 11, 2024. He reports abnormal changes in his personality such as being angry, depressed, anxious and nervous. He reports stress intolerance, insomnia and sensitivity to bright lights and sounds and difficulty with memory, speech and dizziness.

Additionally, as a direct result of this motor vehicle accident, the patient suffered musculoskeletal injuries, including pain in the neck and lower back. At the present time, I recommend the following:

I recommend transcranial magnetic stimulation (TMS) which can be quite helpful for these symptoms of depression, anxiety, anger, insomnia, balance problems, and poor stress toleration. For TMS, I recommend the following

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



treatment round frequencies over the course of up to 5 years: 2 in Year 1; 2 in Year 1; 1 in Year 3; 1 in Year 4; 1 in Year 5 (see page 282 of Leung et al, Neuromodulation. 2020 Apr;23(3):267-290). After each TMS treatment I will re-evaluate to assess the patient's progress.

### Regarding timing and causality:

Because a number of new onset abnormalities affecting cognition, emotional behavior, and neurologic functions as well as musculoskeletal pain are reported with onset immediately after the trauma, a clinical diagnosis of traumatic brain injury is confidently made within a reasonable degree of medical certainty.

Therefore, at the present time, I would like to obtain more objective and quantifiable evidence of TBI by getting a state-of-the-art brain MRI DTI (Diffusion Tensor Imaging) and other tests as noted below. These tests will help with diagnoses and guide therapeutic interventions.

### CHAPTER 17. Diagnostic Orders with Rationale

**Advanced MRI brain DTI with 3-Telsa Magnet.** This neuroimaging modality helps to identify and quantify damage to white matter neuronal tracts and pathways in the brain. This may also help guide future TMS treatments if indicated.

**Videonystagmography (VNG)** to assess patient's dizziness. VNG is a special test that evaluates your eye movements. It looks for a specific type of eye movement called nystagmus. This test is also used to quantify balance and dizziness problems.

**Evoked Potentials** to assess the patient's memory, cognitive, and motor issues. The Evoked Potentials test is a specialized test that measures the brain's electrical activity in response to specific sensory, cognitive, or motor stimuli. This non-invasive diagnostic test may help measure the brain's processing speed to provide insight into brain function.

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



**Audiometry –** Mr. Guy Benjamin will need an audiometry evaluation if this has not been evaluated previously.

CHAPTER 18. Therapeutic Recommendations with Rationale

1- **Transcranial Magnetic Stimulation (TMS)**: As indicated for the following indications:

**rTMS for Depression: 36 sessions-** TMS treatments should be beneficial to help reduce depression. Repetitive transcranial magnetic stimulation (rTMS) for depression targets the left dorsolateral prefrontal cortex (L DLPFC). Excitatory rTMS stimulation over the L DLPFC is thought to activate that region which research suggests is metabolically less active in patients with depression.

**rTMS for Anxiety: 36 sessions–** TMS treatments should help ameliorate anxiety. Repetitive transcranial magnetic stimulation (rTMS) for anxiety targets the right dorsolateral prefrontal cortex (R DLPFC). Inhibitory rTMS stimulation over the R DLPFC is thought to reduce the overactivity in that region which research suggests is metabolically more active in patients with anxiety.

**rTMS for Anger: 20 sessions -** TMS treatments should help to reduce excessive anger and irritability symptoms.  Repetitive transcranial magnetic stimulation (rTMS) for anger targets the ventromedial prefrontal cortex (vmPFC). Excitatory rTMS stimulation over the vmPFC is thought to activate that region which research suggests is metabolically less active in patients with anger.

**rTMS for Insomnia: 20 sessions–**rTMS treatments should be helpful for insomnia. Patients with insomnia are characterized by disturbed intracortical excitability, and reduction of overexcited states in patients with insomnia can effectively improve their sleep.

**rTMS for Vertigo/Balance Difficulties: 20 sessions –**TMS treatments should help ameliorate balance difficulties. Cerebellar excitatory repetitive transcranial magnetic stimulation (rTMS) has been shown to improve gait and balance abilities. Since the vestibular nuclei receives a direct input from the

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson
MRN# 208670



cerebellar cortex, it is reasonable to hypothesize that excitatory TMS may contribute towards increasing the activity of cerebellar neurons.

**2- Dietary Advice and Patient Education:** Avoid proinflammatory foods such as gluten in bread and other foods.

a. Refer to book by Dr. William Li, MD: <u>Eat to Beat Disease</u>: The New Science of How Your Body Can Heal Itself (2019).
b. Also refer to <u>Grain Brain</u>: The Surprising Truth about Wheat, Carbs, and Sugar: Your Brain's Silent Killers (2013) by David Perlmutter MD.

**3- Limit Screen Time:** Limit screen time from computers and cell phones to less than 2 hours per day.

a. **Reference**: Macnow T, Curran T, Tolliday C, et al,: Effect of Screen Time on Recovery From Concussion: A Randomized Clinical Trial. JAMA Pediatr. 2021 Nov 1;175(11):1124-1131.

**4- Sleep:** Improve sleep hygiene, such as sleeping in a darker room.

**5- Rest:** Take time off from work as necessary.

**6- Vitamin & Mineral Supplementation:** I recommend supplementing B12 to level of 600 mcg, and Vitamin D to over 60 IU.

### For Neck and/or Low back pain:

**7- Continue Physical Therapy (PT) or Chiropractic** 2x per week for 6 weeks for neck pain and headaches.

**8- Topical Lidoderm** 4% OTC (or 5% prescription) patches q 12 hours PRN applied to affected areas.

**9- Spinal injections** and **Spinal surgery** as indicated

---

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.

Patient: Benjamin, Guy Wesson

MRN# 208670



## CHAPTER 19. Follow-Up Re-Evaluation

Follow-up will be in 3-4 weeks in the office or telemedicine visit. At that time, we will review the results of the Brain MRI DTI and discuss the treatment plan. We also will monitor the response to initially recommended treatments. The patient was instructed to contact us sooner if symptoms worsen.


Sincerely yours,

Dr. Joseph A. Shehadi, MD, FAANS, FRCSC
Board Certified, Fellowship Trained Neurosurgeon

**Phone:** 888-900-1824      **Fax:** 713-779-3400        **Email:** contact@tbi.clinic      www.tbi.clinic

COPYRIGHT © Texas Brain Institute LLC (TBI). Unauthorized duplication without the consent of TBI is expressly prohibited.