# UNITED STATES DISTRICT COURT
for the

EASTERN District of ARKANSAS NORTH

GUY WESSON BENJAMIN

    *Plaintiff*
    v.  )  Case No. 3:25-CV-00033-JM

LUIS ZAMORA AND LANDSTAR INWAY INC.  )

    *Defendant*

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   PLAINTIFF, GUY WESSON BENJAMIN

Date: December 16, 2025

ROBERT MORSE TX BAR NUMBER 24041529
*Attorney's printed name and bar number*

440 LOUISIANA STREET SUITE 1400,
HOUSTON, TEXAS 77002
*Address*

ROBERT@DASPITLAW.COM
*E-mail address*

713-322-4878
*Telephone number*

713-587-9086
*FAX number*