IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

GUY WESSON BENJAMIN,

    Plaintiff,

v.                                                        CASE NO.  3:25CV00033 - JM

LUIS ZAMORA and
LANDSTAR INWAY, INC.,

    Defendants.

## NOTICE OF IME OF PLAINTIFF GUY WESSON BENJAMIN

NOTICE TO:  Robert Morse
                 Lee D. Curry
               DASPIT LAW FIRM
               124 W. Capitol Ave., Suite 1820
               Little Rock, AR 72201

Please take notice that – by agreement of counsel – commencing at 8:30 a.m. (central) on Thursday, January 22, 2026, Plaintiff Guy Wesson Benjamin ("Benjamin") will be produced for an Independent Medical Examination by Dr. Adriana Strutt, in which she will conduct and Benjamin will undergo a neuropsychological/psychological evaluation and clinical interview as generally set forth below.

The IME will be conducted by Dr. Strutt at the McNair Campus of Baylor College of Medicine / 7200 Cambridge, 9th Floor / Houston, TX 77030.  The IME shall begin at the time specified to continue thereafter until completed.

Dr. Strutt's testing process is set forth as follows (as also detailed in Landstar Inway, Inc.'s [December 13, 2025] Motion Seeking Order for the Physical and Mental Examination of Plaintiff Guy Wesson Benjamin, Pursuant to Fed. R. Civ. P. 35 (Docket Entry No. 17)):

Benjamin will undergo a neuropsychological/psychological evaluation and clinical interview. Benjamin will be required to undergo testing independently. The assessment will examine Benjamin's thinking skills, including motivation/engagement, attention/concentration, verbal and visual memory, executive functions (i.e. planning/organizing), language, and visuospatial skills. An understanding of Benjamin's functional skills will be obtained. In addition, mood and behavioral tendencies will be examined. A list of measures that may be used is not made available in advance of the examination by Dr. Strutt.

Benjamin will be allowed to take reasonable personal breaks during the testing session in addition to a lunch break, if needed. The measures chosen for the evaluation take approximately 4-5 hours to complete. However, should Benjamin engage at a slower than expected pace, additional time may be required. Benjamin is encouraged to bring a water bottle, snacks if deemed necessary, and a light sweater/coat. Should Benjamin have a cellular phone, it must be turned off or placed on silent mode and out of sight to limit testing distractions. Benjamin is not allowed to take pictures of the testing materials or to record the testing session. A lunch break will be provided. Glasses/contacts and hearing aids if used by the Benjamin are required.

Raw data will only be provided to a neuropsychologist. Testing protocols/raw data will not be provided to attorneys/legal firms to ensure test security and to avoid possible misinterpretation of data. Testing session will not be recorded by examiner. No audio or video recording is permitted to ensure test security.

You are hereby notified to produce Plaintiff Guy Wesson Benjamin for his IME, as set forth above.

Respectfully submitted,

s/ J. Lewis Wardlaw
J. Lewis Wardlaw (Arkansas Bar No. 2004034)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Ave., Tower II, Suite 900
Memphis, TN 38119-4839
(901) 522-9000
(901) 527-3746 (Fax)
lwardlaw@martintate.com

*Attorneys for Defendants Luis Zamora and Landstar Inway, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing Notice of IME has been served upon the following counsel for the Plaintiff, via the Court's electronic filing system on this the 7th day of January, 2026.

Robert Morse
Lee D. Curry
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
robert@daspitlaw.com
lcurry@daspitlaw.com

*Attorneys for Plaintiff*

s/ J. Lewis Wardlaw
J. Lewis Wardlaw