IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

GUY WESSON BENJAMIN,

    Plaintiff,

v.                                          CASE NO. 3:25CV00033 - JM

LUIS ZAMORA and
LANDSTAR INWAY, INC.,

    Defendants.

## DEFENDANTS' NOTICE OF SERVICE OF
## DEFENDANTS' JOINT FRCP RULE 26(a)(2) EXPERT DISCLOSURES

COME NOW Defendants Landstar Inway, Inc. and Luis Zamora, by and through the undersigned counsel, and give notice of having served on counsel for Plaintiff Guy Benjamin their Federal Rule of Civil Procedure 26(a)(2) Expert Disclosures for the following expert witnesses expected to give testimony in this matter:

    (1)    John Renford Burleson, MD – Board Certified Orthopedic Spine Surgeon;

    (2)    Adriana Macias Strutt, Ph.D., ABPP-CN – Board Certified Clinical Neuropsychologist;

    (3)    Neil S. Kaye, MD, DLFAPA – Board Certified General Psychiatrist, Forensic Psychiatrist, and Neuropsychiatrist; and

    (4)    Hiral Patel, MHS, CRC, CVE, CLCP – Certified Life Care Planner.

Respectfully submitted,

s/ J. Lewis Wardlaw
J. Lewis Wardlaw (Arkansas Bar No. 2004034)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Ave., Tower II, Suite 900
Memphis, TN 38119-4839
(901) 522-9000
(901) 527-3746 (Fax)
lwardlaw@martintate.com

*Attorneys for Defendants Luis Zamora and Landstar Inway, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing Defendants' Joint FRCP 26(a)(2) Expert Disclosures has been served upon the following counsel for the Plaintiff, via the Court's electronic filing system, on this the 20th day of February, 2026.

Robert Morse, Esq.
Lee D. Curry, Esq.
DASPIT LAW FIRM
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
robert@daspitlaw.com
lcurry@daspitlaw.com

*Attorneys for Plaintiff*

s/ J. Lewis Wardlaw
J. Lewis Wardlaw