# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

GUY WESSON BENJAMIN                                                               PLAINTIFF

V.                                    NO. 3:25-CV-00033

LUIS ZAMORA and                                                                   DEFENDANTS
LANDSTAR INWAY, INC.

## ORDER SUBSTITUTING COUNSEL

      THIS CAUSE comes to be heard on the Plaintiff's Motion to Substitute Counsel. Due notice having been given, and the court being fully advised, IT IS SO ORDERED that Robert Morse, Daspit Law Firm, is hereby substituted as counsel of record for Plaintiff Guy Wesson Benjamin in this cause. Lee D. Curry is hereby relieved as counsel for Plaintiff.

      SO ORDERED this _____ day of _____, 2026.

 

_____
CIRCUIT JUDGE

Prepared by:

Robert Morse
*Attorney for Plaintiff*