**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

GUY WESSON BENJAMIN                                          PLAINTIFF

V.                                    NO.  3:25-CV-00033

LUIS ZAMORA and                                          DEFENDANTS
LANDSTAR INWAY, INC.

---

### ORDER SUBSTITUTING COUNSEL

---

THIS CAUSE comes to be heard on the Plaintiff's Motion to Substitute Counsel. Due notice having been given, and the court being fully advised, IT IS SO ORDERED that Robert Morse, Daspit Law Firm, is hereby substituted as counsel of record for Plaintiff Guy Wesson Benjamin in this cause. Lee D. Curry is hereby relieved as counsel for Plaintiff.

SO ORDERED this 9th day of March, 2026.


_____
CIRCUIT JUDGE


Prepared by:

Robert Morse
*Attorney for Plaintiff*